Adam W. Wiers (Admitted *Pro Hac Vice*)
awwiers@jonesday.com
JONES DAY
77 West Wacker
Chicago, IL  60601
Telephone:  1.312.782.3939
Facsimile:  1.312.782.8585

Kelly V. O'Donnell (State Bar No. 257266)
kodonnell@jonesday.com
JONES DAY
12265 El Camino Real, Suite 300
San Diego, CA  92130
Telephone:  1.858.314.1200
Facsimile:  1.858.314.1150

Attorneys for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN T. SHAW; KENNETH COKE; and RAYMOND RYDMAN, on behalf of themselves and all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., et al.,<br><br>　　　　　Defendants. | Case No. 13-CV-1295 JLS (BLM)<br><br>**EXPERIAN INFORMATION SOLUTIONS, INC.'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION**<br><br>Date:　September 17, 2015<br>Time:　1:30 p.m.<br>Ctrm:　4A<br>Judge:　Hon. Janis L. Sammartino |

TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on September 17, 2015, at 1:30 p.m., or as soon thereafter as the matter may be heard in Courtroom 4A of the United Stated District Court, Southern District of California, located at 221 West Broadway, San Diego, CA 92101, defendant Experian Information Solutions, Inc. ("Experian") will and hereby does move the court pursuant to Rule 56 of the Federal Rules of Civil Procedure for summary judgment in its favor on all of Plaintiffs' claims, or in the alternative, for summary adjudication in Experian's favor and against Plaintiffs. Experian's motion is made on the grounds that the undisputed evidence shows there is no triable issue as to any material fact, and that Experian is entitled to judgment as a matter of law.

This motion is based on this Notice of Motion and Motion and the concurrently filed Memorandum of Points and Authorities in Support, Separate Statement of Undisputed Facts, Declarations of Kelly V. O'Donnell, Kathleen Centanni and Kimberly Hughes, and Request for Judicial Notice, all exhibits thereto, any additional evidence submitted at or before the hearing on this motion, the complete file in this action, and such other evidence and argument as the Court may properly consider.

Dated: July 21, 2015                JONES DAY

                                    By: *s/ Kelly V. O'Donnell*
                                         Kelly V. O'Donnell

                                    Email: kodonnell@jonesday.com

                                    Attorneys for Defendant Experian Information Solutions, Inc.