## Exhibit 9

# Explanation and Examples of FCRA Compliance/Date of First Delinquency (Field 25)

**Example 3:** Displays an account that has rolling delinquencies.

| Date of Account Information (Field 24) | Due Date (Not reported) | Payments Missed | Account Status & Definition Field 17A | Date of First Delinquency (Field 25) |
|---|---|---|---|---|
| 01/11/2013 | 12/20/2012 | None | 11 Current | Zero fill |
| 02/11/2013 | 01/20/2013 | December payment not made | 71 30–59 days past the due date | 01/19/2013 (First delinquency) |
| 03/11/2013 | 02/20/2013 | December payment made, but January payment not made | 71 30–59 days past the due date | 01/19/2013 |
| 04/11/2013 | 03/20/2013 | Jan. & Feb. payments not made | 78 60–89 days past the due date | 01/19/2013 |
| 05/11/2013 | 04/20/2013 | Jan. → March payments not made | 80 90–119 days past the due date | 01/19/2013 |
| 06/11/2013 | 05/20/2013 | Jan. → Mar. payments made, but April payment not made | 71 30–59 days past the due date | 01/19/2013 |
| 07/11/2013 | 06/20/2013 | April payment made, but May payment not made | 71 30–59 days past the due date | 01/19/2013 |
| 08/11/2013 | 07/20/2013 | May & June payments not made | 78 60–89 days past the due date | 01/19/2013 |

**Note: The month and year reported in the Date of First Delinquency are used by the consumer reporting agencies for purging purposes.**

(continued)

EXP E0004941

# Exhibit 9

## Explanation and Examples of FCRA Compliance/ Date of First Delinquency (Field 25)

**Example 4:** Displays an account that has been paid; the Payment Rating is delinquent.

| Date of Account Information (Field 24) | Due Date (Not reported) | Payments Missed | Account Status & Definition Field 17A | Date of First Delinquency (Field 25) |
|---|---|---|---|---|
| 01/18/2013 | 01/15/2013 | None | 11 Current | Zero fill |
| 02/18/2013 | 02/15/2013 | None | 11 Current | Zero fill |
| 03/18/2013 | 03/15/2013 | February payment not made | 71 30–59 days past the due date | 03/17/2013 (First Delinquency) |
| 04/18/2013 | 04/15/2013 | February and March payments not made | 78 60–89 days past the due date | 03/17/2013 |
| 05/18/2013 | 05/15/2013 | February payment made March & April payments not made | 78 60–89 days past the due date | 03/17/2013 |
| 06/18/2013 | 06/15/2013 | March → May payments not made | 80 90–119 days past the due date | 03/17/2013 |
| 07/18/2013 | 07/15/2013 | March → June payments not made | 82 120–149 days past the due date | 03/17/2013 |
| 08/18/2013 | 08/15/2013 | March → July payments not made prior to being paid in full | 13 Paid Account Payment Rating = 5 150–179 days past the due date | 03/17/2013 |

**Note: The month and year reported in the Date of First Delinquency are used by the consumer reporting agencies for purging purposes.**

(continued)

Copyright 2014 © Consumer Data Industry Association

EXP_E0004942

# Exhibit 9

## Explanation and Examples of FCRA Compliance/ Date of First Delinquency (Field 25)

**Example 5:** Displays an account that was current when included in a Chapter 7 Bankruptcy. Data furnisher only reports Consumer Information Indicator one time to take effect.

| Date of Account Information (Field 24) | Due Date (Not reported) | Payments Missed | Account Status & Definitions Field 17A | Date of First Delinquency (Field 25) |
|---|---|---|---|---|
| 01/18/2013 | 01/15/2013 | None | 11 Current | Zero fill |
| 02/18/2013 | 02/15/2013 | None | 11 Current | Zero fill |
| 03/18/2013 | 03/15/2013 | None | 11 Current Consumer Information Indicator = A Petition for Chapter 7 Bankruptcy | 03/07/2013 (Bankruptcy Notification Date) |
| 04/18/2013 | 04/15/2013 | None | 11 Current Consumer Information Indicator = Blank | Zero fill |

**Note: The month and year reported in the Date of First Delinquency are used by the consumer reporting agencies for purging purposes.**

(continued)

CREDIT REPORTING RESOURCE GUIDE®
Copyright 2014 © Consumer Data Industry Association

EXP_E0004943

Exhibit 9

## Explanation and Examples of FCRA Compliance/ Date of First Delinquency (Field 25)

**Example 6:** Displays an account that was current when included in a Chapter 7 Bankruptcy. Data furnisher reports Consumer Information Indicator every month as long as it applies.

| Date of Account Information (Field 24) | Due Date (Not reported) | Payments Missed | Account Status & Definitions Field 17A | Date of First Delinquency (Field 25) |
|---|---|---|---|---|
| 01/18/2013 | 01/15/2013 | None | 11 Current | Zero fill |
| 02/18/2013 | 02/15/2013 | None | 11 Current | Zero fill |
| 03/18/2013 | 03/15/2013 | None | 11 Current Consumer Information Indicator = A Petition for Chapter 7 Bankruptcy | 03/07/2013 (Bankruptcy Notification Date) |
| 04/18/2013 | 04/15/2013 | None | 11 Current Consumer Information Indicator = A Petition for Chapter 7 Bankruptcy | 03/07/2013 (Bankruptcy Notification Date) |

**Note: The month and year reported in the Date of First Delinquency are used by the consumer reporting agencies for purging purposes.**

(continued)

CREDIT REPORTING RESOURCE GUIDE ®
Copyright 2014 © Consumer Data Industry Association

EXP  E0004944

# Exhibit 9

## Explanation and Examples of FCRA Compliance/ Date of First Delinquency (Field 25)

**Example 7:** Displays an account that was delinquent before it was included in a Chapter 7 Bankruptcy.

| Date of Account Information (Field 24) | Due Date (Not reported) | Payments Missed | Account Status & Definition Field 17A | Date of First Delinquency (Field 25) |
|---|---|---|---|---|
| 01/18/2013 | 01/15/2013 | None | 11 Current | Zero fill |
| 02/18/2013 | 02/15/2013 | None | 11 Current | Zero fill |
| 03/18/2013 | 03/15/2013 | February payment not made | 71 30–59 days past the due date | 03/17/2013 (First Delinquency) |
| 04/18/2013 | 04/15/2013 | February and March payments not made | 78 60–89 days past the due date | 03/17/2013 |
| 05/18/2013 | 05/15/2013 | February payment made March & April payments not made | 78 60–89 days past the due date | 03/17/2013 |
| 06/18/2013 | 06/15/2013 | March → May payments not made | 80 90–119 days past the due date Consumer Information Indicator = A Petition for Chapter 7 Bankruptcy | 03/17/2013 |

**Note:** The month and year reported in the Date of First Delinquency are used by the consumer reporting agencies for purging purposes.

(continued)

CREDIT REPORTING RESOURCE GUIDE®
Copyright 2014 © Consumer Data Industry Association

EXP E0004945

## Exhibit 9

## Explanation and Examples of FCRA Compliance/ Date of First Delinquency (Field 25)

**Fair Credit Reporting Act Excerpts**

**FCRA Section 605(c) [15 U.S.C. § 1681c(c)], Running of Reporting Period:**

(1) In general: The 7-year period referred to in paragraphs (4) and (6) of subsection (a) shall begin, with respect to any delinquent account that is placed for collection (internally or by referral to a third party, whichever is earlier), charged to profit and loss, or subjected to any similar action, upon the expiration of the 180-day period beginning on the date of the commencement of the delinquency which immediately preceded the collection activity, charge to profit and loss, or similar action.

**FCRA Section 605(a) [15 U.S.C. § 1681c(a)], Information Excluded From Consumer Reports:**

(4) Accounts placed for collection or charged to profit and loss which antedate the report by more than seven years.

(5) Any other adverse item of information, other than records of convictions or crimes which antedates the report by more than seven years.

(continued)

EXP_E0004946

# Exhibit 9

## Explanation and Examples of FCRA Compliance/ Date of First Delinquency (Field 25)

### Fair Credit Reporting Act Excerpts

### FCRA Section 623 [15 U.S.C. § 1681s-2], Responsibilities of Furnishers of Information to Consumer Reporting Agencies:

(5) Duty to provide notice of delinquency of accounts.

(A) In general. - A person who furnishes information to a consumer reporting agency regarding a delinquent account being placed for collection, charged to profit or loss, or subjected to any similar action, shall, not later than 90 days after furnishing the information, notify the agency of the date of delinquency on the account, which shall be the month and year of the commencement of the delinquency on the account that immediately preceded the action.

(B) Rule of construction.-For purposes of this paragraph only, and provided that the consumer does not dispute the information, a person that furnishes information on a delinquent account that is placed for collection, charged for profit or loss, or subjected to any similar action, complies with this paragraph, if-

(i) the person reports the same date of delinquency as that provided by the creditor to which the account was owed at the time at which the commencement of the delinquency occurred, if the creditor previously reported that date of delinquency to a consumer reporting agency;

(ii) the creditor did not previously report the date of delinquency to a consumer reporting agency, and the person establishes and follows reasonable procedures to obtain the date of delinquency from the creditor or another reliable source and reports that date to a consumer reporting agency as the date of delinquency; or

(iii) the creditor did not previously report the date of delinquency to a consumer reporting agency and the date of delinquency cannot be reasonably obtained as provided in clause (ii), the person establishes and follows reasonable procedures to ensure the date reported as the date of delinquency precedes the date on which the account is placed for collection, charged to profit or loss, or subjected to any similar action, and reports such date to the credit reporting agency.

EXP_E0004947

# Exhibit 10

## ECOA Codes

The ECOA Code defines the relationship of the consumer to the account in compliance with the Equal Credit Opportunity Act. This code is reported in Field 37 of the Base Segment and Field 10 of the J1 and J2 Segments. Values available:

| Code | Description | Definition | Logical Usage |
|---|---|---|---|
| 1 | Individual | This consumer has contractual responsibility for this account and is primarily responsible for its payment. | • Most commonly reported in Base Segment<br>• May be reported in J1 or J2 Segment when Base Segment consumer is reported with T, X or Z |
| 2 | Joint Contractual Liability | This consumer has contractual responsibility for this joint account. | • Base, J1 or J2 Segment |
| 3 | Authorized User | This consumer is an authorized user of this account; another consumer has contractual responsibility. | • J1 or J2 Segment |
| 5 | Co-maker or Guarantor | This consumer is the co-maker or guarantor for this account, who becomes liable if the maker defaults. | • J1 or J2 Segment<br>• May be reported in Base Segment when business is reported in J2 Segment |
| 7 | Maker | This consumer is the maker who is liable for the account, but a co-maker or guarantor is liable if the maker defaults. | • Most commonly reported in Base Segment<br>• May be reported in J1 or J2 Segment if more than one maker on account |

(continued)

CREDIT REPORTING RESOURCE GUIDE®
Copyright 2014 © Consumer Data Industry Association

5-40

EXP E0004948

EXP_E0004949

# Exhibit 10

## ECOA Codes

| Code | Description | Definition | Logical Usage |
|------|-------------|------------|---------------|
| T | Terminated | The association with the account has been terminated by this consumer.<br><br>**Note: Refer to Frequently Asked Question 14(b) for usage guidelines on ECOA Code T.** | • Base, J1 or J2 Segment |
| X | Deceased | This consumer is deceased. | • Base, J1 or J2 Segment |
| W | Business/ Commercial | This code is used to identify that the company reported in the Name field is contractually liable for this account.<br><br>**Note: Refer to Frequently Asked Question 21 for guidelines on reporting consumers who are personally liable for business accounts.** | • J2 Segment |
| Z | Delete Consumer | This code is used to delete this consumer from the account.<br><br>**Notes: Refer to Frequently Asked Question 14(b) for usage guidelines on ECOA Code Z.**<br><br>*Only inaccurately reported consumers should be deleted.* | • Base, J1 or J2 Segment |

**Note: ECOA Codes 0 (Undesignated), 4 (Joint) and 6 (On-Behalf-Of) are obsolete as of September 2003 and may no longer be reported.**

CREDIT REPORTING RESOURCE GUIDE®
Copyright 2014 © Consumer Data Industry Association

# Exhibit 11

# Consumer Information Indicators

The Consumer Information Indicator (CII), which is reported in Field 38 of the Base Segment, Field 11 of the J1 Segment, and Field 11 of the J2 Segment, contains a value that indicates a special condition that applies to the specific consumer.  The Consumer Information Indicator must be reported only on the consumer to whom the information applies.  Report the following values:

| Code | Description |
|------|-------------|
| BLANK | Retains previously reported value, or no new Consumer Information Indicator applies for this activity period |
| | |
| A | Petition for Chapter 7 Bankruptcy |
| B | Petition for Chapter 11 Bankruptcy |
| C | Petition for Chapter 12 Bankruptcy |
| D | Petition for Chapter 13 Bankruptcy |
| | |
| E | Discharged through Bankruptcy Chapter 7 |
| F | Discharged through Bankruptcy Chapter 11 |
| G | Discharged through Bankruptcy Chapter 12 |
| H | Discharged/Completed through Bankruptcy Chapter 13 (Should be reported when consumer has completed all payments through the Chapter 13 plan) |
| | |
| I | Chapter 7 Bankruptcy Dismissed |
| J | Chapter 11 Bankruptcy Dismissed |
| K | Chapter 12 Bankruptcy Dismissed |
| L | Chapter 13 Bankruptcy Dismissed |
| | |
| M | Chapter 7 Bankruptcy Withdrawn |
| N | Chapter 11 Bankruptcy Withdrawn |
| O | Chapter 12 Bankruptcy Withdrawn |
| P | Chapter 13 Bankruptcy Withdrawn |
| | |
| Z | Bankruptcy – Undesignated Chapter **Note: Report indicators with specific bankruptcy chapters, when known.** |
| 1A | Personal Receivership |
| Q | Removes previously reported Bankruptcy Indicator (A through P and Z) or Personal Receivership Indicator (1A).  Also used to report Bankruptcies that have been closed or terminated without being discharged or dismissed. **Note: Do not report Q as a default value.  If no new CII applies in the current activity period, blank fill this field.** |

**Note:   Do not report a bankruptcy indicator if your account is not included in the bankruptcy.**

(continued)

EXP E0004950

## Exhibit 11

# Consumer Information Indicators

| Code | Description |
|------|-------------|
| R | Reaffirmation of Debt |
| V | Chapter 7 Reaffirmation of Debt Rescinded |
| 2A | Lease Assumption |
| S | Removes previously reported Reaffirmation of Debt, Reaffirmation of Debt Rescinded and Lease Assumption Indicators (R, V, 2A, and Obsolete values W, X, Y)<br>**Note: Do not report S as a default value.  If no new CII applies in the current activity period, blank fill this field.** |
| T | Credit Grantor Cannot Locate Consumer |
| U | Consumer Now Located (Removes previously reported T Indicator)<br>**Note: Do not report U as a default value.  If no new CII applies in the current activity period, blank fill this field.** |

**Notes:**  **When converting from Metro™ to Metro 2®, it is necessary to report the applicable Consumer Information Indicator on your first Metro 2® submission, even if you had reported this information through an Account Status Code or Special Comment Code on your last Metro™ submission.**

**Codes W (Chapter 11 Reaffirmation of Debt Rescinded), X (Chapter 12 Reaffirmation of Debt Rescinded) and Y (Chapter 13 Reaffirmation of Debt Rescinded) are obsolete as of September 2010 and may no longer be reported.**

(continued)

EXP_E0004951

## Exhibit 11

# Consumer Information Indicators

**Examples of reporting Consumer Information Indicators:**

The Consumer Information Indicator should be reported one time and will be deleted only when another Consumer Information Indicator or a Removal value is reported.

| Date of Account Information | CII | Action |
|---|---|---|
| 03/15/2011 | A | A is added to file. |
| 04/15/2011 | Blank | A is retained. |
| 05/15/2011 | Blank | A is retained. |
| 06/15/2011 | E | A is replaced by E. |
| 07/15/2011 | Blank | E is retained. |

As an option, the code may be reported each month as long as the condition applies.

| Date of Account Information | CII | Action |
|---|---|---|
| 03/15/2011 | A | A is added to file. |
| 04/15/2011 | A | A is retained. |
| 05/15/2011 | A | A is retained. |
| 06/15/2011 | E | A is replaced by E. |
| 07/15/2011 | E | E is retained. |
| 08/15/2011 | Blank | E is retained. |

**Regardless of the method of reporting (one time or each month), the Consumer Information Indicator will be deleted only when another Consumer Information Indicator or a Removal value is reported.**

| Date of Account Information | CII | Action |
|---|---|---|
| 03/15/2011 | D | D is added to file. |
| 04/15/2011 | D | D is retained. |
| 05/15/2011 | Blank | D is retained. |
| 06/15/2011 | Blank | D is retained. |
| 07/15/2011 | Q | D is removed. |

**Note:** The removal value **Q** is used to remove the **D**, which in this example, was reported in error.

EXP_E0004952

# Exhibit 12

## Country Codes

These Country Codes, which are unique to Metro 2®, are used for credit reporting purposes and may differ from codes used by other industries.

| COUNTRY | CODE | COUNTRY | CODE | COUNTRY | CODE |
|---|---|---|---|---|---|
| Afghanistan | AF | Carriacou | CU | Germany | DW |
| Albania | AN | Cayman Islands | CI | Ghana | GH |
| Algeria | DZ | Central African | | Gibraltar | GI |
| Andorra | AD |    Republic | CF | Grenada | GD |
| Angola | AO | Chad | CD | Greece | GR |
| Anguilla | AI | Chile | CL | Greenland | GE |
| Antigua & Barbuda | AG | China (Peking) | CP | Guadeloupe | GP |
| Argentina | AT | Colombia | CB | Guatemala | GT |
| Armenia | RM | Comoros | CJ | Guernsey | GG |
| Aruba | AW | Congo | CG | Guinea | GN |
| Ascension | AS | Corsica | CC | Guinea-Bissau | GW |
| Australia | AU | Costa Rica | CR | Guyana | GY |
| Austria | DF | Croatia | HX | Haiti | HA |
| Azerbaijan | AJ | Cuba | HR | Honduras | HN |
| Azores | AX | Cyprus | CY | Hungary | HU |
| Bahamas | BS | Czech Republic | CZ | Iceland | IS |
| Bahrain | BH | Democratic Republic | | India | IB |
| Bangladesh | BD |    of Congo | ZR | Indonesia | IF |
| Barbados | BB | Denmark | DK | Iran | IR |
| Belarus | BL | Djibouti | DJ | Iraq | IQ |
| Belgium | BE | Dominica | DM | Ireland | IE |
| Belize | BZ | Dominican | | Israel | IG |
| Benin | BJ |    Republic | DO | Italy | IT |
| Bermuda | BU | East Timor | EM | Ivory Coast | IC |
| Bhutan | BM | Ecuador | EC | Jamaica | JM |
| Bolivia | BO | Egypt | EG | Japan | JP |
| Bosnia & | | El Salvador | SV | Jersey | JE |
|    Herzegovina | BX | Equatorial Guinea | GQ | Jordan | JO |
| Botswana | BW | Eritrea | ER | Kazakhstan | KZ |
| Brazil | BR | Estonia | SU | Kenya | KE |
| British Virgin | | Ethiopia | ET | Kiribati | KI |
|    Islands | VG | Falkland Islands | FA | Korea (North) | KX |
| Brunei | BN | Faroe Islands | FE | Korea (South) | KR |
| Bulgaria | BG | Fiji | FJ | Kuwait | KW |
| Burkina Faso | BF | Finland | FI | Kyrgyzstan | KG |
| Burundi | BI | France | FR | Laos | LO |
| Cambodia | KA | French Guiana | GF | Latvia | LX |
| Cameroon | CM | French Polynesia | FP | Lebanon | LB |
| Canada | CN | Gabon | GB | | |
| Cape Verde | CV | Gambia | GM | (continued) | |

EXP_E0004953

# Exhibit 12

## Country Codes

| COUNTRY | CODE | COUNTRY | CODE | COUNTRY | CODE |
|---------|------|---------|------|---------|------|
| Leeward Islands | LE | Peru Philippines | PU | Taiwan | TW |
| Lesotho | LS | Pitcairn Islands | PH | Tanzania | TZ |
| Liberia | LR | | PS | Thailand | TH |
| Libya | LV | Poland | PL | Togo | TG |
| Liechtenstein | CH | Portugal | PT | Tonga | TA |
| Lithuania | LT | Qatar | QA | Trinidad & Tobago | TT |
| Luxembourg | LU | Republic of | | Tristan da Cunha | TD |
| Macao | MJ | Georgia | GX | Tunisia | TU |
| Macedonia | MH | Reunion Island | RE | Turkey | TR |
| Madagascar | MG | Romania | RO | Turkmenistan | TM |
| Madeira | MB | Russia | RU | Turks & Caicos | |
| Malawi | MW | Rwanda | RW | Islands | TC |
| Malaysia | MY | Saint Helena | SH | Tuvalu | TV |
| Maldives | MV | Saint Kitts & Nevis | KN | Uganda | UG |
| Mali | ML | Saint Lucia | LC | Ukraine | UA |
| Malta | MF | Saint Pierre & | | Union of Myanmar | |
| Martinique | MQ | Miquelon | SP | (Burma) | BK |
| Mauritania | MR | Saint Vincent & the | | United Arab | |
| Mauritius | MU | Grenadines | SF | Emirates | UM |
| Mexico | MX | San Marino | SM | United Kingdom | UK |
| Moldova | LD | Santa Cruz Islands | ST | United States | US |
| Monaco | AC | Sao Tome & | | Uruguay | UY |
| Mongolia | MC | Principe | MP | Uzbekistan | UZ |
| Montserrat | MK | Saudi Arabia | SA | Vanuatu | VU |
| Morocco | RC | Senegal | SN | Vatican City State | VC |
| Mozambique | MZ | Serbia and | | Venezuela | VE |
| Namibia | NB | Montenegro | SX | Vietnam | VN |
| Nauru | NA | Seychelles | YC | Wallis/Futuna | |
| Nepal | NP | Sierra Leone | SL | Island | WT |
| Netherlands | | Singapore | SG | Western Samoa | WS |
| Antilles | NN | Slovakia | VK | Yemen | YE |
| Netherlands | NL | Slovenia | XN | Zambia | ZM |
| New Caledonia | NW | Solomon Islands | SI | Zimbabwe | ZW |
| New Zealand | NZ | Somalia | SO | | |
| Nicaragua | NI | South Africa | ZA | | |
| Niger | NR | Spain | ES | | |
| Nigeria | NG | Sri Lanka | LK | | |
| Norway | NO | Sudan | SB | | |
| Oman | OM | Suriname | SR | | |
| Pakistan | PK | Swaziland | SZ | | |
| Panama | PM | Sweden | SE | | |
| Papua New | | Switzerland | SW | | |
| Guinea | PG | Syria | SY | | |
| Paraguay | PY | Tajikistan | TK | | |

EXP_E0004954

## Exhibit 13

# General Rules for Addresses

Most addresses consist of a street address, containing a street number, street name, street type, city name (spelled out), state code and postal/zip code. Include the complete address on all records; the absence of an address may cause a record to be bypassed.

Do not report non-address information in the Address fields.

Examples:    Do not report a spouse name in the Address field.
            Do not report account description terminology, such as Fraud, Bankrupt, Charge-off, etc. in the Address field.

Slashes, dashes and periods are acceptable in the delivery address line.

Use the standard postal abbreviations for state names, such as MS for Mississippi. Refer to Exhibit 14 for a complete list of State Codes.

**Notes:   If the consumer has a U.S. address and a foreign address, report the U.S. address.**

**The Address Indicator (Field 45 in the Base Segment and Field 18 in the J2 Segment) should be used to designate what address is being reported.**

**Military Addresses**

The standard format for Military Addresses (APO/FPO Addresses) is:

PSC (CMR or UNIT) NNNNN
BOX NNNN or SHIP'S NAME
CITY (APO/FPO), STATE (AE, AP OR AA), ZIP CODE

Currently, the largest unit number is 5 digits long.

The U.S. Postal Service designates the state code for military addresses as follows:

- AE – Armed Forces in Europe, Africa, Middle East and Canada
- AA – Armed Forces in the Americas, excluding Canada
- AP – Armed Forces in the Pacific

All domestic military mail must have the conventional street style addresses.

EXP_E0004955

# Exhibit 14

## State Codes

| STATE | CODE | STATE | CODE |
|---|---|---|---|
| Alabama | AL | North Dakota | ND |
| Alaska | AK | Northern Mariana Islands | MP |
| American Samoa | AS | Ohio | OH |
| Arizona | AZ | Oklahoma | OK |
| Arkansas | AR | Oregon | OR |
| California | CA | Palau | PW |
| Colorado | CO | Pennsylvania | PA |
| Connecticut | CT | Puerto Rico | PR |
| Delaware | DE | Rhode Island | RI |
| District of Columbia | DC | South Carolina | SC |
| Federated States of | | South Dakota | SD |
| Micronesia | FM | Tennessee | TN |
| Florida | FL | Texas | TX |
| Georgia | GA | Utah | UT |
| Guam | GU | Vermont | VT |
| Hawaii | HI | Virginia | VA |
| Idaho | ID | Virgin Islands | VI |
| Illinois | IL | Washington | WA |
| Indiana | IN | West Virginia | WV |
| Iowa | IA | Wisconsin | WI |
| Kansas | KS | Wyoming | WY |
| Kentucky | KY | | |
| Louisiana | LA | Military in the | |
| Maine | ME | Americas other | |
| Marshall Islands | MH | than Canada | AA |
| Maryland | MD | | |
| Massachusetts | MA | Military in Europe, | |
| Michigan | MI | Middle East, | |
| Minnesota | MN | Africa, Canada | AE |
| Mississippi | MS | | |
| Missouri | MO | Military in the | |
| Montana | MT | Pacific Theater | AP |
| Nebraska | NE | | |
| Nevada | NV | | |
| New Hampshire | NH | | |
| New Jersey | NJ | | |
| New Mexico | NM | | |
| New York | NY | | |
| North Carolina | NC | | |

EXP_E0004956

# Exhibit 15

# Data Conversion Checklist

The purpose of the Data Conversion Checklist is to guide data furnishers through one of the following processes by focusing on the critical steps and questions that must be answered.

- Change to a new data processor
- Core system change or conversion (internal in-house system)
- Mergers & Acquisitions
- Coordination of reporting between seller & purchaser of accounts

Data furnishers should contact your data representatives at the consumer reporting agencies early in the process to facilitate a smooth conversion.

**Note:**
- **External Data Furnisher = Data reported by 3rd Party Data Processor**
- **Internal Data Furnisher = Data reported directly by in-house system**

| STEP | TASK DESCRIPTION | CRRG® REFERENCE | ANSWERS/COMMENTS |
|------|------------------|-----------------|------------------|
| **1** | **Conversion Questions** | | |
| | Identify external or internal data furnisher involved. | | |
| | Will new external or internal data furnisher send the data file to same CRAs to which my current processor sends data? | | |
| | Will all portfolios be transferring? If answer is no, which ones will be transferring? | | |
| | Will all accounts be transferring; specifically will paid, transferred and derogatory accounts be transferring? | | |
| | What is the expected date of conversion? | | |
| | What is the approximate number of accounts that are transferring? | | |
| | What Identification Number is currently reported? | Page 4-6 | |

(continued)

EXP_E0004957

# Exhibit 15

# Data Conversion Checklist

| STEP | TASK DESCRIPTION | CRRG® REFERENCE | ANSWERS/COMMENTS |
|---|---|---|---|
| | What is the Identification Number used by new external or internal data furnisher? | Page 4-6 | |
| | Will format of the account numbers change?  If so, provide specifics (e.g.; append or prepend any digits/characters to the Account Number). | Page 4-6 | |
| | If Identification Number or Account Number is changing, will the L1 Change Segment be reported? | Pages 4-40 & 4-41; See FAQ 5 | |
| | Will the Portfolio Types remain the same? | Page 4-7 | |
| | Will the Account Types remain the same? | Page 4-7; See Exhibits 1 & 2 | |
| | Will the Dates Opened remain the same? | Page 4-7 | |
| | Will the Credit Limits remain the same? | Page 4-8 | |
| | Will the Highest Credit or Original Loan Amounts remain the same? | Page 4-8 | |
| | Will new external or internal data furnisher report the Payment History Profile (up to 24 months)? | Page 4-12; See FAQs 24 & 41 and Exhibit 5 | |
| | Will previously-reported history be included with the first submission or will payment history only be reported going forward? | Page 4-12; See FAQs 24 & 41 and Exhibit 5 | |
| | Ensure that the FCRA Compliance/Date of First Delinquency is accurate & consistent with prior reporting. | See FAQ 24 and Exhibit 9 | |

(continued)

EXP_E0004958

# Exhibit 15

## Data Conversion Checklist

| STEP | TASK DESCRIPTION | ANSWERS/COMMENTS |
|------|------------------|------------------|
| 2 | *Contact your data rep at each CRA in advance to notify them about the conversion.* | |
| | Provide to the CRAs the technical contact's email address & phone number for new external or internal data furnisher. | |
| | Provide this checklist with answers to your data representative at each CRA. | |

EXP_E0004959

# Exhibit 16

# Examples of Record Layouts — Hexadecimal Representation

The following examples represent Hexadecimal output of the Metro 2® Format 366 and 426 records. They are included here to illustrate how each field should be programmed according to the format specifications.

For each format, there is an example of the Header Record, the Data Record (Base Segment and J1 through N1 Segments) and the Trailer Record. The 366 packed format is shown as variable-length. The 426 unpacked format is shown as fixed-length.

## 366 FORMAT – HEADER RECORD (VARIABLE BLOCKED)

Note: The Block Descriptor Word shifts the first record of each block over 4 positions.

| POS. | | |
|---|---|---|
| POS. | 1- 4 | = Block Descriptor Word |
| POS. | 5- 8 | = Record Descriptor Word |
| POS. | 9- 14 | = Record Identifier |
| POS. | 15- 16 | = Cycle Number |
| POS. | 17- 26 | = Innovis Program ID |
| POS. | 27- 36 | = Equifax Program ID |
| POS. | 37- 41 | = Experian Program ID |
| POS. | 42- 51 | = Transition Program ID |
| POS. | 52- 59 | = Activity Date |
| POS. | 60- 67 | = Date Created |
| POS. | 68- 75 | = Program Date |
| POS. | 76- 83 | = Program Revision Date |
| POS. | 84-123 | = Reporter Name |
| POS. | 124-219 | = Reporter Address |
| POS. | 220-229 | = Reporter Phone # |
| POS. | 230-269 | = Software Vendor Name |
| POS. | 270-274 | = Software Version # |
| POS. | 275-284 | = MicroBilt/FRBC Program ID |
| POS. | 285-370 | = Reserved |

```
         HEADER01 IN HDR ID EQ HDR ID X HDRTU HDR ID YMMDDYYYYMMDDYYYYMMDDYYYYMMDDYYYYREPORTER NAME
CHAR
ZONE   07000609CCCCCCFFFD14CCD4CCC4CCD4CCC4E4CCD5E4CCD4CCC4DDCCEEEEDDCCEEEEDDCCEEEEDDCCEEEEDDECCD4DCDC4444
NUMR   12001R00R51459001950849099405R08490940700R49340809094014444888844444888844444888857695950150450000
       01...5...10...15...20...25...30...35...40...45...50...55...60...65...70...75...80...85...90...95....

CHAR            REPORTER ADDRESS
ZONE   4444444444444444444444DCDDBCDCDCCDCCBE44444444444444444444444444444444444444444444444444444444444444
NUMR   0000000000000000000000957695950144952200000000000000000000000000000000000000000000000000000000000000
       101...5...10...15...20...25...30...35...40...45...50...55...60...65...70...75...80...85...90...95....

CHAR            99955512343SOFTWARE VENDOR NAME           VERNO
ZONE   44444444444444444FFFEFEFEFEFEDCECCDC4ECDCDCD4DCDC4444444444444ECDDD44444444444444444444444444444444
NUMR   0000000000000000059955512342663619505554590514500000000000000000000000000000000000000000000000000000
       201...5...10...15...20...25...30...35...40...45...50...55...60...65...70...75...80...85...90...95....

CHAR
ZONE   444444444444444444444444444444444444444444444444444444444444
NUMR   000000000000000000000000000000000000000000000000000000000000
       301...5...10...15...20...25...30...35...40...45...50...55...60...65...70
```

(continued)

# 366 FORMAT – DATA RECORD (VARIABLE BLOCKED)

Note: The Block Descriptor Word shifts the first record of each block over 4 positions.

| POS. | | Field |
|---|---|---|
| POS. | 1-4 | Block Descriptor Word |
| POS. | 5-8 | Record Descriptor Word |
| POS. | 9 | Processing Indicator |
| POS. | 10-17 | Time Stamp |
| POS. | 18 | Correction Indicator |
| POS. | 19-38 | Identification Number |
| POS. | 39-40 | Cycle Identifier |
| POS. | 41-70 | Account Number |
| POS. | 71 | Portfolio Type |
| POS. | 72-73 | Account Type |
| POS. | 74-78 | Date Opened |
| POS. | 79-83 | Credit Limit |
| POS. | 84-88 | Highest Credit |
| POS. | 89-91 | Terms Duration |
| POS. | 92 | Terms Frequency |
| POS. | 93-97 | Sched Monthly Payment |
| POS. | 98-102 | Actual Payment Amt |
| POS. | 103-104 | Account Status |
| POS. | 105 | Payment Rating |
| POS. | 106-129 | Payment Hist. Profile |
| POS. | 130-131 | Special Comment |
| POS. | 132-133 | Compliance Cond Code |
| POS. | 134-138 | Current Balance |
| POS. | 139-143 | Amount Past Due |
| POS. | 144-148 | Orig Charge-Off Amt |
| POS. | 149-153 | Date of Account Information |
| POS. | 154-158 | Date of 1st Delinquency |
| POS. | 159-163 | Date Closed |
| POS. | 164-168 | Date Of Last Payment |
| POS. | 169 | Interest Type Indicator |
| POS. | 170-185 | Reserved |
| POS. | 186 | Consumer Trans Type |
| POS. | 187-211 | Surname |
| POS. | 212-231 | First Name |
| POS. | 232-251 | Middle Name |
| POS. | 252 | Generation Code |
| POS. | 253-257 | SSN |
| POS. | 258-262 | Date of Birth |
| POS. | 263-266 | Telephone Number |
| POS. | 269 | ECOA Code |
| POS. | 270-271 | Consumer Info Ind |
| POS. | 272-273 | Country Code |
| POS. | 274-300 | Address – Line 1 |
| POS. | 301-337 | Address – Line 2 |
| POS. | 338-357 | City |
| POS. | 358-359 | State |
| POS. | 360-366 | Postal/Zip Code |
| POS. | 369 | Address Indicator |
| POS. | 370 | Residence Code |

(continued)

CREDIT REPORTING RESOURCE GUIDE®
Copyright 2014 © Consumer Data Industry Association

EXP E0004961

# 366 FORMAT – TRAILER RECORD (VARIABLE BLOCKED)

```
CHAR   <TRAILER
ZONE   07000600E0CDCDCDCD0001000011000000001000002C000300000000000000000000000000000000000000000000000000000
NUMR   1200IE003913959000C0C00000C0000C000000C0000C000C00000C0000C00000C0000C00000C0000C00000C0000C0000C0000C
       01...5...10...15...20...25...30...35...40...45...50...55...60...65...70...75...80...85...90...95....

CHAR
ZONE   000000000000000000000000000000000000000000000000000000000000001000010000010000010000000400001
NUMR   0000C0000C000C0000C000C000C0000C00000C00000C0000C00000C0000C000C0000C0000C0000C0000C0000C0000C0000C000C
       101...5...10...15...20...25...30...35...40...45...50...55...60...65...70...75...80...85...90...95....

CHAR
ZONE   00001000020000000000000000000000000000000000000000000000000000000000000000000000000000000000000
NUMR   0000C0000C000C0000C000C000C0000C00000C0000C000C0000C00000C0000C000C0000C0000C0000C0000C0000C00...96....
       201...5...10...15...20...25...30...35...40...45...50...55...60...65...70...75...80...85...90...96....

CHAR
ZONE   44444444444444444444444444444444444444444444444444444444444444444444444444444
NUMR   00000000000000000000000000000000000000000000000000000000000000000000000000000000
       301...5...10...15...20...25...30...35...40...45...50...55...60...65...70
```

Note: The Block Descriptor Word shifts
the first record of each block over 4
positions.

| | | |
|---|---|---|
| POS. | 1- 4 | = Block Descriptor Word |
| POS. | 5- 8 | = Record Descriptor Word |
| POS. | 9- 15 | = Record Identifier |
| POS. | 16- 20 | = Total Base Records |
| POS. | 21- 25 | = Reserved |
| POS. | 26- 30 | = Total Status DF |
| POS. | 31- 35 | = Total J1 Segments |
| POS. | 36- 40 | = Total J2 Segments |
| POS. | 41- 45 | = Block Count |
| POS. | 46- 50 | = Total Status DA |
| POS. | 51- 55 | = Total Status 05 |
| POS. | 56- 60 | = Total Status 11 |
| POS. | 61- 65 | = Total Status 13 |
| POS. | 66- 70 | = Total Status 61 |
| POS. | 71- 75 | = Total Status 62 |
| POS. | 76- 80 | = Total Status 63 |
| POS. | 81- 85 | = Total Status 64 |
| POS. | 86- 90 | = Total Status 65 |
| POS. | 91- 95 | = Total Status 71 |
| POS. | 96- 100 | = Total Status 78 |
| POS. | 101- 105 | = Total Status 80 |
| POS. | 106- 110 | = Total Status 82 |
| POS. | 111- 115 | = Total Status 83 |
| POS. | 116- 120 | = Total Status 84 |
| POS. | 121- 125 | = Total Status 88 |
| POS. | 126- 130 | = Total Status 89 |
| POS. | 131- 135 | = Total Status 93 |
| POS. | 136- 140 | = Total Status 94 |
| POS. | 141- 145 | = Total Status 95 |
| POS. | 146- 150 | = Total Status 96 |
| POS. | 151- 155 | = Total Status 97 |
| POS. | 156- 160 | = Total ECOA 2 |
| POS. | 161- 165 | = Total Employment Segs |
| POS. | 166- 170 | = Total Orig Cred Segs |
| POS. | 171- 175 | = Total Purch/Sold Segs |
| POS. | 176- 180 | = Total Mort Info Segs |
| POS. | 181- 185 | = Total Spec Pymt Segs |
| POS. | 186- 190 | = Total Change Segs |
| POS. | 191- 195 | = Total SSN All |
| POS. | 196- 200 | = Total SSN Base |
| POS. | 201- 205 | = Total SSN J1 |
| POS. | 206- 210 | = Total SSN J2 |
| POS. | 211- 215 | = Total Birthday All |
| POS. | 216- 220 | = Total Birthday Base |
| POS. | 221- 225 | = Total Birthday J1 |
| POS. | 226- 230 | = Total Birthday J2 |
| POS. | 231- 235 | = Total Phone # All |
| POS. | 236- 370 | = Reserved |

(continued)

CREDIT REPORTING RESOURCE GUIDE®
Copyright 2014 © Consumer Data Industry Association

EXP E0004962

# 426 FORMAT – HEADER RECORD (FIXED LENGTH)

```
CHAR  1364HEADER  IN HDR     EQ HDR ID X HDRTU HDR ID YMMDDYYYYMMDDYYYYMMDDYYYYMMDDYYYYREPORTER NAME
ZONE  FFFFCCCCDD4CDN4CCD444CDN4CDE4CCDEE4CCD4DDCCEEDDCCEEEDDCCEEEDDCCEEEDDCCDDECD4DCDC4444444
NUMR  13648514590095081490000580849094004493408493084939408084939488844448888795939505145000000000
      01...5...10...15...20...25...30...35...40...45...50...55...60...65...70...75...80...85...90...95...

CHAR                 REPORTER ADDRESS
ZONE  44444444444444DCDDDBCDMCCCDCEE4444444444444444444444444444444444444444444444444444444444444
NUMR  000000000000000957693590114952200000000000000000000000000000000000000000000000000000200
      101...5...10...15...20...25...30...35...40...45...50...55...60...65...70...75...80...85...90...95...

CHAR              99955512343SOFTWARE VENDOR NAME                              VERNO
ZONE  444444444444FFFFFFFFEEDCECDDC4ECDCDD4DCDC444444444444444444ECDDD444444444444444444444444444
NUMR  000000000000099955512341950554690514500000000000000000005599560000000000000000000000000
      201...5...10...15...20...25...30...35...40...45...50...55...60...65...70...75...80...85...90...95...

CHAR  44444444444444444444444444444444444444444444444444444444444444444444444444444444444444444444
ZONE  0000000000000000000000000000000000000000000000000000000000000000000000000000000000000000000
NUMR
      301...5...10...15...20...25...30...35...40...45...50...55...60...65...70...75...80...85...90...95...

CHAR  444444444444444444444444444444444444444444444444444444444444444444444444444444444444444444
ZONE  000000000000000000000000000000000000000000000000000000000000000000000000000000000000000000000
NUMR
      401...5...10...15...20...25...30...35...40...45...50...55...60...65...70...75...80...85...90...95...
```

...continue to blank-fill out to 1364 characters....

```
CHAR  4444444444444444444444444444444444444444444444444444444444444444444444444444444444444444
ZONE  00000000000000000000000000000000000000000000000000000000000000000000000000000000000000000000
NUMR
      1101...5...10...15...20...25...30...35...40...45...50...55...60...65...70...75...80...85...90...95...

CHAR  4444444444444444444444444444444444444444444444444444444444444444444444444444444444444444
ZONE  00000000000000000000000000000000000000000000000000000000000000000000000000000000000000000000
NUMR
      1201...5...10...15...20...25...30...35...40...45...50...55...60...65...70...75...80...85...90...95...

CHAR  444444444444444444444444444444444444444444
ZONE  00000000000000000000000000000000000000000000
NUMR
      1301...5...10...15...20...25...30...35...40...45...50...55...60...6
```

(continued)

```
POS.    1-   4 = Record Descriptor Word
POS.    5-  10 = Record Identifier
POS.   11-  12 = Cycle Number
POS.   13-  22 = Innovis Program ID
POS.   23-  32 = Equifax Program ID
POS.   33-  37 = Experian Program ID
POS.   38-  47 = TransUnion Program ID
POS.   48-  55 = Activity Date
POS.   56-  63 = Date Created
POS.   64-  71 = Program Date
POS.   72-  79 = Program Revision Date
POS.   80- 119 = Reporter Name
POS.  120- 215 = Reporter Address
POS.  216- 225 = Reporter Phone #
POS.  226- 265 = Software Vendor Name
POS.  266- 270 = Software Version #
POS.  271- 280 = MicroBilt/PRBC Prog. ID
POS.  281- 426 = Reserved
POS.  427-1364 = Blank Fill
```

CREDIT REPORTING RESOURCE GUIDE®
Copyright 2014 © Consumer Data Industry Association

EXP_E0004963

# 426 FORMAT – DATA RECORD (FIXED LENGTH)

```
CHAR  13641WMDYYYYHHMMSS ID NUMBER        ACCOUNT NUMBER              R18WMDDYYYYG00005500000000200
ZONE  FFFFFDDDCEEEEOCUDEE4CCCDEDE4DEDCCDN4444444444444CCCDEDE4DEDCCD4444444444444DFFDDCEEEEFFFFFFFFFFFFFE
NUMR  13641444488884422094005442590000000000001336450584259000000000000091844448888000005500000000200
      01...5..10...15...20...25...30...35...40...45...50...55...60...65...70...75...80...85...90...95....

CHAR  CREV 000000020000000000011002110000BBBBBBBBBBB   0000000000000000000000MWMDYYYYMWMDDYYYYMD
ZONE  FDCE4FFFFFFFFFFFFFFFFFFFFFFCCCCCCCCCCCCCCCC4444FFFFFFFFFFFFFFFFFFDDCCEEEEFFFFFDDDDCCEEEEDDDC
NUMR  09550000000200000000000110211000022222222222200000000000000044448888444488884440
      101...5...10...15...20...25...30...35...40...45...50...55...60...65...70...75...80...85...90...95....

CHAR  DYYYYMWMDDYYYY        1SURNAME              FIRST NAME            MIDDLE NAME          2123
ZONE  CEEEEDDCCEEEE4444444444FEEDDCDC444444444444CCDEE4DDCD44444444444DCCCDC4DCDC44444444FFFE
NUMR  4888844448888000000000012495145000000000000069923051450000000004944350514150000000002123
      201...5..10...15...20...25...30...35...40...45...50...55...60...65...70...75...80...85...90...95....

CHAR  4567899WMDYYYYY9995512341 USIST LINE OF ADDRESS       2ND LINE OF ADDRESS           CITY
ZONE  FFFFFDDDCCEEEEFFFFFFFFFFFFF4EEEFE4DCDC4DC4CCCDCEEE44444444444FDC4DCDC4DC4CCCDCEEE44444444CCEE
NUMR  4567899444488889995551234110041213039556066014495220000000000025400395565661449522000000000399380000
      301...5..10...15...20...25...30...35...40...45...50...55...60...65...70...75...80...85...90...95....

CHAR  444444444444EDEFTFFYTFFE44DFTEEDCDCD44444444444444444444444444EDCDC444444444444444444CFFFFE  12345
ZONE  00000000000002311234512341004110243951450000000000000000000000235000000000000000000001234500000000012345
NUMR  0000000000000231123451234100124951450000000000000000000000023501234500000000000000000001234500000001234 5
      401...5..10...15...20...25...30...35...40...45...50...55...60...65...70...75...80...85...90...95....

CHAR  6799WMDYYYYY9995512342  J1 SURNAME         1ST NAME              MIDDLE NAME          11234S
ZONE  FFFFDDDCCEEEEFFFFFFFFFFFF4DE4EEDDCDC444444FEE4DCDC44444444444DCCCDC4DCDC44444444FFFFFE
NUMR  6799444488889995551234200011000000000000001230514500000000000094943505145000000000112345
      501...5..10...15...20...25...30...35...40...45...50...55...60...65...70...75...80...85...90...95....

CHAR  6799WMDYYYYY9995512342  J2 SURNAME         1ST NAME              MIDDLE NAME          CITY
ZONE  FFFFDDDCCEEEEFFFFFFFFFFFF4DE4EEDDCDC444444FEE4DCDC44444444444DCCCDC4DCDC44444444CCEE
NUMR  6799444488889995551234200021200000000000001230514500000000000094943505145000003939380000
      601...5..10...15...20...25...30...35...40...45...50...55...60...65...70...75...80...85...90...95....

CHAR  6799WMDYYYYY9995512342  USIST LINE OF ADDRESS        2ND LINE OF ADDRESS           CITY
ZONE  FFFFDDDCCEEEEFFFFFFFFFFFF4EEEFE4DCDC4DC4CCCDCEEE44444444444FDC4DCDC4DC4CCCDCEEE44444444CCEE
NUMR  6799444488889995551234200421123039556066014952200000000000025066014495220000000000399383000000
      701...5..10...15...20...25...30...35...40...45...50...55...60...65...70...75...80...85...90...95....

CHAR  444444444444EDEFTFFYTFFE44DF44444444444444444444444444444444444444444444444444444444444444444444
ZONE  0000000000002311234512341004000000000000000000000000000000000000000000000000000000000000000
NUMR  000000000000231123451234100200000000000000000000000000000000000000000000000000000000000000000
      801...5..10...15...20...25...30...35...40...45...50...55...60...65...70...75...80...85...90...95....

CHAR  444444444444444444444444444DFDCCCDCDCD44444444FEDFEDDCCOCCECD4DDCDCCD4CDCDCD444DFFDCC  K3900AC
ZONE  00000000000000000000000000000441EFDCCCDCD44401EFDFEDDCCOCCECD41EFDFEDDCCOCCE41CDCDCD444DFFDC
NUMR  000000000000000000000000000000221699979513039594935690514500000000000022074930125407969632612634051450002230013
      901...5..10...15...20...25...30...35...40...45...50...55...60...65...70...75...80...85...90...95....

CHAR  COUNT NUMBER     MORT ID NUMBER     K400WMDYYYYMWMDDYYYYYT00G000000 L1NEW ACCOUNT NUMBER        NEW
ZONE  CDEDEADDCCD44441DDDE4CC4DEDCCD4444DEFFDDCCEEEEDDCCEEEEEEEFFFEFFFEFFF4DFEDFEDCC4CCCDCEEDCCD4444444444DCE
NUMR  36430544259000004693094054425950002401336450144889800000000031335560113364530054425990C000000556
      1101...5...10...15...20...25...30...35...40...45...50...55...60...65...70...75...80...85...90...95....
```

| POS. | Field |
|---|---|
| 1- 4 | Record Descriptor Word |
| 5 | Processing Indicator |
| 6- 19 | Time Stamp |
| 20 | Correction Indicator |
| 21- 40 | Identification # |
| 41- 42 | Cycle Identifier |
| 43- 72 | Account Number |
| 73 | Portfolio Type |
| 74- 75 | Account Type |
| 76- 83 | Date Opened |
| 84- 92 | Credit Limit |
| 93-101 | Highest Credit |
| 102-105 | Terms Duration |
| 105 | Terms Frequency |
| 106-114 | Sched Monthly Payment |
| 115-123 | Actual Payment Amt |
| 124-125 | Account Status |
| 126 | Payment Rating |
| 127-150 | Payment History Profile |
| 151-152 | Special Comment |
| 155-163 | Compliance Cond Code |
| 155-163 | Current Balance |
| 164-172 | Amount Past Due |
| 173-181 | Orig Charge-Off Amt |
| 182-189 | Date of Account Info. |
| 190-197 | Date of 1st Delinquency |
| 198-205 | Date Closed |
| 206-213 | Date of Last Payment |
| 214 | Interest Type Indicator |
| 215-230 | Reserved |
| 231 | Consumer Trans Type |
| 232-256 | Surname |
| 257-276 | First Name |
| 277-296 | Middle Name |
| 297 | Generation Code |
| 298-306 | SSN |
| 307-314 | Date Of Birth |
| 315-324 | Telephone Number |
| 325 | ECOA Code |
| 326-327 | Consumer Info Ind |
| 328-329 | Country Code |
| 330-361 | Address - Line 1 |
| 362-393 | Address - Line 2 |
| 394-413 | City |
| 414-415 | State |
| 416-424 | Postal/Zip Code |
| 425 | Address Indicator |
| 426 | Residence Code |

(continued)

Credit Reporting Resource Guide®
Copyright 2014 © Consumer Data Industry Association

EXP E0004964

# 426 FORMAT – DATA RECORD (FIXED LENGTH) CONTINUED

```
CHAR  ID NUMBER              N1EMPLOYER NAME                     1ST LINE OF EMPLOYER ADDRESS     2ND LINE OF EMPLOY
ZONE  4CC4DEDC5D44444444DCDDDDECD4DCDC444444444444FEE4DCDC4DC4CDDDDCD4DCDCCDCEE4444FDC4DCDC4DC4CDDDDDE
NUMR  0940542590000000051547368590514500000000000000123039550660547368590149520000264039550660547368
      1201...5...10...15...20...25...30...35...40...45...50...55...60...65...70...75...80...85...90...95...

CHAR  ER ADDRESS   EMPLOYER CITY        ST12345134OCCUPATION
ZONE  CD4CCCDCEE444CDDDDKCD4CCEE44444EBEFFFFFFFDCCECDCEDD44444444
NUMR  59014495220000547368590393800000000231123463347139650000000000
      1301...5...10...15...20...25...30...35...40...45...50...55...60...6
```

(continued)

See Attachment for Segment
definitions.

CREDIT REPORTING RESOURCE GUIDE®
Copyright 2014 © Consumer Data Industry Association

EXP E0004965

# 426 FORMAT – TRAILER RECORD (FIXED LENGTH)

The record layout is shown as CHAR / ZONE / NUMR lines with a position ruler (01…5…10…15…20…25…30…35…40…45…50…55…60…65…70…75…80…85…90…95…) repeated for each block, continuing to blank-fill out to 1364 characters.

```
CHAR  1364TRAILER000000001000000000000000000000000000000000000000000000000000000000000000000000000000
ZONE  FFFFDCCDCCDFFFFFFFFFFFFFFFFFFFFFFFFFFFFFFFFFFFFFFFFFFFFFFFFFFFFFFFFFFFFFFFFFFFFFFFFFFFFFFFFFFFFF
NUMR  136439193596000000001000000000000000000000000000000000000000000000000000000000000000000000000000
      01...5...10...15...20...25...30...35...40...45...50...55...60...65...70...75...80...85...90...95...

CHAR  FFFFFFFFFFFFFFFFFFFFFFFFFFFFFFFFFFFFFFFFFFFFFFFFFFFFFFFFFFFFFFFFFFFFFFFFFFFFFFFFFFFFFFFFFFFFFFFFF
ZONE  0000000000000000000000000000000000000000000000000000000000000000000000000000000000000000000000000
NUMR  FFFFFFFFFFFFFFFFFFFFFFFFFFFFFFFFFFFFFFFFFFFFFFFFFFFFFFFFFFFFFFFFFFFFFFFFFFFFFFFFFFFFFFFFFFFFFFFFFF
      101..5...10...15...20...25...30...35...40...45...50...55...60...65...70...75...80...85...90...95...

CHAR  00000000000000000000000000000000000000000000000000000000000000000000000000000000000000000000000
ZONE  FFFFFFFFFFFFFFFFFFFFFFFFFFFFFFFFFFFFFFFFFFFFFFFFFFFFFFFFFFFFFFFFFFFFFFFFFFFFFFFFFFFFFFFFFFFFFFFFFF
NUMR  00000000000000000000000000000000000000000000000000000000000000000000000000000000000000000000000
      201..5...10...15...20...25...30...35...40...45...50...55...60...65...70...75...80...85...90...95...

CHAR  0000000
ZONE  FFFFFFFF4444444444444444444444444444444444444444444444444444444444444444444444444444444444444444
NUMR  00000000000000000000000000000000000000000000000000000000000000000000000000000000000000000000000
      301..5...10...15...20...25...30...35...40...45...50...55...60...65...70...75...80...85...90...95...

CHAR  444444444444444444444444444444444444444444444444444444444444444444444444444444444444444444444444
ZONE  00000000000000000000000000000000000000000000000000000000000000000000000000000000000000000000000
NUMR  
      401..5...10...15...20...25...30...35...40...45...50...55...60...65...70...75...80...85...90...95...

CHAR  444444444444444444444444444444444444444444444444444444444444444444444444444444444444444444444444
ZONE  00000000000000000000000000000000000000000000000000000000000000000000000000000000000000000000000
NUMR  
      501..5...10...15...20...25...30...35...40...45...50...55...60...65...70...75...80...85...90...95...

CHAR  444444444444444444444444444444444444444444444444444444444444444444444444444444444444444444444444
ZONE  00000000000000000000000000000000000000000000000000000000000000000000000000000000000000000000000
NUMR  
      601..5...10...15...20...25...30...35...40...45...50...55...60...65...70...75...80...85...90...95...

CHAR  444444444444444444444444444444444444444444444444444444444444444444444444444444444444444444444444
ZONE  00000000000000000000000000000000000000000000000000000000000000000000000000000000000000000000000
NUMR  
      701..5...10...15...20...25...30...35...40...45...50...55...60...65...70...75...80...85...90...95...

...continue to blank-fill out to 1364 characters...

CHAR  444444444444444444444444444444444444444444444444444444444444444444444444444444444444444444444444
ZONE  00000000000000000000000000000000000000000000000000000000000000000000000000000000000000000000000
NUMR  
      1001..5...10...15...20...25...30...35...40...45...50...55...60...65...70...75...80...85...90...95...

CHAR  444444444444444444444444444444444444444444444444444444444444444444444444444444444444444444444444
ZONE  00000000000000000000000000000000000000000000000000000000000000000000000000000000000000000000000
NUMR  
      1101..5...10...15...20...25...30...35...40...45...50...55...60...65...70...75...80...85...90...95...

CHAR  444444444444444444444444444444444444444444444444444444444444444444444444444444444444444444444444
ZONE  00000000000000000000000000000000000000000000000000000000000000000000000000000000000000000000000
NUMR  
      1201..5...10...15...20...25...30...35...40...45...50...55...60...65...70...75...80...85...90...95...

CHAR  444444444444444444444444444444444444444444444444444444444444
ZONE  000000000000000000000000000000000000000000000000000000000000
NUMR  000000000
      1301..5...10...15...20...25...30...35...40...45...50...55...60...6
```

| POS. | Field |
|---|---|
| POS.   1-   4 | = Record Descriptor Word |
| POS.   5-  11 | = Record Identifier |
| POS.  12-  20 | = Total Base Records |
| POS.  21-  29 | = Reserved |
| POS.  30-  38 | = Total Status DF |
| POS.  39-  47 | = Total J1 Segments |
| POS.  48-  56 | = Total J2 Segments |
| POS.  57-  65 | = Block Count |
| POS.  66-  74 | = Total Status DA |
| POS.  75-  83 | = Total Status 05 |
| POS.  84-  92 | = Total Status 11 |
| POS.  93- 101 | = Total Status 13 |
| POS. 102- 110 | = Total Status 61 |
| POS. 111- 119 | = Total Status 62 |
| POS. 120- 128 | = Total Status 63 |
| POS. 129- 137 | = Total Status 64 |
| POS. 138- 146 | = Total Status 65 |
| POS. 147- 155 | = Total Status 71 |
| POS. 156- 164 | = Total Status 78 |
| POS. 165- 173 | = Total Status 80 |
| POS. 174- 182 | = Total Status 82 |
| POS. 183- 191 | = Total Status 83 |
| POS. 192- 200 | = Total Status 84 |
| POS. 201- 209 | = Total Status 88 |
| POS. 210- 218 | = Total Status 89 |
| POS. 219- 227 | = Total Status 93 |
| POS. 228- 236 | = Total Status 94 |
| POS. 237- 245 | = Total Status 95 |
| POS. 246- 254 | = Total Status 96 |
| POS. 255- 263 | = Total Status 97 |
| POS. 264- 272 | = Total ECOA Z |
| POS. 273- 281 | = Total Employment Segs |
| POS. 282- 290 | = Total Orig Cred Segs |
| POS. 291- 299 | = Total Purch/Sold Seg |
| POS. 300- 308 | = Total Mtg Into Segs |
| POS. 309- 317 | = Total Spec Pymnt Segs |
| POS. 318- 326 | = Total Change Segs |
| POS. 327- 335 | = Total SSN All |
| POS. 336- 344 | = Total SSN Base |
| POS. 345- 353 | = Total J1 |
| POS. 354- 362 | = Total SSN J2 |
| POS. 363- 371 | = Total Birthday All |
| POS. 372- 380 | = Total Birthday Base |
| POS. 381- 389 | = Total Birthday J1 |
| POS. 390- 398 | = Total Birthday J2 |
| POS. 399- 407 | = Total Phone # All |
| POS. 408- 426 | = Reserved |
| POS. 427-1364 | = Blank Fill |

(continued)

EXP_E0004966

EXP_E0004967

# ATTACHMENT - SEGMENT DEFINITIONS

**J1 Segment:**
Pos.   1-  2 = Segment Identifier
Pos.   3 = Consumer Transaction Type
Pos.   4- 28 = Surname
Pos.  29- 48 = First Name
Pos.  49- 68 = Middle Name
Pos.  69 = Generation Code
Pos.  70- 78 = Social Security Number
Pos.  79- 86 = Date of Birth
Pos.  87- 96 = Telephone Number
Pos.  97 = ECOA Code
Pos.  98- 99 = Consumer Information Indicator
Pos. 100 = Reserved

**J2 Segment:**
Pos.   1-  2 = Segment Identifier
Pos.   3 = Consumer Transaction Type
Pos.   4- 28 = Surname
Pos.  29- 48 = First Name
Pos.  49- 68 = Middle Name
Pos.  69 = Generation Code
Pos.  70- 78 = Social Security Number
Pos.  79- 86 = Date of Birth
Pos.  87- 96 = Telephone Number
Pos.  97 = ECOA Code
Pos.  98- 99 = Consumer Information Indicator
Pos. 100-101 = Country Code
Pos. 102-133 = First Line of Address
Pos. 134-165 = Second Line of Address
Pos. 166-185 = City
Pos. 186-187 = State
Pos. 188-196 = Postal/Zip Code
Pos. 197 = Address Indicator
Pos. 198 = Residence Code
Pos. 199-200 = Reserved

**K1 Segment:**
Pos.   1-  2 = Segment Identifier
Pos.   3-32 = Original Creditor Name
Pos.  33-34 = Creditor Classification

**K2 Segment:**
Pos.   1-  2 = Segment Identifier
Pos.   3 = Purchased From/Sold To Indicator
Pos.   4-33 = Purchased From or Sold To Name
Pos.  34 = Reserved

**K3 Segment:**
Pos.   1-  2 = Segment Identifier
Pos.   3-  4 = Agency Identifier
Pos.   5-22 = Account Number
Pos.  23-40 = Mortgage Identification Number

**K4 Segment:**
Pos.   1-  2 = Segment Identifier
Pos.   3-  4 = Specialized Payment Indicator
Pos.   5-12 = Deferred Payment Start Date
Pos.  13-20 = Balloon Payment Due Date
Pos.  21-29 = Balloon Payment Amount
Pos.  30 = Reserved

**L1 Segment:**
Pos.   1-  2 = Segment Identifier
Pos.   3 = Change Indicator
Pos.   4-33 = New Account Number
Pos.  34-53 = New Identification Number
Pos.  54 = Reserved

**N1 Segment:**
Pos.   1-  2 = Segment Identifier
Pos.   3- 32 = Employer Name
Pos.  33- 64 = First Line of Employer Address
Pos.  65- 96 = Second Line of Employer Address
Pos.  97-116 = Employer City
Pos. 117-118 = Employer State
Pos. 119-127 = Employer Postal/Zip Code
Pos. 128-145 = Occupation
Pos. 146 = Reserved

# Frequently Asked Questions and Answers

## Segments and Appendages (6-5)

1. How is the Base Segment used?
2. What if we don☐t currently capture data for a specific field in our system?
3. How are the J1 and J2 Segments used?
4. When reporting fixed-length records, can the J2 segment be reported for all consumers, whether they live at the same or different address as the primary borrower?  If the address is the same, can the address fields be blank?
5. How is the L1 Segment used?
6. How are fixed-length records reported if no appendage (e.g., J1, J2) information is available?
7. How are variable-length records reported if no appendage (e.g., J1, J2) information is available?

## BDW / RDW (6-7)

8. What is the BDW and how is it used?
9. What is the RDW and how is it used?

## Delinquency Reporting (6-7)

10. How are delinquencies calculated?

## Cycle Reporting (6-7)

11. When is cycle reporting appropriate, versus month-end reporting?

## Account Status, Payment Rating, Special Comment (6-8)

12. How do Account Statuses, Payment Ratings and Special Comments interact?

## ECOA Requirements (6-9)

13. How do I comply with ECOA?
14. ECOA Codes:
    (a) How is an ECOA change reported?
    (b) What is the difference between ECOA Codes T (Association with Account Terminated) and Z (Delete Consumer)?

(continued)

EXP_E0004968

# Frequently Asked Questions and Answers

## FCRA Requirements (6-10)

15. Reserved
16. The Fair Credit Reporting Act requires certain information to be reported with regard to returned checks.  What are those requirements?

## Deleting Accounts/Borrowers (6-12)

17. How should an account, or a specific borrower, be deleted from the consumer reporting agencies□ files?

## Consumer Information (6-13)

18. How should a new borrower be added to an existing account?
19. How should a consumer□s association with an existing account be terminated?
20. How should deceased borrowers be reported?
21. How should a business account be reported when a consumer is personally liable?

## Duplicate Tradelines (6-14)

22. What causes duplicate tradelines?

## Media (6-14)

23. What types of media are acceptable?

## First Time Reporters (6-15)

24. Are there any special reporting requirements for a first time reporter when sending data to the consumer reporting agencies?

(continued)

CREDIT REPORTING RESOURCE GUIDE®
Copyright 2014 © Consumer Data Industry Association

EXP_E0004969

# Frequently Asked Questions and Answers

## Accounts Included in Bankruptcy (6-16)

25. How should an account that has been included in Bankruptcy be reported when a consumer is making payments or has paid the account in full, even though the account has not been reaffirmed?
26. Is there a preferred method of reporting when accounts are completely or partially reaffirmed in bankruptcy?
27. Accounts included in Bankruptcy Chapter 7, 11 or 12:
    (a) How should an account be reported when all borrowers associated to the account filed Bankruptcy Chapter 7, 11 or 12?
    (b) How should an account be reported when one borrower filed Bankruptcy Chapter 7, 11 or 12 and the other borrower did not?
28. Accounts included in Bankruptcy Chapter 13:
    (a) How should an account be reported when all borrowers associated to the account filed Bankruptcy Chapter 13?
    (b) How should an account be reported when one borrower filed Bankruptcy Chapter 13 and the other borrower did not?
29. How should a secured debt (e.g., mortgage account) be reported when a consumer completes the required payments through a Bankruptcy Chapter 12 or 13 plan, but the account is still open and the consumer is continuing to make payments?
30. How should an account included in bankruptcy be reported if a "Relief from Stay" is granted to the creditor?
31. How should bankruptcies be reported when the consumer voluntarily surrenders the merchandise or redeems the merchandise?
32. How should an account be reported when a Bankruptcy case has been closed or terminated without being discharged or dismissed?

## Reporting Scenarios (6-28)

33. When and how should Debit Cards be reported?
34. Charge-offs:
    (a) How should charged off accounts be reported?
    (b) How should paid charge-off accounts be reported?
    (c) Is there a preferred method of reporting when an account is partially charged off?
35. If a credit card or account is in dispute or temporarily unavailable for use because the credit grantor is conducting an investigation (due to a request from the consumer, such as potential identity theft or other reason), how should the account be reported?
36. How should an account be reported when an auto lease is paid in full, yet there are over mileage charges, excess wear and tear charges, or other outstanding charges on the account?
37. How should an account be reported when an auto lease is prepaid – where entire lease payment is paid at the time of opening?

(continued)

EXP_E0004970

# Frequently Asked Questions and Answers

## Reporting Scenarios (6-31)

38. How should accounts that are paid in full for less than the full balance (i.e., settled) be reported?
39. How should a paid in full, closed account be reported?
40. How should a closed account be reported that has an outstanding balance?
41. How long should paid accounts (Account Status Code 13, 61-65) continue to be reported?
42. How should a renegotiated/refinanced loan be reported?
43. How should lost or stolen credit cards be reported?
44. How should deferred loans be reported?
45. How should accounts in forbearance be reported?
46. How should accounts that have been transferred be reported?
47. How should accounts that have been sold to another company be reported?
48. How should accounts that have been purchased from another company be reported?
49. How are "payment reversal" transactions handled when reporting Date of Last Payment, Date of First Delinquency, Payment History Profile and Actual Payment Amount?
50. Consumer loans may have multiple payment schedules, which may each have different payment frequencies (e.g., principal amount due annually and interest amount due monthly).  How should these loans be reported?
51. How should credit cards with no preset spending limits be reported that have terms allowing consumers to exceed the credit limits (i.e., Flexible Spending Credit Cards)?
52. How should the different stages of foreclosure be reported?
53. How should alternatives to foreclosure (i.e., Deed in Lieu and Short Sale) be reported?
54. How should a secured account (i.e., mortgage, home equity or other secured account) be reported when the collateral is released but there is an outstanding balance due?
55. How should full loan assumptions be reported?
56. How should simple loan assumptions be reported?
57. How should reverse mortgages be reported?
58. How should an account be reported when the consumer is affected by a natural or declared disaster?
59. How should deposit accounts, with overdraft protection, be reported that have been overdrawn?
60. How should prepaid credit cards/gift cards be reported?
61. How should an account be reported when it is included in a Personal Receivership plan (Wisconsin Chapter 128)?
62. How should an account be reported when merchandise has been repossessed or the consumer has voluntarily surrendered the merchandise?

CREDIT REPORTING RESOURCE GUIDE®
Copyright 2014 © Consumer Data Industry Association

EXP_E0004971

# Frequently Asked Questions and Answers

## SEGMENTS AND APPENDAGES

1.  **Question: How is the Base Segment used?**

    Answer: The Base Segment of the Metro 2® Format is used to report the identification information for the primary borrower, as well as all of the pertinent account information, such as Date Opened, High Credit, Current Balance and Account Status.

2.  **Question: What if we don't currently capture data for a specific field in our system?**

    Answer: Refer to Record Layouts within the Metro 2® Format section for designated Required Fields.

    If you have a question about a specific field that is not on your system, contact all the consumer reporting agencies to determine if that field is required.  Some fields must be reported to comply with legislative requirements, while others are used to make the reported data complete and accurate.

3.  **Question: How are the J1 and J2 Segments used?**

    Answer: In general, appendages in the Metro 2® Format are designed to allow the data furnisher to report additional information about the account by adding the appropriate appendages to the end of the Base Segment.  Two segments: J1 and J2 are used in reporting the names and addresses (if different from the primary borrower) of individuals who are associated with the account.

    - The J1 Segment is used to report a consumer who is associated with the account who lives at the same address as the individual reported in the Base Segment.

    - The J2 Segment is used to report a consumer who is associated with the account and who lives at the same or different address from the individual reported in the Base Segment.

EXP E0004972

# Frequently Asked Questions and Answers

4.  **Question: When reporting fixed-length records, can the J2 Segment be reported for all consumers, whether they live at the same or different address as the primary borrower?  If the address is the same, can the address fields be blank?**

    Answer: If you are reporting fixed-length records, you may choose to report only J2 Segments for all associated consumers.  In that case, the J2 Segments must always contain addresses, even if the addresses are the same as those reported in the Base Segments.

5.  **Question: How is the L1 Segment used?**

    Answer: The L1 Segment is used to report a new Account Number or a new Identification Number in situations when one or both of these numbers has changed since the last reporting period.  The Change Indicator field in the L1 Segment specifies whether the change is to the Account Number, the Identification Number or both.

    The old Account Number is reported in the Consumer Account Number field of the Base Segment and the new Account Number is reported in the New Consumer Account Number field of the L1 Segment.  The old Identification Number is reported in the Identification Number field of the Base Segment and the new Identification Number is reported in the New Identification Number field of the L1 Segment.

    The L1 Segment should be reported at the time of the Account Number/Identification Number change and should be reported only once.  The following month, the new numbers should appear in the Base Segment.

6.  **Question: How are fixed-length records reported if no appendage (e.g., J1, J2) information is available?**

    Answer: If no information is available for the appendages, provide the Segment Identifier (e.g., J1, J2) and blank fill the remainder of the segment.

7.  **Question: How are variable-length records reported if no appendage (e.g., J1, J2) information is available?**

    Answer: Do not report the appendage.

            CREDIT REPORTING RESOURCE GUIDE®
*Copyright 2014 © Consumer Data Industry Association*

EXP_E0004973

# Frequently Asked Questions and Answers

## BDW / RDW

**8.  Question: What is the BDW and how is it used?**

Answer: For variable-length blocks, the Block Descriptor Word (BDW) is typically systems-generated and contains a value equal to the length of each block of data.  The BDW must be reported when using the packed format or when reporting variable length records.  The BDW is used internally by each consumer reporting agency□s system to determine the number of bytes in each block.

**9.  Question: What is the RDW and how is it used?**

Answer: The Record Descriptor Word (RDW) contains a value equal to the number of bytes in each record.  A data record includes the Base Segment and any appendages (e.g., J1, K1, N1).

The RDW is a required field and may be systems-generated by the data furnisher□s system.  If not, it must be hard-coded in the program.

The RDW is used internally by each consumer reporting agency□s system to determine the number of bytes in each data record.

## DELINQUENCY REPORTING

**10.  Question: How are delinquencies calculated?**

Answer: Delinquencies should be calculated from the due date.  For consumer reporting purposes, an account is not deemed to be delinquent until it is at least 30 days (Account Status Code 71) past the due date.

## CYCLE REPORTING

**11.  Question: When is cycle reporting appropriate, versus month-end reporting?**

Answer: Cycle reporting is generally appropriate when the data furnisher has multiple billing cycles.  Reporting would take place at the end of each billing cycle, resulting in more accurate and current reporting of account statuses.

EXP_E0004974

# Frequently Asked Questions and Answers

## ACCOUNT STATUS, PAYMENT RATING, SPECIAL COMMENT

**12. Question: How do Account Statuses, Payment Ratings and Special Comments interact?**

Answer: The Account Status (Field 17A) is used to report the current condition of the accounts, such as current or 30 days past the due date. The Payment Rating (Field 17B), which is required for certain Account Statuses, is used to report whether the account is current, past due, in collections or charged off within the activity period being reported. The Special Comment (Field 19) is used to provide additional information about the account. These codes are used together to provide a complete picture of the account.

Examples:

- An account is reported with Account Status Code 80 (90 days past the due date) and Special Comment M (Account closed at credit grantor□s request). Since both codes are reported, credit grantors know the current condition of the account, and that the account is closed to further charges, at the credit grantor□s request.

- An account is reported with Account Status Code 13 (Paid), Payment Rating 3 (90 days past the due date) and Special Comment AU (Account paid in full for less than the full balance). This combination of codes provides complete information for credit grantors: the account is paid, the consumer was 90 days past the due date during the final month and the account was settled for less than the full balance.

CREDIT REPORTING RESOURCE GUIDE®
Copyright 2014 © Consumer Data Industry Association

EXP_E0004975

# Frequently Asked Questions and Answers

## ECOA REQUIREMENTS

**13. Question: How do I comply with ECOA?**

Answer: While ECOA requires only the reporting of spouse information, industry practices encourage the reporting of all consumers associated with an account.  The correct ECOA Code should be reported in the Base, J1 and J2 Segments.

**14. Questions: ECOA Codes:**
**(a) How is an ECOA Code change reported?**

Answer: Change the ECOA Code to the new value in the segment that has changed.  Refer to field descriptions for each segment (Base, J1 and J2) for lists of applicable ECOA codes.

**(b) What is the difference between ECOA Codes T (Association with Account Terminated) and Z (Delete Consumer)?**

Answer: ECOA Code „T‟ should be reported when a consumer is no longer associated with an account.  In subsequent reporting periods, this consumer should not be reported.  The account, including payment history reported prior to the termination will be retained, but future updates will not be applied to the account for this consumer.

ECOA Code „Z‟ should be reported when a consumer was reported in error and the account, including payment history, should be deleted from this consumer‟s file.  It is imperative that ECOA Code „Z‟ is reported only on the consumer who was inaccurately reported.  In subsequent reporting periods, this consumer should not be reported.

*Note: Only inaccurately reported consumers should be deleted.*

EXP_E0004976

# Frequently Asked Questions and Answers

## FCRA REQUIREMENTS

15. Reserved

CREDIT REPORTING RESOURCE GUIDE®
*Copyright 2014 © Consumer Data Industry Association*

EXP_E0004977

# Frequently Asked Questions and Answers

**16. Question: The Fair Credit Reporting Act requires certain information to be reported with regard to returned checks.  What are those requirements?**

Answer: For companies who report returned checks, such as collection agencies, debt buyers or check guarantee companies, there are four reporting guidelines:

- The Date Opened (Base Segment Field 10) should contain the date of the check.
- The Highest Credit or Original Loan Amount (Base Segment Field 12) should contain the original amount of the check, excluding fees and interest.
- The Original Creditor Name (K1 Segment Field 2) should contain the name of the payee; i.e., the name of the company to which the check was written.  Report Creditor Classification 02 (K1 Segment Field 3) when the name of the payee represents a provider of medical services, products or devices.
- The FCRA Compliance/Date of First Delinquency (Base Segment Field 25) should contain the date the check was returned for nonsufficient funds.  If not available, report the date of the check.

EXP_E0004978

# Frequently Asked Questions and Answers

## DELETING ACCOUNTS/BORROWERS

**17. Question: How should an account, or a specific borrower, be deleted from the consumer reporting agencies☐ files?**

Answer: It is imperative that only inaccurate accounts be deleted from the consumer reporting agencies☐ files.  In order to maintain the accuracy and integrity of consumer files, historical consumer credit information must be reported in a factual and objective manner.  Paid derogatory accounts, such as collections, should be reported as paid; they should not be deleted.

To delete an entire account, **_for reasons other than fraud_**, report Account Status Code **DA** (Field 17A).  All borrowers will be deleted along with the account history.

To delete an entire account, **_due to confirmed fraud_**, report Account Status Code **DF** (Field 17A).  All borrowers will be deleted along with the account history.

To delete a specific borrower, report **Z** in the ECOA Code field of the segment containing the consumer to be deleted.

CREDIT REPORTING RESOURCE GUIDE®
Copyright 2014 © Consumer Data Industry Association

EXP  E0004979

# Frequently Asked Questions and Answers

## CONSUMER INFORMATION

**18. Question: How should a new borrower be added to an existing account?**

Answer: Append a J1 or J2 Segment for the new borrower and report Consumer Transaction Type **1** in Field 2.

- A J1 Segment should be used to add a new borrower living at the same address as the consumer reported in the Base Segment.
- A J2 segment should be used to add a new borrower living at a different address from the consumer reported in the Base Segment.

**19. Question: How should a consumer☐s association with an existing account be terminated?**

Answer: Report **T** in the ECOA Code field (Base Segment Field 37, J1/J2 Segment Field 10) in the segment containing the consumer for whom the association is to be terminated.  All payment history for this account will be retained.  Do not report this consumer in subsequent reporting periods.

**20. Question: How should deceased borrowers be reported?**

Answer: Deceased borrowers should be reported through use of the ECOA Code **X** in the appropriate Base Segment Field 37 or J1/J2 Segment Field 10.

If only one borrower is associated with the account and the borrower is reported as deceased, discontinue reporting the entire account after the ECOA Code **X** is reported.  Do not report the account with a trustee or estate name.

If there are multiple associated borrowers and one borrower is reported as deceased, continue reporting the account, but discontinue reporting the deceased borrower after the ECOA Code **X** is reported.  If the deceased borrower had been reported in the Base Segment, another borrower must be moved into the Base Segment for subsequent reporting.

Reporting a consumer as deceased provides valuable information on the credit report.  If another consumer tries to use the identity of a deceased consumer, the "deceased" information will appear on the credit report, helping to deter the fraudulent activity.

EXP_E0004980

# Frequently Asked Questions and Answers

21. **Question: How should a business account be reported when a consumer is personally liable?**

    Answer:
    - Report the consumer's information in the Base Segment with ECOA Code **2** (Joint/Contractual Liability) or **5** (Co-maker or Guarantor) in Field 37, as applicable.
    - Report the business name in the J2 Segment starting in the Surname field (Field 3). The business name may continue into the First and Middle Name fields if needed.
    - Report ECOA Code **W** (Business/Commercial) in Field 10 of the J2 Segment.

      **Note:** The business name will not be added to the consumer credit databases.

## DUPLICATE TRADELINES

22. **Question: What causes duplicate tradelines?**

    Answer: Any change in Account Number, Identification Number, Portfolio Type and/or Date Opened may cause duplication if the consumer reporting agencies are not notified prior to the change.

## MEDIA

23. **Question: What types of media are acceptable?**

    Answer: Contact each of the consumer reporting agencies to determine what types of media are accepted.

CREDIT REPORTING RESOURCE GUIDE®
Copyright 2014 © Consumer Data Industry Association

EXP_E0004981

# Frequently Asked Questions and Answers

## FIRST TIME REPORTERS

24. **Question: Are there any special reporting requirements for a first time reporter when sending data to the consumer reporting agencies?**

   Answer: It is very important to ensure that the FCRA Compliance/Date of First Delinquency is reported accurately.

   When historical credit information is reported in the Payment History Profile (Field 18), the Date of First Delinquency must reflect the date of the first delinquency that led to the earliest delinquency reported in the Payment History Profile. *In this situation, the Date of First Delinquency must be reported, regardless of the Account Status Code being reported.*

   Examples:

   Account Status = 93 (Collection)
   Payment History Profile = GGGGGGGGGGGG666654321100
   Date of Account Information = 09/30/2014
   Date of First Delinquency = 11/30/2012

   In the above example, 11/30/2012 represents the date of the earliest 30-day delinquency represented in the Payment History Profile that led to the Collection (Code G) being reported.

   Account Status = 11 (Current)
   Payment History Profile = 000000GGGGGGGGGGGGGGGGGG
   Date of Account Information = 09/30/2014
   Date of First Delinquency = 03/31/2010

   In the above example, 03/31/2010 represents the date of the earliest 30-day delinquency that led to the Collection (Code G) reported in the Payment History Profile. In this scenario, the 30-day delinquency was outside the time period represented in the Payment History Profile.

EXP_E0004982

# Frequently Asked Questions and Answers

## ACCOUNTS INCLUDED IN BANKRUPTCY

Please note that within these reporting guidelines, certain fields are mentioned that provide specific guidance for the situations described. For all other Metro 2® fields, the standard guidelines described within the Field Definitions module should be followed.

25. **Question: How should an account that has been included in Bankruptcy be reported when a consumer is making payments or has paid the account in full, even though the account has not been reaffirmed?**

    Answer: Unless the account has been reaffirmed through the Bankruptcy Court, the account is included in Bankruptcy. For credit reporting purposes, the appropriate Bankruptcy Consumer Information Indicator must be reported.

    Refer to Frequently Asked Questions 27 and 28 for detailed reporting guidelines.

26. **Question: Is there a preferred method of reporting when accounts are completely or partially reaffirmed in bankruptcy?**

    Answer: For accounts that are <u>completely reaffirmed</u> in bankruptcy, report the appropriate Account Status (Field 17A) and the Consumer Information Indicator **R**, which states "Reaffirmation of Debt". The Consumer Information Indicator (Base Segment Field 38 and J1/J2 Segment Field 11) should be reported for each consumer who was involved in the bankruptcy.

    For accounts that are <u>partially reaffirmed</u> in bankruptcy, report a separate tradeline with a new Account Number for the portion of the account that is in repayment. For this new tradeline, report the Consumer Information Indicator **R** for each affected consumer, which states "Reaffirmation of Debt", plus the appropriate Account Status. For that portion of the original tradeline which is still included in bankruptcy, report the appropriate Account Status (Field 17A), the appropriate Consumer Information Indicator (Base Segment Field 38 and J1/J2 Segment Field 11), and adjust the Current Balance (Field 21) accordingly.

    If the partial Reaffirmation of Debt is subsequently rescinded, report the new account with Account Status Code **DA** to delete the account. The original account, which was reported with the appropriate bankruptcy Consumer Information Indicator, will reflect that the account is included in bankruptcy.

CREDIT REPORTING RESOURCE GUIDE®
*Copyright 2014 © Consumer Data Industry Association*

EXP_E0004983

# Frequently Asked Questions and Answers

27. **Questions: Accounts included in Bankruptcy Chapter 7, 11 or 12:**

**(a) How should an account be reported when all borrowers associated to the account filed Bankruptcy Chapter 7, 11 or 12?**

Answer: Report the account according to the following guidelines:

| | All Borrowers Filed Bankruptcy Chapter 7, 11 or 12 |
|---|---|
| Month BK Filed | • CII = A, B or C (Petition for Chapter 7, 11 or 12 Bankruptcy)<br>• Account Status = status at time of petition<br>• Payment History = first character based on previous month's status plus prior history<br>• Current Balance = outstanding balance amount<br>• Scheduled Monthly Payment Amount = contractual monthly payment amount<br>• Amount Past Due = dependent on status<br>• Date of Account Information = current month's date<br>**Note:** Authorized Users (ECOA Code 3) on accounts included in a bankruptcy petition should either be terminated (ECOA Code T) or deleted (ECOA Code Z) from the account because they are not contractually liable for payments. |
| Months Between Petition Filed & BK Resolution (Reaffirmation of Debt, Lease Assumption, Discharged, Dismissed, Withdrawn) | • CII = Blank (previous petition value reported is retained) or CII = A, B or C<br>• Account Status = status at time of petition<br>• Payment History = increment first position with value ‚D (plus history reported prior to bankruptcy filing)<br>• Current Balance = outstanding balance amount<br>• Scheduled Monthly Payment Amount = contractual monthly payment amount<br>• Amount Past Due = dependent on status<br>• Date of Account Information = current month's date |
| Reaffirmation of Debt or Lease Assumption | • CII = R (Reaffirmation of Debt) or 2A (Lease Assumption)<br>• Account information as it applies going forward |
| BK Discharged | • CII = E, F or G (Discharged through BK Chapter 7, 11 or 12)<br>• Account Status = status at time of petition<br>• Payment History = increment first position with value ‚D (plus prior months' history)<br>• Current Balance = outstanding balance amount<br>• Scheduled Monthly Payment Amount = contractual monthly payment amount<br>• Amount Past Due = dependent on status<br>• Date of Account Information = current month's date<br>**Note:** After reporting the discharge CII for all Filers, **discontinue reporting the account.** |

*FAQ 27(a) continued on next page*

EXP_E0004984

# Frequently Asked Questions and Answers

**FAQ 27(a)** (continued)

| | All Borrowers Filed Bankruptcy Chapter 7, 11 or 12 |
|---|---|
| Reaffirmation of Debt Rescinded | • CII = V (Chapter 7 Reaffirmation of Debt Rescinded)<br>• Account Status = status at time of petition<br>• Payment History = increment first position based on previous month's Account Status, plus prior history<br>• Current Balance = outstanding balance amount<br>• Scheduled Monthly Payment Amount = contractual monthly payment amount<br>• Amount Past Due = dependent on status<br>• Date of Account Information = current month's date<br>**Note: After reporting CII „V for all Filers, if the bankruptcy has been discharged, discontinue reporting the account.  If the bankruptcy has not yet been discharged, continue reporting the account and Filers with the applicable CIIs.** |
| BK Dismissed | • CII = I, J or K (BK Chapter 7, 11 or 12 Dismissed )<br>• Account information as it applies going forward |
| BK Withdrawn | • CII = M, N or O (BK Chapter 7, 11 or 12 Withdrawn)<br>• Account information as it applies going forward |

CREDIT REPORTING RESOURCE GUIDE®
*Copyright 2014 © Consumer Data Industry Association*

EXP_E0004985

# Frequently Asked Questions and Answers

**27(b) How should an account be reported when one borrower filed Bankruptcy Chapter 7, 11 or 12 and the other borrower did not?**

Answer: Report the account according to the following guidelines:

| | Filer(s) and Non-filer(s) |
|---|---|
| Month BK Filed | • CII for Filer(s) = A, B or C (Petition for BK Chapter 7, 11 or 12)<br>• CII for Non-filer(s) = Blank<br>• Account Status = applicable status for consumer(s) who did <u>not</u> file Bankruptcy<br>• Payment History = first character based on previous month's status plus prior history<br>• Current Balance = outstanding balance amount<br>• Scheduled Monthly Payment Amount = contractual monthly payment amount<br>• Amount Past Due = dependent on status<br>**Note: Authorized Users (ECOA Code 3) on accounts included in a bankruptcy petition should either be terminated (ECOA Code T) or deleted (ECOA Code Z) from the account because they are not contractually liable for payments.** |
| Months Between Petition Filed & BK Resolution (Reaffirmation of Debt, Lease Assumption, Discharged, Dismissed, Withdrawn) | • CII for Filer(s) = Blank (previous petition value reported is retained) or CII = A, B or C<br>• CII for Non-filer(s) = Blank<br>• Account Status = applicable status for consumer(s) who did <u>not</u> file Bankruptcy<br>• Account information as it applies going forward for the Non-filer(s) |
| Reaffirmation of Debt or Lease Assumption | • CII for Filer(s) = R (Reaffirmation of Debt) or 2A (Lease Assumption)<br>• CII for Non-filer(s) = Blank<br>• Account information as it applies going forward |
| BK Discharged | • CII for Filer(s) = E, F or G (Discharged through BK Chapter 7, 11 or 12)<br>• CII for Non-filer(s) = Blank<br>• Account information as it applies going forward for the Non-filer(s)<br>**Note: After reporting the discharge CII for the Filer(s), discontinue reporting the Filer(s).** |

*FAQ 27(b) continued on next page*

*Copyright 2014 © Consumer Data Industry Association*

EXP_E0004986

# Frequently Asked Questions and Answers

**FAQ 27(b)** (continued)

|  | **Filer(s) and Non-filer(s)** |
|---|---|
| Reaffirmation of Debt Rescinded | • CII for Filer(s) = V (Chapter 7 Reaffirmation of Debt Rescinded)<br>• CII for Non-filer(s) = Blank<br>• Account information as it applies going forward for the Non-filer(s)<br>**Note: After reporting CII „V‟ for the Filer(s), if the bankruptcy has been discharged, discontinue reporting the Filer(s).  If the bankruptcy has not yet been discharged, continue reporting the account and Filer(s) with the applicable CIIs.** |
| BK Dismissed or Withdrawn | • CII for Filer(s) = I, J or K (Dismissed through BK Chapter 7, 11 or 12) or M, N or O (Withdrawn through BK Chapter 7, 11 or 12)<br>• CII for Non-filer(s) = Blank<br>• Account information as it applies going forward |

**Note: The critical piece of displayable information for the bankrupt consumer is the Consumer Information Indicator.**

CREDIT REPORTING RESOURCE GUIDE®
Copyright 2014 © Consumer Data Industry Association

EXP  E0004987

# Frequently Asked Questions and Answers

## 28. Questions: Accounts included in Bankruptcy Chapter 13:

**(a) How should an account be reported when all borrowers associated to the account filed Bankruptcy Chapter 13?**

Answer: Report the account according to the following guidelines:

| | All Borrowers Filed Bankruptcy Chapter 13 |
|---|---|
| Month BK Filed | • CII = D (Petition for Chapter 13 Bankruptcy)<br>• Account Status = status at time of petition<br>• Payment History = first character based on previous month's Account Status, plus prior history<br>• Current Balance = outstanding balance amount<br>• Scheduled Monthly Payment Amount = contractual monthly payment amount<br>• Amount Past Due = dependent on status<br>• Date of Account Information = current month's date<br>**Note: Authorized Users (ECOA Code 3) on accounts included in a bankruptcy petition should either be terminated (ECOA Code T) or deleted (ECOA Code Z) from the account because they are not contractually liable for payments.** |
| Months Between Petition Filed & BK Resolution (Confirmed Plan, BK Dismissed, Withdrawn) | • CII = Blank (previous value reported is retained) or CII = D<br>• Account Status = status at time of petition<br>• Payment History = increment first position with value „D‟ (plus history reported prior to BK filing)<br>• Current Balance = outstanding balance amount<br>• Scheduled Monthly Payment Amount = contractual monthly payment amount<br>• Amount Past Due = dependent on status<br>• Date of Account Information = current month's date |
| Plan Confirmed | • CII = Blank (previous value reported is retained) or CII = D<br>• Account Status = status at time of petition<br>• Payment History = increment with value „D‟ (plus prior months' history)<br>• Current Balance = Chapter 13 plan balance[1], which should decline as payments are made<br>• Amount Past Due = Zero<br>• Terms Duration & Terms Frequency = report changed values, if applicable<br>• Scheduled Monthly Payment Amount = Chapter 13 plan payment amount<br>• Date of Account Information = current month's date |

*FAQ 28(a) continued on next page*

---

[1] If the Chapter 13 plan balance amount is not clearly communicated to the lender, the lender should consult with internal Legal to determine what amount to report in the Current Balance field.

Copyright 2014 © Consumer Data Industry Association

EXP  E0004988

# Frequently Asked Questions and Answers

**FAQ 28(a)** (continued)

|  | **All Borrowers Filed Bankruptcy Chapter 13** |
|---|---|
| Plan Completed – All payments made according to plan – no further obligation | <ul><li>CII = H (Discharged/completed through BK Chapter 13)</li><li>Account Status = status at time of petition</li><li>Payment History = increment first position with value „D☐ (plus prior months☐ history)</li><li>Current Balance = Zero</li><li>Scheduled Monthly Payment Amount = Zero</li><li>Amount Past Due = Zero</li><li>Date of Account Information = current month☐s date</li></ul>**Note: After reporting CII „H☐ for all Filers, discontinue reporting the account.** |
| Plan Completed – All payments made according to plan – consumer continues to make payments on Secured Debt (example: mortgage) | <ul><li>CII = Q (Removal value)</li><li>Account Status = status that applies</li><li>Payment History = first month, increment first position with value „D☐; in subsequent months, increment based on prior month☐s status</li><li>Current Balance = Outstanding balance amount</li><li>Scheduled Monthly Payment Amount = updated contractual monthly payment amount</li><li>Amount Past Due = dependent on status</li></ul> |
| BK Dismissed or Withdrawn | <ul><li>CII = applicable dismissed or withdrawn value (L or P)</li><li>Account information as it applies going forward</li></ul> |

CREDIT REPORTING RESOURCE GUIDE®
*Copyright 2014 © Consumer Data Industry Association*

EXP_E0004989

# Frequently Asked Questions and Answers

**28(b) How should an account be reported when one borrower filed Bankruptcy Chapter 13 and the other borrower did not?**

Answer: When a Bankruptcy Chapter 13 is filed by one borrower and there is also a non-filer associated to the account, both are protected by an automatic stay.  The non-filer is protected through the completion of the plan.   Therefore, the non-filer should be terminated from the account until the plan is completed.

| | Filer(s) | Non-filer(s) – Protected by Stay through plan completion |
|---|---|---|
| Month BK Filed | • CII = D (Petition for Chapter 13 BK)<br>• Account Status = status at time of petition<br>• Payment History = first character based on previous month☐s status, plus prior history<br>• Current Balance = outstanding balance amount<br>• Scheduled Monthly Payment Amount = contractual monthly payment amount<br>• Amount Past Due = dependent on status<br>• Date of Account Information = current month☐s date | • CII = Blank<br>• ECOA Code = T (Terminated)<br><br>**Note: Authorized Users (ECOA Code 3) on accounts included in a bankruptcy petition should either be terminated (ECOA Code T) or deleted (ECOA Code Z) from the account because they are not contractually liable for payments.** |
| Months Between Petition Filed & BK Resolution (Confirmed Plan, BK Dismissed, Withdrawn) | • CII = Blank (previous petition value reported is retained) or CII = D<br>• Account Status = status at time of petition<br>• Payment History = increment first position with value ‚D☐ (plus history reported prior to BK filing)<br>• Current Balance = outstanding balance amount<br>• Scheduled Monthly Payment Amount = contractual monthly payment amount<br>• Amount Past Due = dependent on status<br>• Date of Account Information = current month☐s date | Do not report non-filer(s). |

*FAQ 28(b) continued on next page*

EXP_E0004990

# Frequently Asked Questions and Answers

**28(b)** (continued)

| | Filer(s) | Non-filer(s) – Protected by Stay through plan completion |
|---|---|---|
| Plan Confirmed | • CII = Blank (previous petition value reported is retained) or CII = D<br>• Account Status = status at time of petition<br>• Payment History = increment with value „D□ (plus prior months□ history)<br>• Current Balance = Chapter 13 plan balance[1], which should decline as payments are made<br>• Amount Past Due = Zero<br>• Terms Duration & Terms Frequency = report changed values, if applicable<br>• Scheduled Monthly Payment Amount = Chapter 13 plan payment amount<br>• Date of Account Information = current month□s date | Do not report non-filer(s). |

*FAQ 28(b) continued on next page*

---

[1] If the Chapter 13 plan balance amount is not clearly communicated to the lender, the lender should consult with internal Legal to determine what amount to report in the Current Balance field.

CREDIT REPORTING RESOURCE GUIDE®
Copyright 2014 © Consumer Data Industry Association

EXP_E0004991

# Frequently Asked Questions and Answers

## 28(b) (continued)

|  | Filer(s) | Non-filer(s) – Protected by Stay through plan completion |
|---|---|---|
| Plan Completed – All payments made according to plan – no further obligation by filer | • CII = H (Discharged/completed through BK Chapter 13)<br>• Account Status = status at time of petition<br>• Payment History = increment first position with value „D☐ (plus prior months☐ history)<br>• Current Balance = Zero<br>• Scheduled Monthly Payment Amount = Zero<br>• Amount Past Due = Zero<br>• Date of Account Information = current month☐s date<br><br>Discontinue reporting Filer after this month. | If creditor intends to collect additional monies from non-filer after case is closed (plan payments completed), non-filer can be reported <u>at least one month after</u> the CII H is reported for the filer.<br><br>First month:<br>• ECOA = applicable value, such as 1 or 2 (not T)<br>• Account Status = applicable status at time of reporting<br>• Payment History Profile = D-fill<br>• Current Balance = remaining balance owed on account<br>• Scheduled Monthly Payment Amount = as scheduled for the non-filer(s) going forward<br>• Amount Past Due = if applicable<br>• DOFD = based on Account Status<br><br>In subsequent months, standard updating should be done - account information as it applies to non-filer(s). |
| Plan Completed – All payments made according to plan – consumer continues to make payments on Secured Debt (example: mortgage) | • CII = Q (Removal Value)<br>• Account Status = status that applies<br>• Payment History = first month, increment first position with value „D☐; in subsequent months, increment based on prior month☐s status<br>• Current Balance = Outstanding balance amount<br>• Scheduled Monthly Payment Amount = updated contractual monthly payment amount<br>• Amount Past Due = dependent on status<br>• Date of Account Information = current month☐s date | Non-filer can be re-reported in the same month CII Q is reported for the filer.<br><br>• CII = Blank<br>• ECOA = applicable value, such as 2 (not T) |
| BK Dismissed or Withdrawn | • CII = applicable dismissed or withdrawn value (L or P)<br>• Account information as it applies going forward | Re-report non-filer(s).<br>• CII = Blank<br>• ECOA = applicable value, such as 2 (not T) |

Copyright 2014 © Consumer Data Industry Association

EXP_E0004992

# Frequently Asked Questions and Answers

29. **Question: How should a secured debt (e.g., mortgage account) be reported when a consumer completes the required payments through a Bankruptcy Chapter 12 or 13 plan, but the account is still open and the consumer is continuing to make payments?**

    Answer: While the consumer is making payments through the plan, Consumer Information Indicator **C** (Petition for Chapter 12 Bankruptcy) or **D** (Petition for Chapter 13 Bankruptcy) should be reported.  If the account is still open when the plan payments have been completed, report Consumer Information Indicator **Q** to remove the petition indicator so that ongoing payments made by the consumer can be reported.

30. **Question: How should an account included in bankruptcy be reported if a "Relief from Stay" is granted to the creditor?**

    Answer: Report the appropriate Consumer Information Indicator for the borrower who included the account in bankruptcy (filer).

    **Note:** Even though the creditor can pursue collection of collateral, the account is still included in bankruptcy.  The reporting of the Consumer Information Indicator has no impact on the creditor's ability to collect.

31. **Question: How should bankruptcies be reported when the consumer voluntarily surrenders the merchandise or redeems the merchandise?**

    Answer: When a bankruptcy is filed, the consumer can voluntarily surrender the merchandise to the creditor.  In this situation, report Account Status Code **95** (Voluntary Surrender) and the appropriate Consumer Information Indicator.

    The consumer also has the option to pay fair market value, thereby redeeming the merchandise.  In this situation, report Account Status Code **13** (Paid/closed account), Special Comment Code **AU** (Account paid in full for less than the full balance), and the appropriate Consumer Information Indicator.

CREDIT REPORTING RESOURCE GUIDE®
*Copyright 2014 © Consumer Data Industry Association*

EXP_E0004993

# Frequently Asked Questions and Answers

**32. Question: How should an account be reported when a Bankruptcy case has been closed or terminated without being discharged or dismissed?**

Answer: Report Consumer Information Indicator **Q** to remove the previously-reported Bankruptcy Petition indicator.  If the case is re-opened, report the Consumer Information Indicator for the appropriate disposition; e.g., petition, discharged or dismissed.

**Note:** A bankruptcy case may be closed or terminated when the consumer does not pay the applicable court fees or does not attend the required financial management class.

EXP_E0004994

# Frequently Asked Questions and Answers

## REPORTING SCENARIOS

Please note that within these reporting guidelines, certain fields are mentioned that provide specific guidance for the situations described. For all other Metro 2® fields, the standard guidelines described within the Field Definitions module should be followed.

### 33. Question: When and how should Debit Cards be reported?

Answer: Debit Cards should be reported only when backed by a line of credit or overdraft protection.

Report the following Base Segment fields as specified:

- Account Type Code = 43 (Debit Card)
- Portfolio Type = C (Line of Credit), O (Open) or R (Revolving) depending on the terms
- Credit Limit = assigned credit limit
- Highest Credit or Original Loan Amount = highest balance ever attained when the overdraft protection was used

### 34. Questions: Charge-offs:

#### (a) How should charged off accounts be reported?

Answer: Report the following Base Segment fields:

- Account Status = 97 (Unpaid balance reported as a loss – charge-off)
- Current Balance and Amount Past Due = outstanding balance amount, which may include fees and interest
- Original Charge-off Amount = the original amount charged to loss, regardless of the declining balance
- FCRA Compliance/Date of First Delinquency = the date of the first delinquency that led to the account being charged off
- Date Closed = For Installment accounts (Portfolio Type I), zero fill. For Revolving, Open and Line of Credit accounts (Portfolio Types R, O and C), if the account is closed, report the date the account was closed to further purchases. Otherwise, zero fill.
- Date of Last Payment = date of the consumer☐s most recent payment

**Note:** If payments are made by the consumer, report the declining balance in the Current Balance and Amount Past Due fields. The Original Charge-off Amount field should not be changed.

CREDIT REPORTING RESOURCE GUIDE®
*Copyright 2014 © Consumer Data Industry Association*

EXP E0004995

# Frequently Asked Questions and Answers

### 34(b) How should paid charge-off accounts be reported?

Answer: Report the following Base Segment fields:

- Scheduled Monthly Payment Amount = zero
- Account Status = 64 (Account paid in full, was a charge-off)
- Special Comment Code = If the account is settled for less than the full balance, include **AU**.
- Current Balance and Amount Past Due = zero
- Original Charge-off Amount = the original amount charged to loss
- Date of Account Information = date paid
- FCRA Compliance/Date of First Delinquency = the date of the first delinquency that led to the account being charged off
- Date Closed = For Installment accounts (Portfolio Type I), report the date the account was paid in full.  For Revolving, Open and Line of Credit accounts (Portfolio Types R, O and C), report the date the account was closed to further purchases.
- Date of Last Payment = date of the consumer□s most recent payment

### 34(c) Is there a preferred method of reporting when an account is partially charged off?

Answer: Report the original account with the appropriate Account Status for that month (e.g., Current, 30 days delinquent, 60 days delinquent) with a balance that does not include the amount charged to loss.

The charged off portion of the balance should be reported as a separate account with a new Account Number.  Other pertinent fields should be reported as follows:

- Date Opened = original date opened
- Original Charge-off Amount = amount charged to loss
- FCRA Compliance/Date of First Delinquency = date of the first delinquency in the series of delinquencies that led up to the charge-off

If the original account is subsequently charged off, both accounts would be reported as Account Status Code **97** (Charge-off), but would have different Original Charge-off Amounts.

EXP_E0004996

# Frequently Asked Questions and Answers

**35. Question: If a credit card or account is in dispute or temporarily unavailable for use because the credit grantor is conducting an investigation (due to a request from the consumer, such as potential identity theft or other reason), how should the account be reported?**

Answer: Continue to report the account as usual, but include Compliance Condition Code **XB**, which specifies "Account information disputed by consumer under the Fair Credit Reporting Act".

When the investigation is complete, if the account is valid for this consumer (i.e., not fraudulent), continue to report the account as usual.  If any months of the payment history are invalid, use the Payment History Profile (Base Segment Field 18) to correct the history for those months.  In addition, report Compliance Condition Code **XR** to remove the previously-reported **XB** or report Compliance Condition Code **XH**, which specifies "Account previously in dispute – investigation completed, reported by data furnisher".

When the investigation is complete, if it is discovered that the account was opened or used fraudulently, report Account Status Code **DF** to delete the account.

**Note:**  If the consumer has submitted an identity theft report to you, certain obligations occur.  Refer to the Fair Credit Reporting Act section 623(a)(6).

**36. Question: How should an account be reported when an auto lease is paid in full, yet there are over mileage charges, excess wear & tear charges, or other outstanding charges on the account?**

Answer: When there are outstanding charges, continue to report the account with Special Comment Code **BD** (Full Termination, Balance Owing) and Account Status Code **11, 71, 78, 80, 82, 83, 84** or **93**.  Do not change the Original Loan Amount, but add the outstanding charges to the Current Balance and Amount Past Due, if appropriate.

Even though the lease contract is terminated and all regular payments have been made in full, the account should not be reported as paid (Account Status Code 13) because there are other outstanding charges and the Current Balance is not yet zero.  The fact that the lease is terminated is reported through the Special Comment BD.

When all outstanding charges have been paid in full, report Account Status Code **13** or **62**, as applicable.

If the fees are not paid and the outstanding amount is charged off, report Account Status Code **97** (Unpaid balance reported as a loss – charge-off).

CREDIT REPORTING RESOURCE GUIDE®
Copyright 2014 © Consumer Data Industry Association

EXP_E0004997

# Frequently Asked Questions and Answers

**37. Question: How should an account be reported when an auto lease is prepaid – where entire lease payment is paid at the time of opening?**

Answer: Report Account Type **3A** (Auto Lease) and Special Comment Code **BS** (Prepaid Lease).  Even though the account has been prepaid, do not report the Account Status as paid since the potential exists for lease end charges to be due on termination.  Report the account as current (Account Status Code 11) while the lease is open.

If lease end charges apply, do not change the Original Loan Amount, but add the lease end charges to the Current Balance and, if appropriate, to the Amount Past Due.  Report the Account Status Code that accurately describes how the lease end charges are being paid.

When all lease end charges have been paid in full, after termination, report the appropriate paid Account Status Code.

If the fees are not paid and the outstanding amount is charged off, report Account Status Code **97** (Unpaid balance reported as a loss – charge-off).

**38. Question: How should accounts that are paid in full for less than the full balance (i.e., settled) be reported?**

Answer: Report the following Base Segment fields as specified:

- Scheduled Monthly Payment Amount = zero
- Account Status Code = 13 or 61-65, as applicable
- Payment Rating = required when the Account Status Code is 13 or 65. Blank fill for Account Status Codes 61-64.
- Special Comment = AU (Account paid in full for less than the full balance)
- Current Balance and Amount Past Due = zero
- Date of Account Information = the date the account was paid in full for less than the full balance
- Date Closed = For Installment and Mortgage accounts (Portfolio Types I and M), report the date the account was paid in full for less than the full balance.  For Revolving and Line of Credit accounts (Portfolio Types R and C), report the date the account was closed to further charges.  For Open accounts (Portfolio Type O), report the date the account was closed to further charges or paid in full, as applicable.

*Copyright 2014 © Consumer Data Industry Association*

EXP_E0004998

# Frequently Asked Questions and Answers

**39. Question: How should a paid in full, closed account be reported?**

Answer: Report the following Base Segment fields as specified:

- Scheduled Monthly Payment Amount = zero
- Actual Payment Amount = the amount actually received for this reporting period
- Credit Limit = For Revolving, Open and Line of Credit accounts, report the last assigned credit limit.
- Account Status Code = 13 or 61-65, as applicable
- Payment Rating = required when the Account Status Code is 13 or 65. Blank fill for Account Status Codes 61-64.
- Special Comment Code = M or CI may be reported if applicable for Revolving, Open and Line of Credit accounts
- **OR** Compliance Condition Code = XA may be reported if applicable for Revolving, Open and Line of Credit accounts.

**Important Note:** Do not report an account as closed by credit grantor **and** closed at consumer□s request.  Only one closed code can apply.

- Current Balance and Amount Past Due = zero
- Date of Account Information = Report the date the account was paid in full. For inactive accounts, report a date within the current reporting period when the account was closed to further use.
- Date Closed = For Installment and Mortgage accounts (Portfolio Types I and M), report the date the account was paid in full.  For Revolving and Line of Credit accounts (Portfolio Types R and C), report the date the account was closed to further charges.  For Open accounts (Portfolio Type O), report the date the account was closed to further charges or paid in full, as applicable.

Credit Reporting Resource Guide®
Copyright 2014 © Consumer Data Industry Association

EXP_E0004999

# Frequently Asked Questions and Answers

**40. Question: How should a closed account be reported that has an outstanding balance?**

Answer: For Revolving, Open and Line of Credit accounts **only**, report the following Base Segment fields as specified:

- Portfolio Type = R (Revolving), O (Open) or C (Line of Credit) depending on the terms
- Credit Limit = report last assigned credit limit
- Account Status Code = 11, 71, 78, 80, 82-84, 93 or 97, as applicable
- Special Comment Code = M, if account closed by credit grantor
- **OR** Compliance Condition Code = if account closed at consumer□s request, report the appropriate code XA, XD, XE or XJ

   **Important Note:** Do not report an account as closed by credit grantor **and** closed at consumer□s request.  Only one closed code can apply.

- Current Balance = the outstanding balance amount as of the Date of Account Information
- Amount Past Due = required when the Account Status Code is 71, 78, 80, 82-84
- Date Closed = the date the account was closed

**41. Question: How long should paid accounts (Account Status Codes 13, 61-65) continue to be reported?**

Answer: Use the following guidelines if paid accounts are re-reported:

- Freeze the Account Status, Payment Rating, Payment History Profile and Date of Account Information as of the date the account was paid.
- Do not re-report paid accounts for more than three months.

EXP_E0005000

# Frequently Asked Questions and Answers

**42. Question: How should a renegotiated/refinanced loan be reported?**

Answer: The guidelines described below are used for renegotiated or refinanced loans that are **not** associated with one of the federal loan modification programs.  There are three options for reporting:

1. If the original Account Number and Date Opened are retained, modify the amounts and terms as per the refinanced agreement.  Fields that may be changed include Original Loan Amount, Terms Duration, Terms Frequency, Scheduled Monthly Payment Amount and Current Balance.

   **Optional:** Special Comment Code **CO** (Loan modified) may be reported.  Note that this code is used when reporting accounts that are modified, but not under a federal government plan.

   Special Comment **CO** may be reported as long as deemed appropriate by the data furnisher, or until another Special Comment becomes more critical.  For the length of time the Special Comment should be reported, consult with your internal Legal or Compliance department.

2. If the original Account Number changes and the Date Opened remains the same, follow the above reporting guideline, and include an L1 Segment with the new Account Number.  Refer to the L1 Segment specifications within the Field Definitions for reporting guidelines.

3. If the original Account Number and Date Opened change, report the original loan as specified:

   - Account Status Code = 13 (Paid)
   - Payment Rating = the appropriate code that identifies the status of the account within the activity period being reported
   - Special Comment = AS (Account closed due to refinance)
   - Current Balance and Amount Past Due = zero

   Report the newly refinanced/renewed loan with the new Account Number, new Date Opened and all other applicable fields.  Payment history that occurred prior to the new Date Opened should not be reported with this account.

**Note: For reporting guidelines specific to the federal loan modification programs, such as Making Home Affordable, Hope for Homeowners and the Fannie Mae/Freddie Mac Mortgage Loan Modification Program, refer to CDIA's website: www.cdiaonline.org/data.cfm.**

CREDIT REPORTING RESOURCE GUIDE®

*Copyright 2014 © Consumer Data Industry Association*

EXP_E0005001

# Frequently Asked Questions and Answers

**43. Question: How should lost or stolen credit cards be reported?**

Answer: There are two options for reporting:

1. **Preferred Option:** Report the L1 Segment to change the Account Number. Use of the L1 Segment allows the consumer reporting agencies to retain all prior account history. Continue to report the original Date Opened.

   If the payment history is invalid due to the credit card being lost or stolen, use the Payment History Profile (Field 18) to correct the history. If accurate payment history is not known during the time frame when the credit card was lost or stolen, report value **D** for months that are unknown in the Payment History Profile. For example:

   Date of Account Information = 09/15/2014
   Account History = Always current
   Unknown Months of History = July and August 2014
   Payment History Profile = DD0000000000000000000000

2. Report Special Comment Code **BL** (Credit card lost or stolen), the appropriate Account Status Code and Current Balance of zero. Do not report this account on subsequent updates.

   If the payment history is invalid due to the credit card being lost or stolen, use the Payment History Profile (Field 18) to correct the history. If accurate payment history is not known during the time frame when the credit card was lost or stolen, report value **D** for months that are unknown in the Payment History Profile. For example:

   Date of Account Information = 09/15/2014
   Account History = Always current
   Unknown Months of History = July and August 2014
   Payment History Profile = DD0000000000000000000000

   If opening another account, report the new credit card as a separate account with a new Account Number, the same Date Opened as the lost/stolen account, and the appropriate Account Status Code and Current Balance.

   **Note:** Payment history that occurred prior to the credit card being lost or stolen should **not** be reported under the new Account Number.

EXP_E0005002

# Frequently Asked Questions and Answers

**44. Question: How should deferred loans be reported?**

Answer: Report the following Base Segment fields as specified:

- Terms Duration = blank
- Terms Frequency = D (Deferred)
- Highest Credit or Original Loan Amount = the total amount borrowed, excluding interest
- Scheduled Monthly Payment Amount = zero
- Account Status Code = 11 (Current account)
- Payment History Profile = Use Character **B** to indicate accounts which have never been in repayment.  Use Character **D** to indicate accounts that were previously in repayment but are now deferred.
- Current Balance = the total amount borrowed minus any payments which have been made
- Amount Past Due = zero

In the K4 Segment, report the Specialized Payment Indicator **02** for Deferred Payment.  Also, report the Deferred Payment Start Date as the date the first payment will be due.

**Important Note:** When the account goes into repayment, stop reporting the K4 Segment and begin reporting monthly payment information.  Report valid values as per the repayment agreement in the following fields:

- Terms Duration
- Terms Frequency (other than **D**)
- Scheduled Monthly Payment Amount

   CREDIT REPORTING RESOURCE GUIDE®
*Copyright 2014 © Consumer Data Industry Association*

EXP E0005003

# Frequently Asked Questions and Answers

### 45. Question: How should accounts in forbearance be reported?

Answer: Forbearance is a period of time during repayment in which a borrower is permitted to temporarily postpone making regular monthly payments. The debt is not forgiven, but regular payments are suspended until a later time. As an example, forbearance may be granted if a borrower is experiencing temporary financial difficulty. The consumer may be making reduced payments, interest-only payments or no payments.

If the account is in forbearance, report:

- Terms Duration = terms of the loan, which can be changed if the terms of the loan are extended
- Terms Frequency = frequency for payments due
  (If no payments are due during the forbearance time period, report code **D** for deferred.)
- Scheduled Monthly Payment Amount = new payment due
  (If no payments are due during the forbearance time period, zero fill.)
- Account Status = appropriate code that specifies the status of the account for each month the account is in forbearance (e.g., Current, 30 days delinquent, 60 days delinquent)
  (If no payments are due during the forbearance time period, report Account Status **11**.)
- Payment History Profile = appropriate code that specifies the previous month☐s Account Status for each month the account is in forbearance, plus prior history
  (Increment the Payment History Profile with value **D** if no payments are due during the forbearance time period.)
- Special Comment Code = **CP** (Account in forbearance)
- Current Balance = outstanding current balance, reflecting any payments made
- Amount Past Due = outstanding past due amount, if the account is delinquent during the forbearance time period
- K4 Specialized Payment Indicator = **02** and Deferred Payment Start Date (If payments are deferred during the forbearance time period)

**NOTE:** A forbearance agreement is most commonly applied to mortgages and student loans. However, forbearance is applicable to any type of loan.

EXP E0005004

# Frequently Asked Questions and Answers

46. **Question: How should accounts that have been transferred be reported?**

Answer: There are two options for reporting accounts that are being transferred internally or to a servicer:

1. **Preferred Option:** Report the L1 Segment to change the Identification Number and/or the Consumer Account Number.  Use of the L1 Segment allows the consumer reporting agencies to retain all prior account history.

2. The second option results in two tradelines on a consumer☐s file: the first as transferred and the second for the ongoing account.

   Report the following Base Segment fields as specified for the transferred account:

   - Scheduled Monthly Payment Amount = zero
   - Account Status Code = the appropriate code that specifies the status of the account at the time of transfer
   - Payment Rating = if applicable to the Account Status Code being reported
   - Special Comment = For internal transfers, report Special Comment AT (Account closed due to transfer) *or* for transfers to another company or servicer, report Special Comment O (Account transferred to another company/servicer).
   - Current Balance and Amount Past Due = zero
   - FCRA Compliance/Date of First Delinquency = If the account is delinquent or derogatory at the time of transfer, report the date of the first delinquency
   - Date Closed = date the account was transferred

Additionally, if the account is delinquent or derogatory, it is imperative that you provide the date of the first delinquency that led to the account being transferred to the internal department or servicer that will be reporting the ongoing account.

**Note:** If accounts are being transferred from one data processor to another, contact the data representative at each consumer reporting agency to facilitate transfer of the accounts.

CREDIT REPORTING RESOURCE GUIDE®
*Copyright 2014 © Consumer Data Industry Association*

EXP E0005005

# Frequently Asked Questions and Answers

**47. Question: How should accounts that have been sold to another company be reported?**

Answer: Prior to reporting accounts that have been sold to another company, it is imperative that the data representative at each consumer reporting agency be contacted to discuss the various options and to facilitate a smooth transition. There are two options for reporting accounts that are sold to another company.

1. If the company that purchased the accounts will not report the prior history, the seller must report the accounts as sold to reflect the final status.

   Report the following Base and K2 Segment fields as specified:

   - Scheduled Monthly Payment Amount = zero
   - Account Status Code = the appropriate code that specifies the status of the account at the time of the sale
   - Payment Rating = if applicable to the Account Status Code being reported
   - Special Comment = AH (Purchased by another company)
   - Current Balance and Amount Past Due = zero
   - FCRA Compliance/Date of First Delinquency = if the account is delinquent at the time of sale, report the date of the first delinquency
   - Date Closed = date the account was sold to the other company. If the account was closed prior to being sold, report the original date the account was closed.
   - K2 Segment Portfolio Indicator = 2 and Sold To Name = name of company to which the account was sold

   **Notes:** To minimize consumer disputes, do not report accounts as sold that were previously reported as paid in full.

   Additionally, if the account is delinquent or derogatory, it is imperative that you provide the date of the first delinquency that led to the account being sold ***to the debt purchaser***.

2. If the company that purchased the accounts is converting the account history to their system, the seller should ***not*** report the accounts as sold.

   In this situation, the seller and purchaser should work together with the data representatives at the consumer reporting agencies, who will assist you with conversion of the accounts.

EXP E0005006

# Frequently Asked Questions and Answers

**48. Question: How should accounts that have been purchased from another company be reported?**

Answer: Prior to reporting portfolio acquisitions, it is imperative that the data rep at each consumer reporting agency be contacted to discuss the various reporting options and to facilitate a smooth transition.  Two possible options for reporting are:

1. If the lender who sold the accounts reported them as "account transferred to another company" or the history cannot be verified for the account prior to purchase, report the following Base and K2 Segment fields as specified:

   - Consumer Account Number = newly assigned account number
   - Date Opened = date opened with the previous lender *(preferred)*. **Note:** If the date opened with the previous lender is not known, the date the account was purchased may be reported.
   - Account Status Code = appropriate code that specifies the status of the account as of the Date of Account Information
   - Payment Rating = if applicable to the Account Status Code being reported
   - FCRA Compliance/Date of First Delinquency = if the account is delinquent or derogatory at the time of purchase, report the date of the first delinquency with the previous lender
   - Payment History Profile = report Character **B** for months when account was owned by the previous lender
   - K2 Segment Portfolio Indicator = **1** and Purchased Portfolio Name = name of the company from which the account was purchased

   **Important Notes: Payment history that occurred with the previous lender, which is already on the consumer□s file, must not be reported by the new lender.**

   **Do not report purchased accounts that were included in discharged/completed Bankruptcies.**

   *FAQ 48 continued on next page*

CREDIT REPORTING RESOURCE GUIDE®
*Copyright 2014 © Consumer Data Industry Association*

EXP_E0005007

# Frequently Asked Questions and Answers

**FAQ 48** (continued)

2. If the previous lender☐s account history is being converted to the new lender☐s system and the account history can be verified, report the following Base, K2 Segment and L1 Segment fields as specified:

- Base Segment Identification Number = Identification Number reported by the previous lender
- Base Segment Consumer Account Number = Account Number reported by the previous lender
- Date Opened = date opened with the previous lender
- Account Status Code = appropriate code that specifies the status of the account as of the Date of Account Information
- Payment Rating = if applicable to the Account Status Code being reported
- FCRA Compliance/Date of First Delinquency = if the account is delinquent or derogatory at the time of purchase, report the date of the first delinquency with the previous lender
- Payment History Profile = report payment history provided by the previous lender
- K2 Segment Portfolio Indicator = **1** and Purchased Portfolio Name = name of the company from which the account was purchased
- L1 Segment Change Indicator = **3**, New Consumer Account Number = new account number assigned by the new lender, and New Identification Number = internal code that specifies where information will be verified by the new lender

**Note: Do not report purchased accounts that were included in discharged/completed Bankruptcies.**

*Copyright 2014 © Consumer Data Industry Association*

EXP_E0005008

# Frequently Asked Questions and Answers

**49. Question: How are "payment reversal" transactions handled when reporting Date of Last Payment, Date of First Delinquency, Payment History Profile and Actual Payment Amount?**

Answer: A "payment reversal" transaction usually occurs when a check is returned for non-payment to the credit grantor. If the change is made in the following month□s reporting cycle, the following adjustments should be made:

- The Date of Last Payment should be adjusted to indicate the date of the last payment made that was not reversed.
- The FCRA Compliance/Date of First Delinquency (DOFD) should reflect the first time the consumer was 30 days past the due date that led to the status being reported. The DOFD would change to the month of the returned check if that had been the first time the consumer was 30 days past the due date.
- The Payment History Profile should reflect the appropriate delinquency in the first position, which reflects the previous month□s payment activity (e.g., **1** if the returned check resulted in the account being 30-59 days past the due date that month).
- The Actual Payment Amount reflects the payment received for this reporting period. If no payment was received for this reporting period, this amount should be zero.

**50. Question: Consumer loans may have multiple payment schedules, which may each have different payment frequencies (e.g., principal amount due annually and interest amount due monthly). How should these loans be reported?**

Answer: Report only one tradeline.

- The Terms Frequency should reflect the most frequent payment schedule. For example, if the principal is due annually and the interest amount is due monthly, report Terms Frequency **M** (Monthly).
- The Scheduled Monthly Payment Amount should reflect the minimum amount due each month and may change when the principal amount is also due.

In months where only the interest payment is due, report Special Comment Code **BT** (Principal deferred/interest payment only). In months where both principal and interest payments are due, the Special Comment Code **BT** should not be reported.

*Copyright 2014 © Consumer Data Industry Association*

# Frequently Asked Questions and Answers

6-42                           CREDIT REPORTING RESOURCE GUID ®

Copyright 2014 © Consumer Data Industry Association

EXP_E0005010

# Frequently Asked Questions and Answers

**51. Question: How should credit cards with no preset spending limits be reported that have terms allowing consumers to exceed the credit limits (i.e., Flexible Spending Credit Cards)?**

Answer: Report the following Base Segment fields as specified:

- Account Type Code = 0G (Flexible Spending Credit Card)
- Portfolio Type = R (Revolving)
- Credit Limit = the valid credit limit for the revolving portion of the account
- Highest Credit or Original Loan Amount = the highest balance ever attained
- Terms Duration = REV
- Scheduled Monthly Payment Amount = the minimum amount due based on the revolving balance, plus the total flexible amount if due in full, OR the minimum due based on the total outstanding balance
- Current Balance = the sum of total dollars owed, including revolving and flexible amounts
- Amount Past Due = the portion of the Scheduled Monthly Payment Amount based on the revolving and flexible amounts that is past the due date. (Do not include the current month□s amount due in this field.)

Example 1 –
Flexible Spending Credit Cards with both Revolving and Open Terms:

A consumer has a credit card on which a $10,000 credit limit is considered revolving, with a minimum due calculated as a small percentage of the revolving balance. Additionally, the consumer has no preset spending limit and the balance amount over $10,000 must be paid in full each month. The current balance is $12,000. The minimum due is 3% of $10,000 plus the balance over the revolving amount ($2,000). The Scheduled Monthly Payment Amount is $2,300.

Example 2 –
Flexible Spending Credit Cards with only Revolving Terms:

A consumer has a credit card with a $10,000 credit limit. Additionally, the consumer has no preset spending limit and can exceed the credit limit with no penalties or added fees. The minimum amount due is calculated as a percentage of the total balance amount. The current balance is $12,000 and the percentage due is 3%. The Scheduled Monthly Payment Amount is $360.

EXP_E0005011

# Frequently Asked Questions and Answers

**52. Question: How should the different stages of foreclosure be reported?**

Answer: Use the following guidelines:

**Potential Foreclosure** – No specific code is available with this designation. Continue reporting the correct Account Status Code that defines the current condition of the account.  For example, Account Status Code 82 represents 120 – 149 days past the due date or Account Status Code 84 represents 180 days or more past the due date.

**Foreclosure Started** – Special Comment Code **BO** should be reported, which specifically says "Foreclosure proceedings started".  This special comment should be reported each month as long as the comment applies.  The appropriate Account Status Code should be reported in conjunction with this special comment, such as Account Status Code 82 for 120 – 149 days past the due date.

**Foreclosure Cancelled** – No specific code is available for this situation.  Therefore, if Special Comment BO had been reported, stop reporting the comment (i.e., blank out the Special Comment Code field) and the comment will be deleted from the consumer reporting agencies□ files.

**Foreclosure Started / Now Paid** – Account Status Code **65** should be reported when foreclosure proceedings had been started, but the consumer subsequently paid the account balance in full.  Account Status 65 specifies "Account paid in full.  A foreclosure was started".  The appropriate Payment Rating should be reported in conjunction with this Account Status.

**Foreclosure Completed** – Account Status Code **94** should be reported, which specifies "Foreclosure completed; there may be a balance due".  The appropriate Payment Rating should be reported in conjunction with this Account Status.  Discontinue reporting Special Comment Code **BO** (Foreclosure proceedings started) at this point.

If the consumer is not responsible for the remaining balance on the account, report a Current Balance of zero.  Report the Date Closed as the date the foreclosure was completed.

If the consumer is held responsible for the remaining balance on the account, report that amount in the Current Balance field.  As payments are made by the consumer, report a declining balance.  When the Current Balance reaches zero, report the Date Closed as the date the account was paid in full.

For credit reporting purposes, do **not** report Account Status Code 97 (Charge-off) after Account Status 94 has been reported.

CREDIT REPORTING RESOURCE GUIDE®
Copyright 2014 © Consumer Data Industry Association

EXP E0005012

# Frequently Asked Questions and Answers

**53.   Question: How should alternatives to foreclosure (i.e., Deed in Lieu and Short Sale) be reported?**

Answer: Use the following guidelines:

**Deed in Lieu** – Account Status Code **89** should be reported, which specifies "Deed received in lieu of foreclosure on a defaulted mortgage; there may be a balance due". The appropriate Payment Rating should be reported in conjunction with this Account Status.

If the consumer is not responsible for the remaining balance on the account, report a Current Balance of zero. Report the Date Closed as the date the deed was received in lieu of foreclosure.

If the consumer is held responsible for the remaining balance on the account, report that amount in the Current Balance field. As payments are made by the consumer, report a declining balance. When the Current Balance reaches zero, report the Date Closed as the date the account was paid in full.

For credit reporting purposes, do **not** report Account Status Code 97 (Charge-off) after Account Status 89 has been reported.

**Short Sale** – A short sale occurs when the proceeds from the sale of real estate fall short of the balance owed on the loan. In a short sale, the lender agrees to discount the loan balance typically due to an economic or financial hardship on the part of the consumer.

Report the following Base Segment fields as specified:

- Scheduled Monthly Payment Amount = zero
- Actual Payment Amount = the amount actually received for this reporting period
- Account Status Code = 13 (Paid or closed account/zero balance) or 65 (Account paid in full, a foreclosure was started), as applicable
- Payment Rating = applicable code that identifies whether the account is current or past due within the activity period being reported
- Special Comment = AU (Account paid in full for less than the full balance)
- Current Balance and Amount Past Due = zero
- Date of Account Information = the date the account was paid in full for less than the full balance
- Date Closed = the date the account was paid in full for less than the full balance

EXP_E0005013

# Frequently Asked Questions and Answers

**54. Question: How should a secured account (i.e., mortgage, home equity or other secured account) be reported when the collateral is released but there is an outstanding balance due?**

Answer: Continue to report the existing account with the following Base Segment fields as specified:

- Portfolio Type & Account Type = remain the same as previously reported
- Date Opened = the date the account was originally opened
- Original Loan Amount = the original amount of the loan
- Terms Duration = terms of the loan, which can be changed if the terms of the loan are extended
- Scheduled Monthly Payment Amount = new scheduled payment due
- Account Status Code = the applicable code that specifies how the consumer is paying the deficiency balance, such as current or delinquent
- Special Comment = CM (Collateral released by creditor/balance owing)
- Current Balance = outstanding balance owed, which may decline as payments are made
- Amount Past Due = outstanding past due amount, if the account is delinquent

**Note:** When the consumer pays the outstanding balance in full, report the applicable "paid" Account Status Code, as well as the Payment Rating, if required.  Discontinue reporting Special Comment CM.  The Current Balance and Amount Past Due should be zero.

CREDIT REPORTING RESOURCE GUIDE®
Copyright 2014 © Consumer Data Industry Association

EXP_E0005014

# Frequently Asked Questions and Answers

**55. Question: How should full loan assumptions be reported?**

Answer: There are two options for reporting.

1. If the Consumer Account Number remains the same for the consumer who is assuming the loan, the *consumers must be reported in separate reporting periods*.

   • The first month, report the original consumer(s) with ECOA Code **T** (Terminated) and Special Comment Code **H** (Loan assumed by another party).  Report the Current Balance as zero.

   • The following month, report the new consumer(s).  Account information should be changed, if appropriate.  For example, Terms Duration, Scheduled Monthly Payment, Current Balance or other fields may be different for the new consumer(s).  Do *not* report the original consumer□s account history in the Payment History Profile (Field 18).

2. If the consumer who is assuming the loan is given a new Consumer Account Number, follow these guidelines:

   • Report the original consumer(s) with ECOA Code **T** (Terminated) and Special Comment Code **H** (loan assumed by another party).  Report the Current Balance as zero.

   • Report the new consumer(s) during the same month with the new Consumer Account Number and other appropriate account information. Do *not* report the original consumer□s account history in the Payment History Profile (Field 18).

*Copyright 2014 © Consumer Data Industry Association*

EXP_E0005015

# Frequently Asked Questions and Answers

**56. Question: How should simple loan assumptions be reported?**

Answer: A simple loan assumption is one in which the original borrower remains responsible for the loan in the event that the new borrower defaults.

Report the original loan for the original borrower with the following Base Segment fields as specified:

- Scheduled Monthly Payment Amount = zero
- Account Status Code = applicable code that specifies the status of the account prior to the assumption
- Special Comment Code = AT (Account closed due to transfer)
- Current Balance and Amount Past Due = zero
- FCRA Compliance/Date of First Delinquency = if the account is delinquent at the time of the assumption, report the date of the first delinquency
- Date Closed = date the assumption process was completed

Report the assumed loan for the original and new borrower(s) with the following Base, J1 or J2 Segment fields as specified:

- Consumer Account Number = new or modified Account Number
  **Note:** If the Account Number for the assumed loan remains the same, it must be modified for credit reporting purposes in order to be unique. For example, add a digit or character to the end of the original number.
- Date Opened = date the loan was assumed
- Highest Credit or Original Loan Amount = the amount that was assumed by the new borrower(s)
- Terms Duration/Terms Frequency/Scheduled Monthly Payment Amount = as applicable for the assumed loan
- Account Status Code = 11 (Current Account) for the first reporting period after the assumption. In subsequent reporting periods, the applicable code that specifies the status of the account as of the Date of Account Information.
- Payment History Profile = „B⬚ filled for the first reporting period after the assumption.
  **Note:** Payment history that occurred prior to the assumption must not be reported on the assumed loan.
- ECOA Code for new borrower(s) = 7 (Maker)
- ECOA Code for original borrower = 5 (Guarantor)

**57. Question: How should reverse mortgages be reported?**

Answer: Do not report reverse mortgages because the consumer has no credit obligation.

CREDIT REPORTING RESOURCE GUIDE®
Copyright 2014 © Consumer Data Industry Association

EXP E0005016

# Frequently Asked Questions and Answers

**58. Question: How should an account be reported when the consumer is affected by a natural or declared disaster?**

Answer: Use the following reporting guidelines, which apply to the trade and/or collection account level.

**Open Accounts** – defined as Account Status Code 11 (Current account) or 71, 78, 80, 82, 83 or 84 (Delinquent accounts).

There are three options for reporting:

1. Report the Account Status **that applies to the account** (credit grantor☐s decision).  Report Special Comment **AW** (Affected by natural or declared disaster).

2. Report Account Status **11** (Current account) and Special Comment **AW** (Affected by natural or declared disaster).

3. Report the account as deferred, along with Special Comment **AW** (Affected by natural or declared disaster).

   Report the following Base Segment fields as specified:

   - Terms Duration = blank
   - Terms Frequency = D (Deferred)
     ***Required for deferred accounts***
   - Highest Credit or Original Loan Amount = the total amount borrowed
   - Scheduled Monthly Payment Amount = zero
   - Account Status Code = 11 (Current account)
   - Payment History Profile = Use Character **D** for the months where payments are deferred.
   - Current Balance = the total amount borrowed minus any payments which have been made
   - Amount Past Due = zero

   If the Deferred Payment Start Date is known, report the K4 Segment with Specialized Payment Indicator **02** for Deferred Payment. Also, report the **Deferred Payment Start Date** as the date the first payment will be due.  If the deferred payment start date is not known, do not report the K4 Segment.

## Closed Accounts with Balances Owing

Follow the same three options as described above for Open Accounts.

*FAQ 58 continued on next page*

EXP_E0005017

# Frequently Asked Questions and Answers

**FAQ 58** (continued)

**Derogatory Accounts** – defined as Account Status Codes 88 (Government Claim), 89 (Deed in Lieu), 93 (Collection), 94 (Foreclosure Completed), 95 (Voluntary Surrender), 96 (Repossession), and 97 (Charge-off).

Continue reporting these statuses and add Special Comment **AW** (Affected by natural or declared disaster).

**Debt Buyers and Collection Agencies**

Continue reporting Account Status Code 93 (Collection) and add Special Comment **AW** (Affected by natural or declared disaster).

If accounts are sold to another company or given back to the original creditor, report Account Status Code **DA** to delete the accounts.

59. **Question: How should deposit accounts, with overdraft protection, be reported that have been overdrawn?**

Answer: These deposit accounts should only be reported when they are charged off or in collection activity.  Report the following Base Segment fields as specified.

- Portfolio Type = O (Open)
- Account Type Code = 8B (Deposit Account with Overdraft Protection)
- Date Opened = date account opened
- Credit Limit = assigned overdraft limit
- Highest Credit/Original Loan Amount = highest overdrawn amount
- Terms Duration = 001
- Scheduled Monthly Payment Amount = zero fill
- Account Status Code = 93 (Collection), 97 (Unpaid balance reported as a loss – charge-off), 62 (Paid collection) or 64 (Account paid in full, was a charge-off)
- Current Balance = total amount currently owed
- Amount Past Due = total amount currently past due
- Date of First Delinquency = date account was first overdrawn
- Date Closed = date the account was closed

60. **Question: How should prepaid credit cards/gift cards be reported?**

Answer: Do not report prepaid credit cards/gift cards because the consumer has no credit obligation.

EXP_E0005018

# Frequently Asked Questions and Answers

**61. Question: How should an account be reported when it is included in a Personal Receivership plan (Wisconsin Chapter 128)?**

Answer: Report the account per existing Metro 2® guidelines. If the Terms Duration and Scheduled Monthly Payment Amount were modified by the plan, report the new values. Include Consumer Information Indicator **1A** (Personal Receivership) for the consumer who filed the plan.

When the plan is completed or has been dismissed, report Consumer Information Indicator **Q** to remove the Personal Receivership indicator.

**62. Question: How should an account be reported when merchandise has been repossessed or the consumer has voluntarily surrendered the merchandise?**

Answer: Use the following guidelines:

**Repossession** – Account Status Code **96** should be reported, which specifies "Merchandise was repossessed; there may be a balance due".

If the consumer is not responsible for the remaining balance on the account, report a Current Balance of zero. Report the Date Closed as the date the merchandise was repossessed.

If the consumer is held responsible for the remaining balance on the account, report that amount in the Current Balance field. As payments are made by the consumer, report a declining balance. When the consumer pays the outstanding balance in full, report Account Status Code **63**, which specifies "Account paid in full, was a repossession". The Current Balance and Amount Past Due should be zero and the Date Closed should be the date the account was paid in full.

**Voluntary Surrender** – Account Status Code **95** should be reported, which specifies "Voluntary Surrender; there may be a balance due".

If the consumer is not responsible for the remaining balance on the account, report a Current Balance of zero. Report the Date Closed as the date the consumer voluntarily surrendered the merchandise.

If the consumer is held responsible for the remaining balance on the account, report that amount in the Current Balance field. As payments are made by the consumer, report a declining balance. When the consumer pays the outstanding balance in full, report Account Status Code **61**, which specifies "Account paid in full, was a voluntary surrender". The Current Balance and Amount Past Due should be zero and the Date Closed should be the date the account was paid in full.

Copyright 2014 © Consumer Data Industry Association

EXP_E0005019

# Glossary of Terms

| | |
|---|---|
| **Account Number Scrambling** | A security feature that allows a data furnisher to report a scrambled version of the account numbers. Three methods of scrambling are available based on CDIA guidelines. The consumer reporting agencies will unscramble the account numbers for display purposes. |
| **Alphanumeric** | Describes a character set that includes both letters and numbers. |
| **ASCII** | An acronym for American Standard Code for Information Interchange. A code used by certain types of computers. |
| **Authorized User** | Person permitted by a credit card holder to charge goods and services on the cardholder's account. Authorized users are not legally responsible for payment of the charges incurred. |
| **Automatic Stay** | The filing of a bankruptcy, under any chapter of the Bankruptcy Code, stops most actions by any creditor against the debtor or the debtor's property.  In Chapter 13, the stay even protects co-debtors (non-filers) who are liable with the debtor on consumer debts.  The automatic stay gives the debtor protection from his creditors until the rights of all concerned can be balanced in bankruptcy court. |
| **Bankruptcy Closed** | A bankruptcy case may be closed or terminated when the consumer does not pay the applicable court fees or does not attend the required financial management class. |
| **Bankruptcy Discharged** | The judgment of the court that a person who has filed a Chapter 7, 11 or 12 petition be granted a bankruptcy.  A Chapter 13 debtor is entitled to a discharge upon completion of all payments under the Chapter 13 plan. |
| **Bankruptcy Dismissed** | A Chapter 7, 11, 12 or 13 petition is terminated without the granting of a discharge by the U.S. Bankruptcy Court. |
| **Bankruptcy Petition (Chapter 7)** | An application made to the U.S. Bankruptcy Court requesting release from financial obligations due to a debtor's inability to pay his debts. |
| **Bankruptcy Petition (Chapter 11)** | An application made to the U.S. Bankruptcy Court requesting financial reorganization. |

EXP_E0005020

# Glossary of Terms

**Bankruptcy Petition (Chapter 12)**
An application made to the U.S. Bankruptcy Court requesting release from financial obligations due to the inability of a family farm to pay their debts.

**Bankruptcy Petition (Chapter 13)**
An application made to the U.S. Bankruptcy Court requesting adjustment for personal debts and the establishment of a repayment plan.

**Bankruptcy Withdrawn**
The petitioner has decided not to file bankruptcy and has taken back the petition.

**Blocking**
Combining two or more records into a block to increase the efficiency of computer input and output operations.

**Byte**
One alphanumeric character.

**Chapter 128**
See Personal Receivership.

**Consumer**
One who buys goods or services.

**Consumer Data Industry Association (CDIA)**
CDIA is an international trade association representing the consumer credit, mortgage reporting, employment and tenant screening, and collection service industries. Headquartered in Washington, DC, CDIA provides legislative assistance and a lobbying function to its members, and establishes standards for the consumer credit reporting industry.

**Cycle Reporting**
A method by which data furnishers can divide their files for reporting purposes, usually in alphabetical order by surname or by billing date. Reporting takes place at the end of each billing cycle, resulting in more accurate and timely reporting of account statuses.

**Debt Buyer**
A company or individual who purchases accounts (generally non-performing debts) with the intent of collecting debts owed.

**EBCDIC**
An acronym for Extended Binary Coded Decimal Interchange Code. A code used by certain types of computers.

CREDIT REPORTING RESOURCE GUIDE®
*Copyright 2014 © Consumer Data Industry Association*

EXP_E0005021

# Glossary of Terms

**ECOA (Equal Credit Opportunity Act)**
A federal law that prohibits creditors from discriminating against applicants on the basis of sex or marital status in any aspect of a credit transaction.

**ECOA Code**
An alpha or numeric code used to describe a borrower's association with an account, according to the Equal Credit Opportunity Act (ECOA).

**Factoring Company**
See Debt Buyer.

**FCBA (Fair Credit Billing Act)**
A federal law stipulating procedures to help consumers resolve credit billing disputes with the credit grantor promptly and fairly. Disputes must be reported. The FCBA applies to open-end credit accounts, such as credit cards and revolving charge accounts.

**FCRA (Fair Credit Reporting Act)**
The FCRA states that companies which furnish data to the consumer reporting agencies have a responsibility to provide accurate information, to update and correct information and to respond to notices of dispute.  It also states that consumers have the right to know what is in credit records; to challenge the accuracy of information; and to have it re-verified, updated or removed. It also limits the time derogatory information can be retained on a credit record and assures that a consumer's privacy will be protected at all times.

**FDCPA (Fair Debt Collection Practices Act)**
The FDCPA regulates the activities of debt collectors concerning their communications with consumers, prohibiting harassment or abuse, false or misleading representations, and unfair practices.

**Fixed Length Record**
A record that always contains the same number of characters.

For example, you may report a 426-byte Base Segment, a 100-byte J1 Segment, and a 30-byte K4 Segment for every record. The fixed record length would be 556.  If there is no associated consumer on the account, report the Base Segment, report the J1 Segment Identifier, blank fill the remainder of the J1 Segment, and report the K4 Segment information.

**Fixed Rate Loan**
A loan in which the interest rate does not change during the entire term of the loan.

EXP_E0005022

# Glossary of Terms

| | |
|---|---|
| **Flexible Spending Credit Card** | Credit card with no preset spending limit.  The credit card has a Credit Limit, but the terms of the card allow the consumer to exceed that amount.  Refer to Frequently Asked Question 51 for reporting guidelines. |
| **Forbearance** | A period of time during repayment in which a borrower is permitted to temporarily postpone making regular monthly payments.  The debt is not forgiven, but payments are suspended until a later time.  As an example, forbearance may be granted if a borrower is experiencing temporary financial difficulty.  A forbearance agreement is most commonly applied to mortgages and student loans.  However, forbearance is applicable to any type of loan.  Refer to Frequently Asked Question 45 for reporting guidelines. |
| **Installment (Portfolio Type)** | A loan repayable in installments, usually in set monthly amounts. |
| **Lease Assumption** | The debtor's assumption of personal liability for leases of personal property that would otherwise be discharged in bankruptcy.  When a lease is assumed, the consumer is assuming use of the personal property, such as an auto, as well as payment on the account. |
| **Line of Credit (Portfolio Type)** | An agreement between an institution and a consumer where the institution agrees to lend a consumer funds up to an agreed upon credit limit.  The consumer may borrow as much of the line as needed and pays interest on the borrowed portion only. Payment amounts are revolving, based on the outstanding balance amount. |
| **Loan Assumption** | Full Loan Assumption – A new borrower assumes responsibility for a loan.  The original borrower is terminated from the loan and is no longer responsible for payments.  Refer to Frequently Asked Question 55 for reporting guidelines.<br><br>Simple Loan Assumption – A new borrower assumes responsibility for a loan.  The original borrower remains responsible in the event that the new borrower defaults.  Refer to Frequently Asked Question 56 for reporting guidelines. |
| **Media** | Computerized magnetic tape, cartridge, diskette, or electronic data transfer containing consumer credit information. |

CREDIT REPORTING RESOURCE GUIDE®
*Copyright 2014 © Consumer Data Industry Association*

EXP_E0005023

# Glossary of Terms

| | |
|---|---|
| **Mortgage (Portfolio Type)** | A written conveyance of title (i.e., contract or deed) to real estate property.  The creditor has actual title to the property, but the property remains with the use and occupancy of the borrower as long as the conditions of the mortgage are met. |
| **Open (Portfolio Type)** | Accounts where the entire balance is due upon demand or that have one payment due as scheduled (i.e., Terms Duration = 001).  This Portfolio Type is used by credit card reporters when the full balance amount is due each month (i.e., no revolving terms).  This Portfolio Type is also used by Collection Agencies, Child Support Agencies, Debt Buyers, Student Loan Guarantors, the U.S. Department of Education (as guarantor) and Utility Services' payment plans. |
| **Personal Receivership** | A voluntary debt repayment plan filed in Wisconsin (Chapter 128) that is an alternative to Bankruptcy. The consumer may include debts they want managed by the court. The plan is administered by a court-appointed trustee and lasts for a period of time no more than three years.  Refer to Frequently Asked Question 61 for reporting guidelines. |
| **Reaffirmation of Debt** | An agreement by a debtor to continue paying a dischargeable debt after the bankruptcy, usually for the purpose of keeping collateral or mortgaged property that would otherwise be subject to repossession.  This agreement is done through the U.S. Bankruptcy Court. |
| **Reaffirmation of Debt Rescinded** | The consumer may rescind a reaffirmation agreement prior to the bankruptcy discharge or within 60 days after the reaffirm agreement is filed with the court, whichever occurs later.  A consumer files a rescind of debt (requires judge's signature) for one or more of the debts in the reaffirm.  This means that the reaffirm is canceled (taken back) and the debts are again included in or discharged through bankruptcy. |
| **Redemptions (due to Bankruptcy)** | In a Bankruptcy filing, the consumer can choose to redeem merchandise from a creditor by paying fair market value.  Refer to Frequently Asked Question 31 for reporting guidelines. |
| **Relief from Stay** | A bankruptcy judge grants a secured creditor the right to collect a debt that has been included in bankruptcy, to the extent that the order permits. |

# Glossary of Terms

| | |
|---|---|
| **Revolving (Portfolio Type)** | An account that establishes a maximum credit limit for a consumer, such as a credit card or charge account. Payment amounts are revolving based on the outstanding balance amount. |
| **Short Sale** | The sale of real estate in which the proceeds from the sale fall short of the balance owed on the loan, which is secured by the property sold.  In a short sale, the lender agrees to discount the loan balance, typically due to an economic or financial hardship on the part of the consumer. |
| **Standard** | The term "standard" appears in the Credit Reporting Resource Guide® (CRRG®) and other training materials associated with the Metro 2® Format.  When used in the CRRG® or other Metro 2® training materials, the term "standard" refers to the formatting instructions that guide furnishers to report information to the consumer reporting agencies that accept data in the Metro 2® Format.  The term also refers to the information fields and codes that are intended to promote consistent reporting of information about consumers to the consumer reporting agencies that accept data in the Metro 2® Format. |
| | Entities furnishing data in the Metro 2® Format are responsible for furnishing data that they believe will satisfy their obligations in compliance with relevant laws. Neither the Metro 2® Task Force nor CDIA is responsible for determining whether a particular furnisher has satisfied its obligations to accurately report information. |
| **Third Party Collection Agency** | A company or individual who specializes in collecting outstanding debts for other businesses or individuals. |
| **Variable/Adjustable Rate Loan** | A loan in which the interest rate is periodically adjusted based on a variety of indices, usually in response to changes in the Treasury Bill rate or the prime rate. |
| **Variable Length Records** | Records which may be different lengths within predetermined minimums and maximums. Variable length records allow a data furnisher to report only the size of record required for a transaction, thus allowing more data to be placed on the media. |
| | For example, the J1 and J2 Segments would be reported only when additional borrowers are associated with an account. Some records may include these appendages, while others may not. |

Credit Reporting Resource Guide®
*Copyright 2014 © Consumer Data Industry Association*

EXP_E0005025

# Validation/Implementation Checklist

| STEP | TASK DESCRIPTION | REFERENCE | AVAILABLE YES OR NO? | COMMENTS |
|---|---|---|---|---|
| 1 | Obtain a copy of the Metro 2® Format. | | | *Electronically: http://www.cdia online.org/metro. cfm*<br><br>*Hard copy: http:// www.cdiaonline .org/store_ products.cfm* |
| 2 | Obtain a Program Identifier (for the Header Record) from each consumer reporting agency. | | | |
| 3 | Compare Metro 2® Field Definitions to available data on your system. The following data should be reported according to the specified definitions in order to process your credit information correctly: | *Credit Reporting Resource Guide®: Metro 2®* | | |
| | ***Header Record – Identification of Reporter:*** | | | |
| | Block Descriptor Word (BDW) | Page 4-1 | | See FAQ 8. |
| | Record Descriptor Word (RDW) | Page 4-1 | | See FAQ 9. |
| | Record Identifier - HEADER | Page 4-1 | Hard code | |
| | Cycle Number | Page 4-2 | | See FAQ 11. |
| | Innovis Program Identifier | Page 4-2 | Hard code | |
| | Equifax Program Identifier | Page 4-2 | Hard code | |
| | Experian Program Identifier | Page 4-2 | Hard code | |
| | TransUnion Program Identifier | Page 4-2 | Hard code | |
| | Activity Date | Page 4-2 | | |
| | Date Created | Page 4-2 | | |
| | Program Date | Page 4-2 | | |

**Note: References to FAQ numbers can be found in the Frequently Asked Questions and Answers section.**

CREDIT REPORTING RESOURCE GUIDE®
*Copyright 2014 © Consumer Data Industry Association*

EXP_E0005027

# Validation/Implementation Checklist

| STEP | TASK DESCRIPTION | REFERENCE | AVAILABLE YES OR NO? | COMMENTS |
|------|------------------|-----------|----------------------|----------|
| | Program Revision Date | Page 4-3 | | |
| | Reporter Name | Page 4-3 | | |
| | Reporter Address | Page 4-3 | | |
| | Reporter Telephone Number | Page 4-3 | | |
| | Software Vendor Name | Page 4-3 | Hard coded by Vendor | |
| | Software Version Number | Page 4-3 | Hard coded by Vendor | |
| | **Base Segment - Processing Information:** | | | See FAQ 1. |
| | Block Descriptor Word (BDW) | Page 4-4 | | See FAQ 8. |
| | Record Descriptor Word (RDW) | Page 4-4 | | See FAQ 9. |
| | Processing Indicator | Page 4-4 | Hard code | |
| | Time Stamp | Page 4-5 | | |
| | Correction Indicator | Page 4-5 | | |
| | **Base Segment - Account Information:** | | | |
| | Identification Number | Page 4-6 | | |
| | Cycle Identifier | Page 4-6 | | See FAQ 11. |
| | Consumer Account Number | Page 4-6 | | |
| | Portfolio Type | Page 4-7 | | |
| | Account Type | Page 4-7 | | See Exhibits 1 & 2. |
| | Date Opened | Page 4-7 | | |
| | Credit Limit | Page 4-8 | | |
| | Highest Credit or Original Loan Amount | Page 4-8 | | |
| | Terms Duration | Page 4-9 | | See Exhibit 3. |
| | Terms Frequency | Page 4-9 | | See Exhibit 3. |
| | Scheduled Monthly Payment Amount | Page 4-10 | | See Exhibit 3. |
| | Actual Payment Amount | Page 4-10 | | |
| | Account Status | Page 4-11 | | See FAQs 12, 27 & 41 and Exhibit 4. |
| | Payment Rating | Page 4-11 | | See FAQ 12. |

EXP_E0005028

# Validation/Implementation Checklist

| STEP | TASK DESCRIPTION | REFERENCE | AVAILABLE YES OR NO? | COMMENTS |
|------|------------------|-----------|---------------------|----------|
| | Payment History Profile (up to 24 months) | Page 4-12 | | See FAQs 24 & 41 and Exhibit 5. |
| | Special Comment | Page 4-13 | | See FAQ 12 and Exhibits 6 & 7. |
| | Compliance Condition Code[1] | Page 4-14 | | See Exhibit 8. |
| | Current Balance | Page 4-15 | | |
| | Amount Past Due | Page 4-15 | | |
| | Original Charge-off Amount | Page 4-15 | | |
| | Date of Account Information | Page 4-16 | | |
| | FCRA Compliance/Date of First Delinquency | Page 4-17 | | See FAQ 24 and Exhibit 9. |
| | Date Closed | Page 4-18 | | |
| | Date of Last Payment | Page 4-18 | | |
| | Interest Type Indicator | Page 4-18 | | |
| | ***Base Segment - Primary Borrower Information:*** | | | See FAQ 21. |
| | Consumer Transaction Type | Page 4-18 | | |
| | Surname | Page 4-19 | | Include edits to remove internal messages. |
| | First Name | Page 4-19 | | |
| | Middle Name | Page 4-19 | | |
| | Generation Code | Page 4-19 | | |
| | Social Security Number | Page 4-20 | | |
| | Date of Birth | Page 4-20 | | |
| | Telephone Number | Page 4-21 | | |
| | ECOA Code | Page 4-21 | | See FAQs 13, 14, 17, 19, 20 & 21 and Exhibit 10. |
| | Consumer Information Indicator[1] | Page 4-22 | | See FAQs 25 through 32 & 61 and Exhibit 11. |

---

[1] When converting from Metro™ to Metro 2®, it is necessary to report the applicable Compliance Condition Code on your first Metro 2® submission, even if you had reported this information through a Special Comment on your last Metro™ submission.

CREDIT REPORTING RESOURCE GUIDE®
Copyright 2014 © Consumer Data Industry Association

EXP_E0005029

# Validation/Implementation Checklist

**CHECKLIST USES**

This valuable checklist may be used for many purposes, including:

- Self-auditing tool to ensure accuracy and integrity of your data
- Validating that your Metro 2® output is still accurate when changes are made to your internal systems
- Upgrading your existing Metro 2® Format program
- Converting from Metro™ to Metro 2®
- Developing new Metro 2® software

The 2010 FACT Act Data Furnisher rules state that "each furnisher must review its policies and procedures periodically and update them as necessary to ensure their continued effectiveness". The checklist can help you with this validation process.

**IMPLEMENTATION OF THE METRO 2® FORMAT**

When used to implement a new Metro 2® program or to change from Metro™ to Metro 2®, this checklist will guide you step by step through the process.

> Prior to reporting in Metro 2® for the first time, you must complete testing with each of the consumer reporting agencies to which you report.

Whether reporting through a purchased software package, a third-party data processor or an internally developed program, the data furnisher is ultimately responsible for compliance issues.

When reporting information through a third-party processor, there are certain steps that need to be taken to ensure that information is reported according to industry standard guidelines. The steps are:

- Confirm that the processor is supplying all account information in the Metro 2® Format to all consumer reporting agencies.

- Use the Metro 2® Validation/Implementation Checklist to review in detail what the processor will be reporting to ensure that your portfolio information is reported accurately.

EXP_E0005026

# Validation/Implementation Checklist

| STEP | TASK DESCRIPTION | REFERENCE | AVAILABLE YES OR NO? | COMMENTS |
|------|------------------|-----------|----------------------|----------|
| | Country Code | Page 4-22 | | See Exhibit 12. |
| | First Line of Address | Page 4-23 | | See Exhibit 13. Include edits to remove internal messages. |
| | Second Line of Address | Page 4-23 | | |
| | City | Page 4-23 | | |
| | State | Page 4-24 | | See Exhibit 14. |
| | Postal/Zip Code | Page 4-24 | | |
| | Address Indicator | Page 4-24 | | |
| | Residence Code | Page 4-24 | | |
| 4 | Can you report all borrowers associated with the account? | | | |
| | For an associated borrower who lives at the same address as the primary borrower, report the J1 Segment. Fields available: | | | See FAQs 3, 6, 7 & 18. |
| | Segment Identifier - J1 | Page 4-25 | Hard code | |
| | Consumer Transaction Type | Page 4-25 | | |
| | Surname | Page 4-25 | | Include edits to remove internal messages. |
| | First Name | Page 4-26 | | |
| | Middle Name | Page 4-26 | | |
| | Generation Code | Page 4-26 | | |
| | Social Security Number | Page 4-26 | | |
| | Date of Birth | Page 4-27 | | |
| | Telephone Number | Page 4-27 | | |
| | ECOA Code | Page 4-27 | | See FAQs 13, 14, 17, 19 & 20 and Exhibit 10. |
| | Consumer Information Indicator[1] | Page 4-28 | | See FAQs 25 through 32 & 61 and Exhibit 11. |

---

[1] When converting from Metro™ to Metro 2®, it is necessary to report the applicable Compliance Condition Code on your first Metro 2® submission, even if you had reported this information through a Special Comment on your last Metro™ submission.

Copyright 2014 © Consumer Data Industry Association

EXP_E0005030

# Validation/Implementation Checklist

| STEP | TASK DESCRIPTION | REFERENCE | AVAILABLE YES OR NO? | COMMENTS |
|---|---|---|---|---|
| | For an associated borrower who lives at a different address than the primary borrower, report the J2 Segment. Fields available: | | | See FAQs 3, 6, 7, 18 & 21. |
| | Segment Identifier - J2 | Page 4-29 | Hard code | |
| | Consumer Transaction Type | Page 4-29 | | |
| | Surname | Page 4-29 | | Include edits to remove internal messages. |
| | First Name | Page 4-30 | | |
| | Middle Name | Page 4-30 | | |
| | Generation Code | Page 4-30 | | |
| | Social Security Number | Page 4-30 | | |
| | Date of Birth | Page 4-31 | | |
| | Telephone Number | Page 4-31 | | |
| | ECOA Code | Page 4-31 | | See FAQs 13, 14, 17, 19, 20 & 21 and Exhibit 10. |
| | Consumer Information Indicator[1] | Page 4-32 | | See FAQs 25 through 32 & 61 and Exhibit 11. |
| | Country Code | Page 4-32 | | See Exhibit 12. |
| | First Line of Address | Page 4-33 | | See Exhibit 13. Include edits to remove internal messages. |
| | Second Line of Address | Page 4-33 | | |
| | City | Page 4-33 | | |
| | State | Page 4-34 | | See Exhibit 14. |
| | Postal/Zip Code | Page 4-34 | | |
| | Address Indicator | Page 4-34 | | |
| | Residence Code | Page 4-34 | | |

---

[1] When converting from Metro™ to Metro 2®, it is necessary to report the applicable Consumer Information Indicator on your first Metro 2® submission, even if you had reported this information through an Account Status Code or Special Comment Code on your last Metro™ submission.

CREDIT REPORTING RESOURCE GUIDE®
Copyright 2014 © Consumer Data Industry Association

EXP_E0005031

# Validation/Implementation Checklist

| STEP | TASK DESCRIPTION | REFERENCE | AVAILABLE YES OR NO? | COMMENTS |
|---|---|---|---|---|
| 5 | For Collection Agencies, Debt Buyers, Check Guarantee Companies, Student Loan Guaranty Agencies, and U.S. Department of Education, a K1 Segment is needed.  Fields available: | | | The K1 Segment is required for these companies. |
| | Segment Identifier - K1 | Page 4-35 | Hard code | |
| | Original Creditor Name | Page 4-35 | | |
| | Creditor Classification | Page 4-36 | | |
| 6 | If you've purchased or sold an account, a K2 Segment can be reported.  Fields available: | | | See FAQs 47 & 48. |
| | Segment Identifier - K2 | Page 4-37 | Hard code | |
| | Purchased From/Sold To Indicator | Page 4-37 | | |
| | Purchased From or Sold To Name | Page 4-37 | | |
| 7 | If you provide mortgage information, a K3 Segment can be reported.  Fields available: | | | |
| | Segment Identifier - K3 | Page 4-38 | Hard code | |
| | Agency Identifier | Page 4-38 | | |
| | Account Number (of secondary marketing agency) | Page 4-38 | | |
| | Mortgage Identification Number | Page 4-38 | | |
| 8 | Specialized payment information, for balloon or deferred payments, can be reported in the K4 Segment.  Fields available: | | | |
| | Segment Identifier - K4 | Page 4-39 | Hard code | |
| | Specialized Payment Indicator | Page 4-39 | | |
| | Deferred Payment Start Date | Page 4-39 | | See FAQ 44. |
| | Balloon Payment Due Date | Page 4-39 | | |
| | Balloon Payment Amount | Page 4-39 | | |

EXP_E0005032

# Validation/Implementation Checklist

| STEP | TASK DESCRIPTION | REFERENCE | AVAILABLE YES OR NO? | COMMENTS |
|------|------------------|-----------|----------------------|----------|
| 9 | Account Number and/or Identification Number changes can be reported in the L1 Segment.  Fields available: | | | See FAQ 5. |
| | Segment Identifier - L1 | Page 4-40 | Hard code | |
| | Change Indicator | Page 4-40 | | |
| | New Consumer Account Number | Page 4-40 | | |
| | New Identification Number | Page 4-41 | | |
| 10 | Can employment information for the primary borrower be provided in the N1 Segment?  Fields available: | | | |
| | Segment Identifier - N1 | Page 4-42 | Hard code | |
| | Employer Name | Page 4-42 | | |
| | First Line of Employer Address | Page 4-42 | | |
| | Second Line of Employer Address | Page 4-42 | | |
| | Employer City | Page 4-42 | | |
| | Employer State | Page 4-42 | | |
| | Employer Postal/Zip Code | Page 4-42 | | |
| | Occupation | Page 4-43 | | |
| 11 | Can totals be provided in the Trailer Record?  Fields available: | | | |
| | Record Descriptor Word (RDW) | Page 4-44 | | See FAQ 9. |
| | Record Identifier - TRAILER | Page 4-44 | Hard code | |
| | Total Base Records | Page 4-44 | | |
| | Total of Status Code DF (Delete due to fraud) | Page 4-44 | | |
| | Total Associated Consumer Segments (J1) | Page 4-44 | | |
| | Total Associated Consumer Segments (J2) | Page 4-44 | | |
| | Block Count | Page 4-44 | | |
| | Total of Status Code DA (Delete – other than fraud) | Page 4-44 | | |
| | Total of each Status Code individually | Pages 4-44 through 4-46 | | |
| | Total of ECOA Code Z (Delete borrower) | Page 4-46 | | |
| | Total Employment Segments | Page 4-46 | | |
| | Total Original Creditor Segments | Page 4-46 | | |

CREDIT REPORTING RESOURCE GUIDE®
Copyright 2014 © Consumer Data Industry Association

EXP_E0005033

# Validation/Implementation Checklist

| STEP | TASK DESCRIPTION | REFERENCE | AVAILABLE YES OR NO? | COMMENTS |
|---|---|---|---|---|
| | Total Purchased From/Sold To Segments | Page 4-46 | | |
| | Total Mortgage Information Segments | Page 4-46 | | |
| | Total Specialized Payment Information Segments | Page 4-46 | | |
| | Total Change Segments | Page 4-46 | | |
| | Total SSNs (All Segments) | Page 4-47 | | |
| | Total SSNs (Base Segments) | Page 4-47 | | |
| | Total SSNs (J1 Segments) | Page 4-47 | | |
| | Total SSNs (J2 Segments) | Page 4-47 | | |
| | Total Dates of Birth (All Segments) | Page 4-47 | | |
| | Total Dates of Birth (Base Segments) | Page 4-47 | | |
| | Total Dates of Birth (J1 Segments) | Page 4-47 | | |
| | Total Dates of Birth (J2 Segments) | Page 4-47 | | |
| | Total Telephone Numbers (All Segments) | Page 4-47 | | |
| **12** | **Review the following reporting situations:** | | | |
| | How should returned checks be reported to comply with the Fair Credit Reporting Act? | | | See FAQ 16. |
| | How can an account, or specific borrower, be deleted from the file? | | | See FAQ 17. |
| | What causes duplicate tradelines? | | | See FAQ 22. |
| | If you are a first time reporter of credit data, there are special reporting requirements. | | | See FAQ 24. |
| | How should an account that has been included in Bankruptcy be reported when a consumer is making payments or has paid the account in full, even though the account has not been reaffirmed? | | | See FAQ 25. |
| | How do you report accounts that are completely or partially reaffirmed in bankruptcy? | | | See FAQ 26. |

# Validation/Implementation Checklist

| STEP | TASK DESCRIPTION | REFERENCE | AVAILABLE YES OR NO? | COMMENTS |
|------|------------------|-----------|----------------------|----------|
| | How should an account be reported when one or more borrowers filed Bankruptcy Chapter 7, 11 or 12? | | | See FAQs 27(a) and 27(b). |
| | How should an account be reported when one or more borrowers filed Bankruptcy Chapter 13? | | | See FAQs 28(a) and 28(b). |
| | How should a secured debt (e.g., mortgage account) be reported when a consumer completes the required payments through a Bankruptcy Chapter 12 or 13 plan, but the account is still open and the consumer is continuing to make payments? | | | See FAQ 29. |
| | How should an account included in bankruptcy be reported if a "Relief from Stay" is granted to the creditor? | | | See FAQ 30. |
| | How should Bankruptcies be reported when the consumer voluntarily surrenders or redeems the merchandise? | | | See FAQ 31. |
| | How should an account be reported when a Bankruptcy case has been closed or terminated without being discharged or dismissed? | | | See FAQ 32. |
| | When and how should Debit Cards be reported? | | | See FAQ 33. |
| | How should charge-offs, paid charge-offs and partially charged off accounts be reported? | | | See FAQs 34(a), 34(b) & 34(c). |
| | If a credit card is temporarily unavailable for use because the credit grantor is conducting an investigation, how should the account be reported? | | | See FAQ 35. |
| | How should an account be reported when an auto lease is paid in full, yet there are over mileage charges, excess wear and tear charges, or other outstanding charges on the account? | | | See FAQ 36. |
| | How should an account be reported when an auto lease is prepaid – where entire lease payment is paid at the time of opening? | | | See FAQ 37. |

CREDIT REPORTING RESOURCE GUIDE®

*Copyright 2014 © Consumer Data Industry Association*

EXP_E0005035

# Validation/Implementation Checklist

| STEP | TASK DESCRIPTION | REFERENCE | AVAILABLE YES OR NO? | COMMENTS |
|---|---|---|---|---|
| | How should accounts that are paid in full for less than the full balance (i.e., settled) be reported? | | | See FAQ 38. |
| | How should paid in full, closed accounts be reported? | | | See FAQ 39. |
| | How should a closed account be reported that has an outstanding balance? | | | See FAQ 40. |
| | How long should paid accounts (Account Status Codes 13, 61-65) continue to be reported? | | | See FAQ 41. |
| | How should a renegotiated/refinanced loan be reported? | | | See FAQ 42. |
| | How should lost or stolen credit cards be reported? | | | See FAQ 43. |
| | How should deferred loans be reported? | | | See FAQ 44. |
| | How should accounts in forbearance be reported? | | | See FAQ 45. |
| | How should accounts that have been transferred be reported? | | | See FAQ 46. |
| | How should accounts that have been sold to another company be reported? | | | See FAQ 47. |
| | How should accounts that have been purchased from another company be reported? | | | See FAQ 48. |
| | How are "payment reversal" transactions handled? | | | See FAQ 49. |
| | How do you report loans with multiple payment schedules? | | | See FAQ 50. |
| | How should credit cards with no preset spending limits be reported that have terms allowing consumers to exceed the credit limits? | | | See FAQ 51. |
| | How should the different stages of foreclosure be reported? | | | See FAQ 52. |
| | How should alternatives to foreclosure (i.e., Deed in Lieu and Short Sale) be reported? | | | See FAQ 53. |

EXP_E0005036

# Validation/Implementation Checklist

| STEP | TASK DESCRIPTION | REFERENCE | AVAILABLE YES OR NO? | COMMENTS |
|---|---|---|---|---|
| | How should a secured account (i.e., mortgage, home equity or other secured account) be reported when the collateral is released but there is an outstanding balance due? | | | See FAQ 54. |
| | How should full loan assumptions be reported? | | | See FAQ 55. |
| | How should simple loan assumptions be reported? | | | See FAQ 56. |
| | How should reverse mortgages be reported? | | | See FAQ 57. |
| | How should an account be reported when the consumer is affected by a natural or declared disaster? | | | See FAQ 58. |
| | How should prepaid credit cards/gift cards be reported? | | | See FAQ 60. |
| | How should an account be reported when it is included in a Personal Receivership plan (Wisconsin Chapter 128)? | | | See FAQ 61. |
| | How should an account be reported when merchandise has been repossessed or the consumer has voluntarily surrendered the merchandise? | | | See FAQ 62. |

CREDIT REPORTING RESOURCE GUIDE®
*Copyright 2014 © Consumer Data Industry Association*

EXP_E0005037

# Validation/Implementation Checklist

| STEP | TASK DESCRIPTION | REFERENCE | COMMENTS |
|------|------------------|-----------|----------|
| **13** | **Include the following cross-field edits:** | | |
| | Portfolio Type / Account Type | See Exhibit 2. | |
| | Portfolio Type / Credit Limit | See Base Segment Field 11. | |
| | Portfolio Type / Highest Credit or Original Loan Amount | See Base Segment Field 12. | |
| | Portfolio Type / Account Type / Terms Duration | See Base Segment Field 13 & Exhibit 2. | |
| | Terms Duration / Terms Frequency / Scheduled Monthly Payment Amount | See Exhibit 3. | |
| | Date Opened / Payment History Profile | | Amount of history reported should not be older than the Date Opened. |
| | Date of Account Information / Account Status | | Account Status is reported "as of" the Date of Account Information. |
| | Date of Account Information/Payment History Profile (PHP) | | First position of PHP represents month prior to Date of Account Information. |
| | Account Status / Payment Rating | See Base Segment Fields 17A & 17B. | |
| | Account Status / Current Balance / Amount Past Due | | Monetary fields should be validated based on the status reported. Examples:<br>• Account Status 11 (Current) requires Amount Past Due = 0.<br>• Account Status 13 (Paid account) requires Current Balance and Amount Past Due = 0. |
| | Date of First Delinquency / Account Status / Payment Rating / Consumer Information Indicator | See Base Segment Field 25 or Exhibit 9. | |
| | Charge-off and Paid Charge-off Account Status / Original Charge-off Amount | | Original Charge-off Amount is required for Account Statuses 97 and 64. |
| | Paid or Sold Account / Current Balance / Date Closed | See FAQs 38, 39 & 47. | Date Closed is required and Current Balance = 0. |
| | Closed Special Comments or Compliance Condition Codes/ Date Closed | | Date Closed is required. |
| | ECOA Codes when Multiple Borrowers | See Exhibit 10. | |

EXP_E0005038

# Validation/Implementation Checklist

| STEP | TASK DESCRIPTION | REFERENCE | AVAILABLE YES OR NO? | COMMENTS |
|------|------------------|-----------|----------------------|----------|
| | *Project Phases:* | | | |
| 14 | Review the Metro 2® Format and any conversion questions with your consumer reporting agency representative. | Exhibit 15: Data Conversion Checklist | | |
| 15 | Determine whether data will be reported in the Character or Packed Format. | | | Character Format is preferred. |
| 16 | Develop internal software, and perform internal conversion tests. | | | |
| 17 | To set-up for electronic transmissions, which is the preferred method of reporting, contact all consumer reporting agencies. | | | |
| 18 | Advise all consumer reporting agencies of the expected date they will receive the test transmission or media. | | | |
| 19 | Send test transmission, record layout, and documentation to ALL consumer reporting agencies. | | | |
| 20 | Make corrections to your credit reporting format and data, as required. | | | |
| 21 | Send transmission to all consumer reporting agencies. | | | |

CREDIT REPORTING RESOURCE GUIDE®
*Copyright 2014 © Consumer Data Industry Association*

EXP_E0005039

# Child Support Reporting

## GENERAL REPORTING GUIDELINES

The Child Support Enforcement Program was established in 1975 under Title IV-D of the Social Security Act, to help state and local agencies locate absent parents and to collect child support from parents legally obligated to pay.

Child support obligations are renewable from month to month. Although each monthly payment satisfies that month's obligation, the next month immediately begins a new obligation, to be satisfied by the next payment. The entire support obligation is not considered satisfied until the child reaches the age of majority or emancipation, or the statute of limitations for that state has been reached.

- Report data in the standard Metro 2® Format, including the Header Record.

- Report full file on a monthly basis.

- Report the complete name, social security number, and address of the obligor.

- Report the phone number and birth date, when available.

- An acceptable reason for deleting accounts is when Child Support cases are withdrawn by the courts.

- In the Identification Number field, report the internal code that identifies the child support agency where the information is verified.

- All parties reporting credit information must comply with the Fair Credit Reporting Act and any applicable state laws.

- All parties reporting credit information must respond to consumer inquiries.

**Note: The guidelines contained in this document are specific to your industry and should be used in conjunction with the specifications in the Metro 2® Format. Refer to the Metro 2® Format for detailed information on segments and field information.**

EXP_E0005040

# CHILD SUPPORT REPORTING GUIDELINES

1. State agencies *that are able to age the accounts* should report the following Account Status Codes (Base Segment, Field 17A):

   **Status 11**
   Reported for all open, current accounts, and for cases that have been brought current. Use this status when the child, or youngest child (in the case of multiple children), has *not* yet reached the age of majority or emancipation, or the statute of limitations for judgments in that state has not been reached.

   **Status 13[1]**
   Reported when the Office of Child Support Enforcement rates this case –satisfied. ☐ Use this status when the child, or youngest child (in the case of multiple children), *has* reached the age of majority or emancipation, or the statute of limitations for judgments in that state has been reached.

   **Status 62**
   Reported when the Office of Child Support Enforcement rates this case as –satisfied ☐ and the account was previously a collection. Use this status when the child, or youngest child (in the case of multiple children), *has* reached the age of majority or emancipation, or the statute of limitations for judgments in that state has been reached.

   **Statuses 71, 78, 80, 82–84[2]**
   Reported to reflect the appropriate stage of delinquency (30 days to 180 or more days past the due date).

   **Status 93[2]**
   Reported when the Office of Child Support Enforcement rates this case as in collections.

   **Status DA**
   Reported when a Child Support case is withdrawn by the courts. The action taken by the consumer reporting agencies is to delete the account from their files.

   **Status 05[1]**
   Reported when the child support case is transferred to another state because of the relocation of the obligor. This usually occurs with a URESA (Uniform Reciprocal Enforcement Support Act) account. The state agency is responsible for notifying another agency when the account is being transferred to their jurisdiction.

   Report the Payment History Profile, which provides up to 24 months of payment history, in order for the agency to control and maintain the payment history.

---

[1] When the Account Status is 05 or 13, the Payment Rating must also be reported.

[2] When Status 71, 78, 80, 82-84 or 93 is reported, the account should be reported with a Special Comment –CS ☐ each month in order to overlay the date of first delinquency. Special Comment –CS ☐ is reported only until the child or youngest child reaches the age of majority or emancipation, or the statute of limitations for judgments in that state has been reached.

*Copyright 2014 © Consumer Data Industry Association*

**CHILD SUPPORT REPORTING GUIDELINES**

9-2                                  CREDIT REPORTING RESOURCE GUID ®

Copyright 2014 © Consumer Data Industry Association

# CHILD SUPPORT REPORTING GUIDELINES

State agencies *that are unable to age the accounts* should report the following Account Status Codes (Base Segment, Field 17A):

**Status 11**
Reported for all open, current accounts, and for cases that have been brought current. Use this status when the child, or youngest child (in the case of multiple children), has **not** yet reached the age of majority or emancipation, or the statute of limitations for judgments in that state has not been reached.

**Status 13**[1]
Reported when the Office of Child Support Enforcement rates this case -satisfied☐ and the account was previously reported as current. Use this status when the child, or youngest child (in the case of multiple children), **has** reached the age of majority or emancipation, or the statute of limitations for judgments in that state has been reached.

**Status 62**
Reported when the Office of Child Support Enforcement rates this case -satisfied☐ and the account was previously a collection. Use this status when the child, or youngest child (in the case of multiple children), **has** reached the age of majority or emancipation, or the statute of limitations for judgments in that state has been reached.

**Status 93**
Reported when the Office of Child Support Enforcement rates this case as in collections. If a Status 93 is reported, the account should be reported with a Special Comment -CS☐ each month in order to overlay the date of first delinquency. Special Comment -CS☐ is reported only until the child or youngest child reaches the age of majority or emancipation, or the statute of limitations for judgments in that state has been reached.

**Status DA**
Reported when a Child Support case is withdrawn by the courts. The action taken by the consumer reporting agencies is to delete the account from their files.

**Status 05**[1]
Reported when the child support case is transferred to another state because of the relocation of the obligor. This usually occurs with a URESA (Uniform Reciprocal Enforcement Support Act) account. The state agency is responsible for notifying another agency when the account is being transferred to their jurisdiction.

---

[1] When the Account Status is 05 or 13, the Payment Rating must also be reported.

*Copyright 2014 © Consumer Data Industry Association*

EXP_E0005043

## CHILD SUPPORT REPORTING GUIDELINES

2.  Portfolio Type (Base Segment, Field 8) — O (Open)

3.  Account Type Codes (Base Segment, Field 9)

    - 50 – Family Support
    - 93 – Child Support

4.  Date Opened (Base Segment, Field 10) — the date the case was initiated with the state agency

5.  Highest Credit or Original Loan Amount (Base Segment, Field 12) — zero

6.  Terms Duration (Base Segment, Field 13) — 001

7.  Scheduled Monthly Payment Amount (Base Segment, Field 15) — the monthly debt obligation of the obligor

8.  Special Comment Codes (Base Segment, Field 19) — Any Special Comment Code can be reported on accounts that do not require Special Comment Code CS.

    Refer to Exhibits 6 and 7 in the Metro 2® Format for descriptions of Special Comment Codes.

9.  Compliance Condition Codes (Base Segment, Field 20) — Report Compliance Condition Codes in conjunction with Account Status Codes and Payment Ratings when comments are required for legal compliance.

    Refer to Exhibit 8 in the Metro 2® Format for descriptions of Compliance Condition Codes.

10. Current Balance (Base Segment, Field 21) — the total amount due from outstanding support payments. This amount must equal, at a minimum, one Scheduled Monthly Payment Amount.

11. Amount Past Due (Base Segment, Field 22) — the total amount in arrears

12. FCRA Compliance/Date of First Delinquency (Base Segment, Field 25) — the activity date

    The FCRA Compliance/Date of First Delinquency must freeze when the child, or youngest child (in the case of multiple children), reaches the age of majority or emancipation, or the statute of limitations for judgments in that state has been reached.

13. ECOA Code (Base Segment, Field 37) — 1 (individual) on all records

14. Consumer Information Indicator (Base Segment, Field 38) – Report code T (Credit Grantor Cannot Locate Consumer) and code U (Consumer Now Located) when appropriate.

    **Note: Do not report a bankruptcy Consumer Information Indicator unless the child support obligation is included in the bankruptcy.**

CREDIT REPORTING RESOURCE GUIDE®
*Copyright 2014 © Consumer Data Industry Association*

EXP_E0005044

# Debt Buyer/Third Party Collection Agency Reporting

## GENERAL REPORTING GUIDELINES

A Debt Buyer is a company or individual who purchases accounts (generally non-performing debts) with the intent of collecting debts owed.  A Third Party Collection Agency is a company or individual who specializes in collecting outstanding debts for other businesses or individuals.

- Report data in the standard Metro 2® Format, including the Header Record.

- Report at least on a monthly basis.

- Report the complete name, address, social security number and date of birth for the legally liable consumer(s).

- The first time you report to the consumer reporting agencies, report your entire file. On subsequent updates, report the entire file, or at a minimum, newly opened accounts, paid accounts, and accounts which have had changes since the previous reporting period.

- Report paid in full collection accounts before purging the accounts from your internal collection system.

- **Do not delete paid in full collection accounts.**

- Acceptable reasons for deleting accounts are:
  — Accounts which have been forwarded or sold to another entity.
  — Accounts which have been canceled and returned to creditor.
  — Accounts reported in error.
  — Accounts which have been confirmed as fraudulent.

- All parties reporting credit information must comply with the Fair Credit Reporting Act (FCRA), Fair Debt Collection Practices Act (FDCPA), any applicable state laws and regulatory authorities.

- The Date of First Delinquency is used to comply with FCRA sections 605 and 623 (obsolescence period). See page 10-4 of this document for detailed reporting requirements.

EXP_E0005045

## DEBT BUYER/THIRD PARTY COLLECTION AGENCY REPORTING GUIDELINES

- The Creditor Classification 02 must be reported in the K1 Segment to identify medical debts to assist in complying with the FCRA sections 605 and 623.

- In the Identification Number field, report the internal code that identifies the debt buyer or third party collection agency where information is verified.

- All parties reporting credit information must respond to consumer inquiries.

**Note: The guidelines in this document are specific to your industry and should be used in conjunction with the specifications in the Metro 2® Format. Refer to the Metro 2® Format for detailed information on segments and field information.**

CREDIT REPORTING RESOURCE GUIDE®
Copyright 2014 © Consumer Data Industry Association

EXP_E0005046

## DEBT BUYER/THIRD PARTY COLLECTION AGENCY REPORTING GUIDELINES

1. Consumer Account Number (Base Segment, Field 7)

   - Report the individual's complete and unique account number as extracted from your file.

   - If the account number changes, report the L1 Segment. See field definitions in the Metro 2® Format.

     **Note: Notify your consumer reporting agencies the first time this situation occurs.**

2. Portfolio Type (Base Segment, Field 8) — O (Open)

3. Account Type Codes (Base Segment, Field 9)

   - 0C — Debt Buyer
   - 48 — Collection Agency/Attorney
   - 77 — Returned Check

4. Date Opened (Base Segment, Field 10) — the date the account was purchased by the debt buyer or placed/assigned to the third party collection agency.  When reporting returned checks, provide the date the check was written.

5. Highest Credit or Original Loan Amount (Base Segment, Field 12) — original assigned amount as of the date purchased, placed or assigned.  When reporting returned checks, report the original amount of the check, excluding fees and interest.

6. Terms Duration (Base Segment, Field 13) — 001

7. Account Status Codes (Base Segment, Field 17A) — report **only** the following:

   93 — Account assigned to internal or external collections

   62 — Paid in full, was a collection account

   DF — Delete entire account due to confirmed fraud

   DA — Delete entire account (for reasons other than fraud)

   - Debt Buyers must delete accounts that have been forwarded or sold to another entity.
   - Collection Agencies must delete accounts that have been canceled and returned to the creditor.
   - This value should also be used for accounts reported in error.

   ***Do not delete paid in full collection accounts.***

EXP_E0005047

# DEBT BUYER/THIRD PARTY COLLECTION AGENCY REPORTING GUIDELINES

8.  FCRA Compliance/Date of First Delinquency (Base Segment, Field 25) — the date of the first delinquency **with the original creditor** that led to the account being sold or placed for collection.

Example:
**Original Credit Grantor Reports:**

| Date of Account Information | Status Code | Definition | Date of First Delinquency |
|---|---|---|---|
| 01/31/2013 | 11 | Current | Zero fill |
| 02/28/2013 | 71 | 30 days past the due date | 02/28/2013 |
| 03/31/2013 | 78 | 60 days past the due date | 02/28/2013 |
| 04/30/2013 | 80 | 90 days past the due date | 02/28/2013 |
| 05/31/2013 | 82 | 120 days past the due date | 02/28/2013 |
| 06/30/2013 | 83 | 150 days past the due date | 02/28/2013 |

Account is sold to debt buyer or assigned to collection agency.

**Debt Buyer/Collection Agency Reports:**

| Date of Account Information | Status Code | Definition | Date of First Delinquency |
|---|---|---|---|
| 08/31/2013 | 93 | Collection | 02/28/2013 |
| 09/30/2013 | 93 | Collection *Consumer agrees to a repayment plan. First payment is received by debt buyer, collection agency or credit grantor's internal collection department.* | 02/28/2013 |
| 10/31/2013 | 93 | Collection *Consumer continues to make payments. Current Balance is reported as decreasing.* | 02/28/2013 |
| 11/30/2013 | 62 | Paid collection account *Current Balance is reported as zero.* | 02/28/2013 |

**Notes: The FCRA Compliance/Date of First Delinquency does not change due to subsequent repayment agreements.**

**When reporting returned checks, report the date the check was returned for insufficient funds. If not available, report the date of the check.**

EXP_E0005048

# DEBT BUYER/THIRD PARTY COLLECTION AGENCY REPORTING GUIDELINES

FCRA Compliance/Date of First Delinquency (continued)

Effective March 31, 2004, the FCRA[1] states that –provided that the consumer does not dispute the information, a person that furnishes information on a delinquent account that is placed for collection, charged for profit and loss, or subjected to any similar action, complies with this paragraph, if –

(i) the person reports the same date of delinquency as that provided by the creditor to which the account was owed at the time at which the commencement of the delinquency occurred, if the creditor previously reported that date of delinquency to a consumer reporting agency;

(ii) the creditor did not previously report the date of delinquency to a consumer reporting agency, and the person establishes and follows reasonable procedures to obtain the date of delinquency from the creditor or another reliable source and reports that date to a consumer reporting agency as the date of delinquency; or

(iii) the creditor did not previously report the date of delinquency to a consumer reporting agency and the date of delinquency cannot be reasonably obtained as provided in clause (ii), the person establishes and follows reasonable procedures to ensure the date reported as the date of delinquency precedes the date on which the account is placed for collection, charged to profit or loss, or subjected to any similar action, and reports such date to the credit reporting agency. □

9.  Report Compliance Condition Codes (Base Segment, Field 20) and Special Comments (Base Segment, Field 19) in conjunction with Account Status Codes to further define the accounts.

    **Examples**:

    Compliance Condition Code XB (Account information disputed by consumer under the Fair Credit Reporting Act) could be reported with Account Status Code 93.

    Special Comment AU (Account paid in full for less than the full balance) could be reported with Account Status Code 62.

10. Current Balance (Base Segment, Field 21) and Amount Past Due (Base Segment, Field 22) — may include fees and interest, depending on state and federal laws. If payments are made, the Current Balance and Amount Past Due should decrease accordingly.

11. Date of Last Payment (Base Segment, Field 27) – the date of the most recent payment made to the debt buyer or third party collection agency.

---

[1] Fair Credit Reporting Act Section 623(a)(5) [15 U.S.C. § 1681s-2]

EXP_E0005049

## DEBT BUYER/THIRD PARTY COLLECTION AGENCY REPORTING GUIDELINES

12. Address (Base Segment, Fields 39 – 45; J2 Segment, Fields 12 – 18) – report the consumer's full address as provided by the original creditor or a newer known address.  If the consumer's current address is unknown, report the consumer's last known address and Address Indicator N' (not confirmed address).

    **Note: An address found through skip tracing processes should be reported only when confirmed to be the address of the consumer you are reporting.**

13. ECOA Code (Base Segment, Field 37; J1 and J2 Segment, Field 10) — used to designate an account as joint, individual, etc. in compliance with the Equal Credit Opportunity Act (ECOA).  Refer to Exhibit 10 in the Metro 2® Format for a list of available codes.

    **Note: Authorized users (ECOA Code 3) should not be reported because they are not contractually liable.**

14. Consumer Information Indicator (Base Segment, Field 38; J1 and J2 Segment, Field 11) — used to specify that a consumer has filed bankruptcy or a consumer cannot be located.  Refer to Exhibit 11 in the Metro 2® Format for a list of available indicators.

    **Note: Debt Buyers should not report purchased accounts that were included in discharged/completed Bankruptcies.**

15. Report the K1 Segment, which contains the name of the original creditor and the creditor's classification.  When reporting returned checks, report the name of the payee in the Original Creditor Name field.  Report Creditor Classification 02 when reporting medical debts and returned checks from providers of medical services, products or devices.

    **Notes: Refer to the guidelines for the K1 Segment in the Metro 2® Format.**

    **CDIA policy and some state laws stipulate that the original creditor must be identified. The purpose of reporting the original creditor name is to help consumers identify the source of accounts that appear on their credit reports. Without the original creditor names, consumers may not know what the accounts represent.**

    **Federal law stipulates that the name of the payee must be identified when reporting returned checks.  It also stipulates that medical debts must be identified.**

CREDIT REPORTING RESOURCE GUIDE®
Copyright 2014 © Consumer Data Industry Association

EXP_E0005050

## DEBT BUYER/THIRD PARTY COLLECTION AGENCY REPORTING GUIDELINES

16. The following Base Segment fields are not applicable:

- Cycle Identifier (Field 6) – blank fill
- Credit Limit (Field 11) – zero fill
- Terms Frequency (Field 14) – blank fill
- Scheduled Monthly Payment Amount (Field 15) – zero fill
- Payment Rating (Field 17B) – blank fill
- Payment History Profile (Field 18) – blank fill
- Original Charge-off Amount (Field 23) – zero fill

17. **Debt Buyers *only* –** An optional segment that may be reported is the K2 Segment, which contains the name of the company from which the account was purchased. If the original creditor name, which is reported in the K1 Segment, and the name of the company from which the account was purchased, are the same, the K2 Segment should not be reported.

EXP_E0005051

# Student Loan Reporting

## GENERAL REPORTING GUIDELINES

Reporters of student loan information include lenders, servicers, secondary markets, guaranty agencies, collection agencies and the U.S. Department of Education.

The following reporting guidelines refer to all reporters of student loan information:

- Report data in the standard Metro 2® Format, including the Header Record.

- Report on a monthly basis.

- Report all open accounts monthly.

- Report transferred, paid, and government claim accounts at the end of the month in which they occur.

- Report the complete name, address, social security number and date of birth of the consumer.

- In the Identification Number field, report the internal code that identifies the lender, servicer, secondary market, or guarantor where information is verified.

- All parties reporting credit information must respond to consumer inquiries.

**Note: The guidelines in this document are specific to your industry and should be used in conjunction with the specifications in the Metro 2® Format. Refer to the Metro 2® Format for detailed information on segments and field information.**

EXP_E0005052

# LENDER/SERVICER/SECONDARY MARKET REPORTING GUIDELINES

1. Account Type Code (Base Segment, Field 9)

   - 12 (Education) for installment accounts
   - 15 (Line of Credit) for Education line of credit accounts

2. Terms Duration (Base Segment, Field 13)

   - For installment accounts, report the number of months of the loan when the account is in repayment.
     - For loans in –initial school period☐ and a –grace period☐, blank fill the Terms Duration since there are currently no terms.
     - For loans in -forbearance☐, report the terms of the loan, which can be changed if the terms of the loan are extended.
   - For line of credit accounts, report a constant of –LOC☐.

3. Account Status Codes (Base Segment, Field 17A)

   - 11 — Open account in good standing

     **Note: Do not report loans until the monies are disbursed to the student.**

   - 11 with Terms Frequency D and Payment History Profile Character B — Open account/payments deferred/account was never in repayment

   - 11 with Terms Frequency D and Payment History Profile Character D — Open account/payments deferred/account was previously in repayment

     **Notes: Terms Frequency Code D should be used with Account Status Code 11 to show that payments are not currently being made (e.g., deferment, grace period, forbearance), but there is a future payment obligation.**

     **Do not include deferred student loans in calculation of delinquency logic. Report an Amount Past Due = 0.**

   - 71, 78, 80, 82–84 — the appropriate stage of delinquency (30 days to 180 or more days past the due date)

   - 13 — Closed/paid/zero balance account

     **Notes: When reporting Account Status Code 13, the Payment Rating must also be reported.**

     **For paid accounts, report the Date Closed. Also, report both the Current Balance and the Amount Past Due as zero.**

(continued)

CREDIT REPORTING RESOURCE GUIDE®
*Copyright 2014 © Consumer Data Industry Association*

EXP_E0005053

# LENDER/SERVICER/SECONDARY MARKET REPORTING GUIDELINES

**For student loans that are guaranteed:**

- 05 (Account transferred) with Special Comment Code AL (Account assigned to government) – Use this combination of codes when a claim was accepted and paid by the guarantor.

  **Notes: The Current Balance and Amount Past Due should be reported as zero.**

  **When reporting Account Status Code 05, the Payment Rating must also be reported.**

**For student loans that are <u>not</u> guaranteed, the following additional Account Status Codes may be reported:**

- 93 – Account assigned to internal or external collections

- 97 – Unpaid balance reported as a loss (charge-off)

- 62 – Account paid in full, was a collection account

- 64 – Account paid in full, was a charge-off

**For student loans that are transferred to a new servicer:**

Follow the standard guidelines in Frequently Asked Question and Answer 46.

**For student loans that are sold to another company:**

Follow the standard guidelines in Frequently Asked Question and Answer 47.

4. Payment History Profile (Base Segment, Field 18) — Provides up to 24 months of payment history. For deferred loans, report the Grid Character B for loans that have never been in repayment, and report Grid Character D for loans that were previously in repayment.

5. Special Comments (Base Segment, Field 19) and Compliance Condition Codes (Base Segment, Field 20) – report in conjunction with Account Status Codes to further define the accounts.

   **Examples:**
   - Special Comment AH (Purchased by another company) with Account Status Code 05 — when an account is purchased by another lender.
   - Special Comment CJ (Credit line no longer available – in repayment phase) — when an Education Line of Credit goes from the borrowing phase to the repayment phase. (Note that Portfolio Type C and Account Type 15 should remain the same when the account goes into repayment.)
   - Compliance Condition Code XB (Account information disputed by consumer under the Fair Credit Reporting Act) could be reported with a delinquent Account Status Code.

EXP_E0005054

# Lender/Servicer/Secondary Market Reporting Guidelines

6. FCRA Compliance/Date of First Delinquency (Base Segment, Field 25) — report the date as described in the Metro 2® Format.

7. Consumer Information Indicators (Base Segment, Field 38; J1 Segment, Field 11; J2 Segment, Field 11) — used to specify that a consumer's student loan has been included in bankruptcy or a consumer cannot be located.  Refer to Exhibit 11 in the Metro 2® Format for a list of available indicators.

   **Note: Do not report a bankruptcy indicator if the student loan is not included in the bankruptcy.**

8. Deferred Payment Start Date (K4 Segment, Field 3) — report for deferred loans.

9. L1 Segment — report one time when account numbers change due to an account acquisition or internal account number change.

## For Multiple Disbursements of the Same Loan:

- Combine multiple disbursements into a single account.

- Retain the original Consumer Account Number.

- Retain the original Date Opened of the first disbursement.

- Increase the Original Loan Amount, Current Balance, and Scheduled Monthly Payment Amount (when in repayment) to include totals for all disbursements.

   **Example**: If the loan is for $10,000 and the first disbursement is for $2,000, report the Original Loan Amount field as $2,000. As additional disbursements are made, increase the Original Loan Amount field to include additional disbursements.

- Change Terms Duration if appropriate.

## For Multiple Loans:

- Multiple loans must be reported as separate accounts.

- When multiple loans are consolidated, report the new loan as Account Status Code 11 and each multiple loan as Account Status 13, with the appropriate Payment Rating.

CREDIT REPORTING RESOURCE GUIDE®
*Copyright 2014 © Consumer Data Industry Association*

EXP_E0005055

# LENDER/SERVICER/SECONDARY MARKET REPORTING GUIDELINES

### For Loans Transferred in from Another Lender:

- If the previous reporter's Consumer Account Number is available, report the L1 Segment to change the Consumer Account Number. The Base Segment should contain the previous reporter's Consumer Account Number, and the L1 Segment should contain the reporter's New Consumer Account Number. The L1 Segment should only be reported the first time the new account number is reported.

- Retain the previous lender's Date Opened.

- Report the K2 Segment (Portfolio Purchased From) at least one time, to show the name of that lender and avoid confusion for the consumer.

  **Example**: If XYZ Bank buys accounts from ABC Bank, XYZ Bank or their servicer should report a K2 Segment containing ABC Bank.

  **Note**: **Notify your consumer reporting agencies the first time this situation occurs, for testing purposes.**

### For Loans Reported by a Servicer:

- The Identification Number should refer to the current holder of the note.

  **Note: Verification of accounts will be done with the servicer.**

### For Loans that are Reported when a School Closes:

- If the loan is forgiven, report Account Status Code DA to delete the account.

- If the loan is not forgiven and payments are due, continue to report the appropriate Account Status Code, along with the Current Balance and other applicable fields.

EXP_E0005056

# LENDER/SERVICER/SECONDARY MARKET REPORTING GUIDELINES

### For Loans that are Forgiven when a Student becomes Disabled or Deceased:

- If the loan had been in repayment prior to the student becoming disabled or deceased, report Account Status Code 13, Payment Rating 0, Current Balance 0, and Amount Past Due 0 to indicate a paid/closed account, along with the appropriate Date Closed.

- If the loan had never been in repayment, report Account Status Code DA to delete the account.

### For Loans that are Forgiven due to "Teacher Forgiveness":

- If the loan had been in repayment prior to being forgiven, report Account Status Code 13, Payment Rating 0, Current Balance 0 and Amount Past Due 0 to indicate a paid/closed account, along with the appropriate Date Closed.

- If the loan had never been in repayment, report Account Status Code DA to delete the account.

### For Loans that were Falsely Certified:

- Report Account Status Code DF to delete the account.

### For Rehabilitated Student Loans:

Section 428F(a)(1)(A) of the Higher Education Act of 1965 was amended by the Higher Education Opportunity Act of 2008 to require that, upon sale of a rehabilitated loan to an eligible lender, the guaranty agency or other holder of the loan must request any consumer reporting agency to which the guaranty agency or holder had reported the default of the loan to remove the record of default from the borrower's credit history.

To ensure the default is properly cleared from the borrower's credit history, follow the reporting guidelines documented on the next page.

**Note: Please contact the consumer reporting agencies the first time you report rehabilitated loans.**

(continued)

CREDIT REPORTING RESOURCE GUIDE®
*Copyright 2014 © Consumer Data Industry Association*

EXP_E0005057

# LENDER/SERVICER/SECONDARY MARKET REPORTING GUIDELINES

## Rehabilitated Student Loans (continued):

### Original Lender (when rehabilitated loan purchased by another lender):

If Account Status Code 88 (Claim filed with government for insured portion of balance on defaulted loan) was reported when the default originally occurred, report the following codes in order to remove the default:

- Account Status = 05 (Account transferred)
- Payment Rating = 0 (Current account)
- Payment History Profile = For the months when the Account Status 88 was reported, report character 'D', which indicates no payment history available for those months.
- Optional Special Comment Code = AH (Purchased by another company)

**Note:  If the default occurred more than 2 years ago, the default must be removed via e-OSCAR®.**

### Original Lender (when rehabilitated loan re-purchased by the original lender):

There are three options for reporting, based on the lender's system:

1. If the original Account Number and Date Opened are retained and Account Status Code 88 (Claim filed with government for insured portion of balance on defaulted loan) or Account Status 05 (Transferred) was reported when the default originally occurred, report the following codes in order to remove the default:

   - Account Status Code = 11 (Current account)
   - Payment History Profile = For the months when the Account Status 88 or 05 was reported, report character 'D', which indicates no payment history available for those months.

2. If the original Account Number changes and the Date Opened remains the same, follow the above reporting guideline, and include an L1 Segment with the new Account Number.  Refer to the L1 Segment specifications within the Field Definitions for reporting guidelines.

3. If the original Account Number and Date Opened change and Account Status Code 88 (Claim filed with government for insured portion of balance on defaulted loan) was reported when the default originally occurred, report the original loan as specified:

   - Account Status Code = 05 (Account transferred)
   - Payment Rating = 0 (Current account)
   - Payment History Profile = For the months when the Account Status 88 was reported, report character 'D', which indicates no payment history available for those months.
   - Special Comment = AT (Account closed due to transfer)
   - Current Balance and Amount Past Due = zero

Additionally, if Account Status Code 88 or Account Status 05 was reported when the default originally occurred, report the newly rehabilitated loan with the new Account Number, new Date Opened and all other applicable fields.  Payment history that occurred prior to the new Date Opened should not be reported with this account.

*Copyright 2014 © Consumer Data Industry Association*

EXP_E0005058

## LENDER/SERVICER/SECONDARY MARKET REPORTING GUIDELINES

**Total and Permanent Disability Discharge Procedures for Title IV Loans**

**Federal Perkins Loan Program and FFEL:**

### Non-defaulted loans

- Report Account Status Code 05 and the Payment Rating that is consistent with the current or delinquent status of the account on the day the disability status is approved (i.e., 0, 1, 2, 3, 4, 5 or 6).

  Account Status Code 05 is defined as ‚Account transferred' and the Payment Rating indicates that the payment for this month was current or delinquent. Since the account is being transferred to the Department for further processing, this status is applicable.

- Report a Payment History Profile that represents the accurate account history that should be retained for the account.

  Any credit history already established by the borrower would be retained for historical credit reporting purposes.

- No further reporting by the school is required, as Status Code 05 is a final status. The Department will be responsible for reporting the loan after assignment.

**Federal Perkins Loan Program:**

### Defaulted loan (previously reported by the school as Account Status Code 93 – Collection)

- Report Account Status Code 05, Payment Rating G and Special Comment Code AL.

  Account Status  Code 05 is defined as ‚Account transferred', Payment Rating G indicates that the account was a Collection prior to the transfer, and Special Comment Code AL states ‚Student loan – assigned to government'.

  All collection history already reported would be retained for historical credit reporting purposes.

- No further reporting by the school is required, as Status Code 05 is a final status. The Department will be responsible for reporting the loan after assignment.

CREDIT REPORTING RESOURCE GUIDE®
Copyright 2014 © Consumer Data Industry Association

EXP_E0005059

## Guaranty Agency/U.S. Department of Education Reporting Guidelines

- Do not report the account during the review period.

- Do not report the account if it is returned to the lender.

- Guaranty agencies should follow the reporting guidelines for Lender/Servicer/Secondary Market when reporting loans that are not guaranteed by the government.

## General Reporting Guidelines

1. Consumer Account Number (Base Segment, Field 7) — report the new number as assigned by the guaranty agency.

2. Portfolio Type (Base Segment, Field 8) — O (Open)

3. Date Opened (Base Segment, Field 10) — report the date the defaulted claim was paid to the lender.

4. Highest Credit/Original Loan Amount (Base Segment, Field 12) — report the claim amount that was paid to the lender.

5. Terms Duration (Base Segment, Field 13) — 001 (one payment as scheduled)

6. Terms Frequency (Base Segment, Field 14) — Blank

7. FCRA Compliance/Date of First Delinquency (Base Segment, Field 25) — report the date of the first delinquency *with the original lender* that led to the defaulted claim. If multiple defaults are reported as one loan (compressed), the Date of First Delinquency must be the date of the first delinquency that led to the earliest default.

   Effective March 31, 2004, the FCRA[1] states that –provided that the consumer does not dispute the information, a person that furnishes information on a delinquent account that is placed for collection, charged for profit and loss, or subjected to any similar action, complies with this paragraph, if —

   (i) the person reports the same date of delinquency as that provided by the creditor to which the account was owed at the time at which the commencement of the delinquency occurred, if the creditor previously reported that date of delinquency to a consumer reporting agency;

   (ii) the creditor did not previously report the date of delinquency to a consumer reporting agency, and the person establishes and follows reasonable procedures to obtain the date of delinquency from the creditor or another reliable source and reports that date to a consumer reporting agency as the date of delinquency; or

   (continued)

---

[1] Fair Credit Reporting Act Section 623 (a) (5)

EXP_E0005060

**GUARANTY AGENCY/U.S. DEPARTMENT OF EDUCATION
REPORTING GUIDELINES**

(iii) the creditor did not previously report the date of delinquency to a consumer reporting agency and the date of delinquency cannot be reasonably obtained as provided in clause (ii), the person establishes and follows reasonable procedures to ensure the date reported as the date of delinquency precedes the date on which the account is placed for collection, charged to profit or loss, or subjected to any similar action, and reports such date to the credit reporting agency. □

8. Consumer Information Indicator (Base Segment, Field 38; J1 Segment, Field 11, J2 Segment, Field 11) — used to specify that a consumer's student loan has been included in bankruptcy or a consumer cannot be located.  Refer to Exhibit 11 in the Metro 2® Format for a list of available indicators.

   **Note: Do not report a bankruptcy indicator if the student loan is not included in the bankruptcy.**

9. K1 Segment — report the complete name of the lender to whom the claim was paid in the Original Creditor Name field.  Also, report Creditor Classification Code 07 to indicate Educational.

   **Note: The K1 Segment is required for all accounts reported, regardless of Account Status Code.**

EXP_E0005061

## GUARANTY AGENCY/U.S. DEPARTMENT OF EDUCATION REPORTING GUIDELINES

**For Defaulted Loans:**

Account Status Codes (Base Segment, Field 17A) — report *only* the following:

- 93 — Account assigned to internal or external collections. (Status 93 should be reported immediately after the review period if retained.)

  **Notes**: **If a consumer is making payments, continue to report the account as**

   **a Status Code 93, but report the declining balance.**

   **If accounts are turned over to a Collection Agency and the Collection Agency reports the accounts to the credit bureaus, the guaranty agency should report the accounts as Status DA to delete them. These accounts cannot be reported by both agencies, causing duplication. The FCRA Compliance/Date of First Delinquency should contain the date of the first delinquency with the original lender that led to the default. The K1 Segment should contain the complete name of the original lender/servicer/secondary market to whom the claim was paid, as well as Creditor Classification Code 07.**

- 62 — Account paid in full/was a collection account.

**For Rehabilitated Loans:**

Report Account Status Code DA to delete the account.

**Note: The claim reported by the original lender will remain on the file until purged according to FCRA guidelines.**

**For Accounts Sent to DOE (Guaranty Agencies Only):**

Report Account Status Code DA to delete the account.

**For Accounts with a Balance and Consumer who is Responsible for the Account is Deceased:**

Report Account Status Code 62 and ECOA Code X.

**For Guaranty Agencies Dissolving or Undergoing Bankruptcy:**

Contact the Consumer Data Industry Association (CDIA) to determine the appropriate steps in the reporting process that would be unique to the agency's specific situation.

**For Loans that are Forgiven when a School Closes:**

Report Account Status Code DA to delete the account.

*Copyright 2014 © Consumer Data Industry Association*

EXP_E0005062

## GUARANTY AGENCY/U.S. DEPARTMENT OF EDUCATION REPORTING GUIDELINES

### Total and Permanent Disability Discharge Procedures for Title IV Loans

**FFEL:**

#### Defaulted loan held by the guarantor

Report Account Status Code DA, which is defined as ‗Delete Entire Account‗. Since the claim is being filed with the Department and the Department will be responsible for further processing of the loan, as well as credit reporting, the original Collection Account reported by the guaranty agency should be deleted.

Since the Department will be responsible for further credit bureau reporting on the loan after the loan has been assigned, only the Department should be reporting on the loan as a Collection Status ‗93‗. Once the account is deleted by the guaranty agency, no further reporting would be required.

### Loans that have been assigned to the U.S. Department of Education:

#### Non-defaulted loan

After the loan has been assigned to the Department and during the review period, the account should be reported each month as follows:

- Report Account Status Code 11 (Current) and Terms Frequency D (Deferred).
- Report the Deferred Payment Start Date in the K4 Segment to show the potential date when payments will be required.

If the Total and Permanent Disability is granted, Account Status Code 13 should be reported to indicate the account is paid. No further reporting is required.

If the Total and Permanent Disability is not granted, the Terms Frequency should be blank filled and the account should be reported normally as current or delinquent, until ultimately paid.

(continued)

Copyright 2014 © Consumer Data Industry Association

EXP_E0005063

# GUARANTY AGENCY/U.S. DEPARTMENT OF EDUCATION REPORTING GUIDELINES

## Total and Permanent Disability Discharge Procedures for Title IV Loans

## Loans that have been assigned to the U.S. Department of Education:

### Defaulted loan

After the loan has been assigned to the Department and during the review period, the account should be reported each month as follows:

- Report Account Status Code 93 (Collection) and Terms Frequency D (Deferred).

- Report the Deferred Payment Start Date in the K4 Segment to show the potential date when payments will be required.

If the Total and Permanent Disability is granted, Account Status Code 62 should be reported to indicate the account is paid.  No further reporting is required.

If the Total and Permanent Disability is not granted, the Terms Frequency should be blank filled and the account should continue to be reported as Account Status Code 93, until ultimately paid.

EXP_E0005064

## STUDENT LOAN GLOSSARY OF TERMS

**False Certification**
Relief for borrowers for whom the school falsified the borrower's name on either the loan application or disbursement authorization, unless the student received the proceeds of the loan.

**Forgiven Loans**
Government-guaranteed education loans that do not have to be repaid if the school closes due to financial reasons or is shut down by regulators. Students qualify when the loan was disbursed on or after 1/1/1986, the school closed before the student received a degree or certificate, the student could not have completed the education program by transferring credits to another institution, the student was in attendance at the school when it closed or was on an approved leave of absence or had withdrawn from the program no more than 90 days before the school closed. In order for a student loan to be forgiven or discharged, the student must have approval from the U.S. Department of Education.

**Grace Period**
The period of time, generally six months, between the time the borrower is no longer attending school and the date repayment of the student loan is expected to begin.

**Guaranty Agency**
A state or private nonprofit organization that has an agreement with the Secretary of the U.S. Department of Education, under which the organization will administer a student loan guarantee program under the Higher Education Act of 1965, as amended. A guarantor pays a claim to the original lender when a student defaults on an educational loan.

**Initial School Period**
The period of time immediately following the loan disbursement when the borrower is attending school and repayment is not required.

**Lender**
A bank, credit union, savings and loan association, insurance company, or other lending institution, which is subject to examination and supervision by an agency of the United States.

**Rehabilitated Loans**
Educational loans that were previously in collections with a guarantor of the U.S. Department of Education. The rehabilitation process requires that a student must commit to, and make, 12 consecutive payments on the loan, in good standing. At that time, the loan can then be resold to a new lender or the original lender. Note that when loans are rehabilitated, the original lender is required to remove the record of default from the consumer's credit history.

EXP_E0005065

## STUDENT LOAN GLOSSARY OF TERMS

**Secondary Market**
An entity which purchases student loan obligations from participating lenders in a secondary market and pays lenders par, premium or discount on the original principal balance of the note.  A secondary market may also service the loans that it purchases.

**Servicer**
An organization that services (i.e., processes) a student loan debt following origination, to ensure due diligence of the debt with respect to enforcement of the terms of the promissory note as defined under Federal regulations.

**Teacher Forgiveness**
A portion of the Federal Family Education Loan (FFEL) program whereby the Secretary of the U.S. Department of Education repays portions of student loans.  To qualify, the student must meet certain criteria, such as teaching, nursing, or volunteering through the Peace Corps.

EXP_E0005066

# Utility Company Reporting

## GENERAL REPORTING GUIDELINES

Reporters of utility company data include Energy companies (e.g., coal and wood dealers, electric light and power, fuel oil distributors, gas companies — natural and bottled, etc.), Communications companies (e.g., telephone, cable, etc.) and Service companies (e.g., water, garbage, rubbish and other disposal companies, etc.).

The following reporting guidelines apply to all reporters of utility company data:

- Report data in the standard Metro 2® Format, including the Header Record.

- Report all current and delinquent open accounts on a monthly basis.

- Report closed accounts at the end of the month in which they occur.

- Report the complete name, address, and social security number of the legally liable consumer(s).

- Report the phone number and date of birth, when available.

- Report the ECOA Code to designate the account as joint, individual, etc. in compliance with the Equal Credit Opportunity Act (ECOA).

- Report the Payment History Profile, which provides up to 24 months of payment history, in order to control and maintain the payment history.

- In the Identification Number field, report the internal code that identifies the utility company where information is verified.

- All parties reporting credit information must respond to consumer inquiries.

- All parties reporting credit information must comply with the Fair Credit Reporting Act and any applicable state laws.

**Note: The guidelines in this document are specific to your industry and should be used in conjunction with the specifications in the Metro 2® Format. Refer to the Metro 2® Format for detailed information on segments and field information.**

EXP_E0005067

## UTILITY COMPANY REPORTING GUIDELINES

1. Consumer Account Number (Base Segment, Field 7)

   - Report the individual's complete and unique account number as extracted from your file.

   - If a consumer has multiple accounts, the account numbers must be unique. If necessary, append a unique identifier to the original account number for each account.

   - If the account number changes, report the L1 Segment. See field definitions in the Metro 2® Format.

     **Note**: **Notify your local consumer reporting agencies the first time this situation occurs.**

2. Portfolio Type (Base Segment, Field 8)

   - O (Open) - for all utility services' payment plans

   - I (Installment) - for merchandise (e.g., appliances, etc.)

3. Account Type Codes (Base Segment, Field 9)

   - 92 (Utility Company) - for all utility services' payment plans

   - 06 (Installment Sales Contract) - for merchandise (e.g., appliances, etc.)

   - 4D (Telecommunications/Cellular) - for telecommunications companies, as appropriate

4. Highest Credit or Original Loan Amount (Base Segment, Field 12)

   - For utility services' accounts, report the highest balance ever attained.

   - For Installment accounts, report the amount of the contract.

5. Terms Duration (Base Segment, Field 13)

   - For utility services' accounts, report Terms Duration as 001.

   - For Installment accounts, report the number of months of the contract.

6. Terms Frequency (Base Segment, Field 14)

   - For utility services' accounts, blank fill.

   - For Installment accounts, report the frequency for payments due.

Copyright 2014 © Consumer Data Industry Association

EXP  E0005068

## UTILITY COMPANY REPORTING GUIDELINES

7.  Scheduled Monthly Payment Amount (Base Segment, Field 15)

    - For utility services' accounts, zero fill.

    - For Installment accounts, report the regularly scheduled monthly payment amount.

8.  Account Status Codes (Base Segment, Field 17A) and Payment Ratings (Base Segment, Field 17B)

    - Report full file information, including open/current accounts (Status Code 11), all stages of delinquency (Status Codes 71, 78, 80, 82–84), derogatory accounts (Status Codes 93, 95–97) and closed or paid accounts (Status Codes 13, 61–64). When the Account Status Code is 13 or 95, the Payment Rating must also be reported.

    - Refer to Exhibit 4 in the Metro 2® Format for specific definitions of Account Status Codes.

9.  Special Comments (Base Segment, Field 19) and Compliance Condition Codes (Base Segment, Field 20)

    - Report Special Comments and Compliance Condition Codes in conjunction with Account Status Codes to further define the accounts.  Refer to Exhibits 6 and 7 in the Metro 2® Format for specific definitions of Special Comments, and Exhibit 8 for specific definitions of Compliance Condition Codes.

      **Example:** Compliance Condition Code XB (Account information disputed by consumer under the Fair Credit Reporting Act) could be reported with Account Status Code 93.

    - When a utility service is terminated due to nonpayment, Special Comment M (Account Closed at Credit Grantor's Request) should be reported with the appropriate Status Code.

      If the account is subsequently reinstated, remove the Special Comment M.

10. Current Balance (Base Segment, Field 21)

    For all accounts, report the total current balance of the account.

11. Amount Past Due (Base Segment, Field 22)

    For delinquent or derogatory accounts, report the dollar amount past due.

Copyright 2014 © Consumer Data Industry Association

EXP  E0005069

# e-OSCAR®

## ABOUT e-OSCAR®

Access to e-OSCAR®, the Online Solution for Complete and Accurate Reporting, is through a secure website. Each data furnisher has a unique registration and all users have their own user id and password. For more information on e-OSCAR®, visit http://www.e-OSCAR.org.

## CONSUMER DISPUTE PROCESS

The Fair Credit Reporting Act (FCRA) guarantees consumers the right to dispute information that has been previously reported to consumer reporting agencies. See sections 611 and 623.

The consumer may initiate his or her dispute directly with a consumer reporting agency, a reseller of consumer reports or directly with the data furnisher. ***Regardless of the source at which the dispute originates, the data furnisher must respond.*** (See Federal Trade Commission interpretation letter of July 1999 http://www.ftc.gov/os/1999/08/faresletterfinal.htm).

The law also describes these duties of data furnishers specific to the consumer dispute process:

- Conduct an investigation with respect to the disputed information.
- Review all relevant information provided by the consumer reporting agency.
- Report the results of the investigation to the consumer reporting agency.
- If the investigation finds that the information is incomplete or inaccurate, report those results to all other consumer reporting agencies to which the data provider furnished the information.

The law also mandates a deadline for the completion of the investigation, review, and reporting of the investigation results. Per the FCRA, the consumer's dispute investigation must be completed within 30 days (45 days for FACT Act report). The time ***begins when the consumer contacts the consumer reporting agency***. See sections 623 (b) (2) and 611 (a) (1).

*Copyright 2014 © Consumer Data Industry Association*

EXP E0005070

# e-OSCAR® Consumer Dispute Process

**AUTOMATED CONSUMER DISPUTE VERIFICATION (ACDV)**

In compliance with FCRA section 611 (a) (5) (D), the consumer credit reporting industry maintains an automated dispute resolution system. This system, called e-OSCAR®, is available for use by all data furnishers.

**ACDV WORKFLOW**

- Each consumer reporting agency and data furnisher has its own access to e-OSCAR®.

- When a consumer contacts a consumer reporting agency with a dispute, the agency transmits the disputed information and, if applicable, one or more images of relevant, consumer-provided documentation through e-OSCAR®. The data furnisher accesses e-OSCAR® and retrieves the disputed data and any associated document image(s).

- The data furnisher researches the disputed account and transmits a response back to the originating consumer reporting agency via e-OSCAR®. If the information is verified as correctly reported, the response goes only to the originating consumer reporting agency. If the information is modified or deleted, e-OSCAR® automatically sends a response to the originating consumer reporting agency and sends carbon copies to any other consumer reporting agencies with which the data furnisher's registration is active in e-OSCAR®.

- The consumer reporting agencies receive responses, update the credit files accordingly and respond back to the consumers.

- The originating consumer reporting agency also notifies the data furnisher via e-OSCAR of any account modifications or deletions as a result of the dispute reinvestigation. These notifications may include, if applicable, one or more images of relevant, consumer-provided documentation.

- **To complete the process, when a change has been made, data furnishers must also update their internal records to avoid re-reporting incorrect information.**

CREDIT REPORTING RESOURCE GUIDE®

Copyright 2014 © Consumer Data Industry Association

EXP E0005071

# e-OSCAR® Consumer Dispute Process

**FEATURES OF ACDV**

- **Automatic Carbon Copies** – If a data furnisher modified or deleted an account in response to a consumer reporting agency-generated consumer dispute, e-OSCAR® will send copies of the dispute and response to each of the consumer reporting agencies with which the data furnisher's registration is active in e-OSCAR®. These copies help to pre-empt future disputes, thus reducing the data furnisher's costs. Consumer credit data may be modified at all the agencies with which the data furnisher's registration is active in e-OSCAR®, which will help to improve consumer satisfaction.

- **Automatic Notification –** The Fair Credit Reporting Act requires the originating consumer reporting agency to notify the data furnisher of any modifications or deletions as a result of the dispute reinvestigation. e-OSCAR® provides the capability to meet this requirement. See section 623 (b) (1) (D).

- **No Illogical Conditions** — Information within a dispute response must be complete and logical. The e-OSCAR® system has built-in edits to prevent illogical responses.

- Other benefits include easy tracking of consumer disputes in progress or completed and easy access to a broad range of user reports.

EXP_E0005072

# e-OSCAR®

| | |
|---|---|
| **THE UPDATE PROCESS** | From time to time, data furnishers will find it necessary to update account information they have reported to the consumer reporting agencies. The need to modify existing account information may come about as a result of consumer contact or through internal processes.

The Automated Universal Data Process (AUD) is used for interim maintenance requests to report updates to an account or to delete an account.  AUD transactions are submitted through e-OSCAR®.

**Reporting inaccuracies must be corrected promptly in order to comply with the Fair Credit Reporting Act.  See section 623 (a) (2) (B).** |
| **AUTOMATED UNIVERSAL DATA PROCESS VIA e-OSCAR®** | • The intent of the e-OSCAR® AUD process is to provide the consumer reporting agencies with a request to correct or delete a consumer's account.  e-OSCAR® may not be used to add or create an account on a consumer's file.

• When a consumer contacts a data furnisher and requests a change of information that has been previously reported, the data furnisher researches the account.  If the data furnisher verifies that the account information in question needs to be modified, the company will use the e-OSCAR® system to complete an AUD. |

CREDIT REPORTING RESOURCE GUIDE®
Copyright 2014 © Consumer Data Industry Association

EXP_E0005073

# e-OSCAR® Update Process

- The AUD process allows data furnishers to modify existing account information, or to delete the entire account from a consumer's credit report.  A data furnisher may update a consumer's account information by submitting an Automated Universal Data (AUD) record.  The data furnisher uses the system's web-based interactive interface to create the AUD record.  The record is routed to one or more consumer reporting agencies, based on the reporting relationships indicated by the data furnisher within e-OSCAR® and based on the subscriber codes specified in the AUD record.

- The consumer reporting agencies receive their AUDs from e-OSCAR® and update the consumers' files as appropriate per their internal business processes.

- **To complete the process, when a change has been made, data furnishers must also update their internal records to avoid re-reporting incorrect information.**

**FEATURES OF AUD**

- **Ability to send to multiple CRAs** – Each data furnisher indicates an affiliation with one or more of the consumer reporting agencies at the time of registration.  This affiliation can be updated at any time.  If the data furnisher modifies or deletes an account using the AUD process, e-OSCAR® sends the update to the consumer reporting agencies that the data furnisher designates when it submits the AUD.  The data furnisher has the choice because it may not need to update an account on each of the consumer reporting agencies' databases.  See section 623 (a) (2) (B) for information on the data furnisher's duty to correct and update information.

- **No Illogical Conditions** – Information within an update must be complete and logical.  The e-OSCAR® system has built-in edits to prevent illogical conditions.

- **Time Service** – Information on the consumer's file is corrected more quickly – no mail time.

Copyright 2014 © Consumer Data Industry Association

EXP_E0005074